## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, and DOE SECURITY | ) ) ) ) ) |
| Defendant. | ) ) |

Case No.

### CERTIFICATE RULE LCvR 7.1

On behalf of The George Washington University and the South Asian Society of the George Washington University,  I hereby certify that to the best of my knowledge, information, and belief that neither Defendant has parent companies, subsidiaries or affiliates with outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

**KHAN ROMBERGER PLLC**

BY: _____
Karen A. Khan, Esquire
D.C. Bar No. 455297
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20036
(202) 828-1243
**ATTORNEYS FOR DEFENDANTS**

Dated:  March 29, 2006