IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH | : | |
| | : | |
| Plaintiffs | : | |
| | : | Civil Action No. 06 0574 RMC |
| v. | : | |
| | : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY and DOE SECURITY | : | Next Scheduled Event: N/A |

MOTION TO EXTEND TIME WITHIN WHICH
TO FILE AN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS

Plaintiff, respectfully moves this court for an extension of time to May 1, 2006, within which to file his opposition to defendant The George Washington University's motion to dismiss.

Plaintiff's reasons in support of this motion are fully set forth in the attached Memorandum.

Plaintiff unsuccessfully attempted to contact Counsel for the George Washington University to determine her position on this motion.

WHEREFORE, it is requested that the motion be GRANTED.

Respectfully submitted,

GEOFFREY D. ALLEN, ESQ.

By: _____
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
(202) 778-1167

1

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH | : | |
| | : | |
| Plaintiffs | : | |
| | : | Civil Action No. 06 0574 |
| v. | : | RMC |
| | : | |
| | : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY and DOE Security | : : : | Next Scheduled Event: N/A |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONTINUE PERIOD WITHIN WHICH TO OPPOSE THE GEORGE WASHINGTON UNIVERSITY'S MOTION TO DISMISS**

The George Washington University electronically filed its motion on March 29, 2006. Due to the press of other matters, plaintiff requests an extension of time to May 1, 2006 within which to file his response. This is plaintiff's first request for an extension.

Plaintiff unsuccessfully attempted to contact Counsel for the George Washington University to determine her position on this motion.

Accordingly, it is requested that the motion be granted.

Respectfully submitted,

GEOFFREY D. ALLEN, ESQ.

By: _____
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
(202) 778-1167
Attorney for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> : <br> SOUTH ASIAN SOCIETY OF THE GEORGE : <br> WASHINGTON UNIVERSITY, THE GEORGE : <br> WASHINGTON UNIVERSITY and DOE Security : | Civil Action No. 06 0574 RMC <br><br><br> Next Scheduled Event: N/A |

**ORDER**

Upon consideration of Plaintiff's Motion For An Extension Of Time Within Which to Oppose The George Washington University's Motion To Dismiss, it is hereby,

**ORDERED,** that the motion is **GRANTED,** and it is further,

**ORDERED,** that plaintiff may file his response up to and including May 1, 2006.


Dated: _____
Judge Collyer
United States District Court

Copies to:

Geoffrey D. Allen, Esq.
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036

Karen A. Khan
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036

3