IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH,<br><br>      Plaintiff,<br><br>vs.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, and DOE SECURITY<br><br>      Defendants. | Civil Action No. 06-0574 (RMC)<br><br>Next Scheduled Event: N/A |

## RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME

Defendants, The George Washington University, and the South Asian Society of the George Washington University (hereinafter "Defendants"), by and through their undersigned attorneys, hereby respond to Plaintiff's "Motion to Extend Time Within Which to File an Opposition to Defendants' Motion to Dismiss" by stating as follows:

1.　Presently pending before this Court is Defendants' Motion to Dismiss for failure to state a claim upon which relief can be granted as a matter of law. The motion was filed March 29, 2006.

2.　Plaintiff– through counsel– has filed a motion requesting an extension of time until May 1, 2006, to file an opposition to the pending motion. Defendants' do not oppose this request and agree that the motion may be treated as conceded.

                Respectfully submitted,

                **KHAN ROMBERGER PLLC**

                     /s/
          By: _____
                Karen A. Khan
                D.C. Bar No. 455297
                1025 Connecticut Ave., N.W.
                Suite 1000
                Washington, D.C. 20036
                (202) 828-1243
                ATTORNEYS FOR DEFENDANTS

Date: ___April 19, 2006___