## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GURPAL SINGH, Administrator of decedent    )
RANJIT SINGH,    )
    )
        Plaintiff,    )   Civil Action No. 06-cv-0574 (RMC)
    )
  vs.    )
    )
SOUTH ASIAN SOCIETY OF THE GEORGE    )
WASHINGTON UNIVERSITY, THE GEORGE    )  Next Scheduled Event: <u>8/2/06</u>
WASHINGTON UNIVERSITY, and DOE    )     Initial Scheduling Conference
SECURITY    )
    )
        Defendants.    )

## JOINT REPORT TO THE COURT

The parties to the above action hereby submit the following Joint Report to the Court, in accordance with Rule 16, Fed. R. Civ. P., and LCvR 16.3, and the Order for Initial Scheduling Conference issued by the Court on or about June 20, 2006, as follows:

1.)    <u>Resolution By Dispositive Motion</u>:  Plaintiff takes the position that this case is unlikely to be resolved on dispositive motion.  Defendants believe that this case can be resolved by dispositive motion after the opportunity for limited discovery or after the conclusion of the discovery period.

2.)    <u>Amendment of Pleadings:</u>    Plaintiff may seek an amendment to the pleadings once discovery reveals the provider of the security services at the event in question, which Plaintiff previously named as a John Doe Defendant.  Defendants reserve the right to file cross-claims and/or bring in other indispensable parties to the extent discovery justifies their inclusion in this suit.

3.)    <u>Assignment to a Magistrate Judge</u>:  The parties do not consent to the assignment of this case to a Magistrate Judge for all purposes.

4.)    Settlement Possibility:   Plaintiff believes that settlement discussions could bring about a resolution of this case and is prepared to engage in them at any time Defendants are amenable.  Defendants believe that attempts to compromise are best attempted after the parties engage in discovery and/or depositions, but are willing to informally discuss the matter with counsel for Plaintiff.

5.)    ADR:   The parties are amenable to engaging in mediation after the parties have had the opportunity to engage in discovery.

6.)    Resolution on Summary Judgment:   Plaintiff does not believe that this case can properly be resolved on summary judgments.  Defendant believes that this case can be resolved by summary judgment.

7.)    Disclosures:   Defendants would agree to dispense with the initial disclosures required by Fed.R.Civ.P. 26(a)(1).  Plaintiff would request disclosures as to Rule 26(a)(i)(A), (B), and (C).

8.)    Extent of Discovery:   The parties respectfully submit that discovery should begin on August 3, 2006, and continue for three months, until November 3, 2006.

9.)    Expert Witnesses: The parties may present expert witnesses.  Plaintiff is required to designate any expert witness at least 60 days before the close of discovery.  Defendants are required to designate any expert witnesses or rebuttal witnesses at least 30 days before the close of discovery.

10.)    Class Action Issues:   Not relevant.

11.)    Bifurcation Of Liability And Damages:   The parties at this time do not anticipate a need to bifurcate this matter although Defendants may seek bifurcation of liability and damages should this case proceed to a trial.

12.)    Date for Pretrial Conference: The parties agree that a status conference should be scheduled if this case is not entirely disposed of on summary judgment. At that time, the parties can pick a pre-trial date.

13.)    Trial Date: The parties agree that a status conference should be scheduled if this case is not entirely disposed of on summary judgment. At that time, the parties can pick a trial date.

14.)    Other Matters:

Defendants anticipate requesting an Order of Confidentiality governing the disclosure of confidential records in discovery.

Respectfully submitted,

/s/

_____
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Avenue, N.W.
Suite 206
Washington, D.C.  20036
(202) 778-1167
Attorney for Plaintiff

**KHAN ROMBERGER PLLC**

/s/

BY:_____
Karen A. Khan, Esquire
D.C. Bar No. 455297
Timothy W. Romberger, Esquire
D.C. Bar No. 458225
1025 Connecticut Avenue
Suite 1000
Washington, D.C.  20036
(202) 828-1243
Attorneys for Defendants

Date:   July 19, 2006