IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, and DOE SECURITY <br><br>　　　　　Defendants. | ) ) ) ) ) Civil Action No. 06-cv-0574 (RMC) ) ) ) ) ) ) Next Scheduled Event: <u>8/2/06</u> ) 　Initial Scheduling Conference ) ) ) ) |

**<u>PROPOSED SCHEDULING ORDER</u>**

This matter having come before the Court for an initial Scheduling Conference, and the Court having considered the Joint Report to the Court submitted by counsel, and the representations made in open court, it is hereby ORDERED that:

1.　This case shall proceed with the following schedule to run from the date of the first scheduling conference:

　　　a)　Exchange Witness Lists (15 days)

　　　b)　Deadline for Interrogatories and Document Requests (30 days)

　　　c)　Plaintiff's Expert Report and Designation (30 days)

　　　d)　Defendant's Expert Report and Designation (60 days)

　　　e)　All Discovery Closed (90) days

　　　f)　Deadline for Filing Motions (120 days)

　　　g)　Pre-Trial Conference (90 days after dispositive motion deadline)

　　　h)　Trial Date (to be set at pre-trial conference)

2. As of the time of the Scheduling Conference, the parties have no stipulations regarding legal or factual issues.

3. Extensions of Discovery will be granted upon good cause shown. The parties agree to the limits of the Federal Rules for interrogatories, and ten depositions per party.

4. The Court may schedule a status/settlement conference *sua sponte*, or at the request of both parties.

_____
United States District Judge