IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : : : | |
| Plaintiffs, | : : | |
| v. | : : : | Civil Action No. 06 0574 RMC |
| | : : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : : : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Plaintiff, through counsel, respectfully moves this Court to amend the Complaint in this matter to add Falcon Security Corporation as a defendant in this matter

Plaintiff's reasons in support of this motion are fully set forth in the attached Memorandum of Points and Authorities.

Counsel for the defendant does not oppose this motion.

**WHEREFORE,** defendant requests that the motion be granted.

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C.  20036
Counsel for Plaintiff
(202) 778-1167

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing  Motion to Amend the Complaint was sent by US mail, 1st class, postage prepaid on this 5th  day of September  2006 to:

Karen A. Khan Esq.
1025 Connecticutm N.W.
Suite 1000
Washington, D.C.
20036

_____
Geoffrey D. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH, as Administrator** of decedent **RANJIT SINGH,** <br><br> Plaintiffs, <br><br> v. <br><br> **SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY,** Et Al., <br> Defendants. | Civil Action No. 06 0574 RMC |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

**A. Introduction - Background**

Ranjit Singh and several of his friends traveled from the Phillipsburg, New Jersey area on March 27, 2005 to attend the party at the Post Office Pavilion. About forty five minutes before the event ended, a member of Ranjit Singh's group became involved in a dispute with another male patron. Some shoving and pushing may have occurred but eventually, the parties involved calmed down and actually shook hands. No security guards intervened in this incident and Ranjit Singh was not involved . Ranjit Singh was attacked by an individual whom his friends had been involved in a disagreement with and suffered a stab wound to his chest which severed his left axillary artery. The attack occurred approximately ten feet from the bottom of the steps. Ranjit Singh was taken to George Washington University Hospital where he was pronounced dead at 3.20 a.m. on March 27, 2005. The identity of the assailant is unknown. Plaintiff has filed suit and named as defendants, the George Washington University and the South Asian Society of the George Washington University and "Doe" Security, at that time and unknown

security company.  Defendant, George Washington University has provided plaintiff with the identity of the Security company.  It is, Falcon Security Corp., 3123 82nd Ave. Landover, Md. 20785.

### B. Argument

At the time the initial complaint was filed, the name and address of the security company providing security services at the event was not known.  On August 21, 2006 the name and address of the security company was obtained and plaintiff now respectfully moves to add this entity as a named defendant in this case.

Under Rule 15 of the Federal Rules of Civil Procedure, it is provided:

"(a) *Amendments*. A party may amend his pleadings once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been set for trial, he may so amend it at any time within 10 days after it is served. **Otherwise a party may amend his pleading only by leave of Court or by written consent of the adverse party; and leave shall be freely given when justice so requires.** * * *

In this case, plaintiff has only recently learnt the identity of Falcon Security Corp. and has moved promptly to amend the complaint to add it as a defendant in this case.   There should be  no prejudice to any party caused by adding Falcon Security Corporation as a defendant in this case.

If the court grants plaintiff's motion then it is respectfully suggested that it may be necessary to schedule this matter for  a  status hearing so that the discovery schedule for the case can be reset to accommodate the new defendant.

## **C. Conclusion**

For the foregoing reasons, it is requested that the Motion should be granted.

Respectfully submitted,

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C.  20036
Counsel for Plaintiffs
(202) 778-1167

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH, as Administrator** : <br> **of decedent RANJIT SINGH,** : <br> : <br>    **Plaintiffs,** : <br> : <br>                  **v.** : <br> : <br> : <br> **SOUTH ASIAN SOCIETY OF THE GEORGE** : <br> **WASHINGTON UNIVERSITY,** : <br> **Et Al.,** : <br>    **Defendants.** : | **Civil Action No. 06 0574 RMC** |

## ORDER

This matter comes before the court on Plaintiff's Motion to Amend the Complaint. For good cause shown, it is this, __ day of _____ 2006, hereby

**ORDERED**, that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED,** that Plaintiff may amend his Complaint to include Falcon Security Corp. as a defendant in this case.

 

_____
Honorable Rosemary M. Collyer
United States District Court Judge
For the District of Columbia