IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) Civil Action No. 06-0574 (RMC) ) |
| vs. | ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, and DOE SECURITY | ) ) Next Scheduled Event: 11/01/06 ) Discovery Deadline ) ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE
TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Defendants, The George Washington University, and the South Asian Society of the George Washington University (hereinafter "Defendants"), by and through their undersigned attorneys, hereby file the instant response to Plaintiffs' Motion to Amend the Complaint, by stating as follows:

**POINTS IN RESPONSE**

1.  Plaintiffs' Non-Compliance with the Local Rules

While Plaintiffs have filed a Motion to Amend the Complaint to add Falcon Security Corporation as an additional party Defendant to this lawsuit, Plaintiffs have not complied with United States District Court Local Rule 15.1 which *mandates* that a motion for leave to file an amended pleading "shall be accompanied by an original of the proposed pleading as amended." Given Plaintiffs non-compliance in this regard, the motion should be denied pending compliance with Local Rule 15.1.

    2.    <u>Defendants' Oppose the "Suggestion" to Schedule a Status Hearing or "Reset" the Discovery Schedule</u>

In the motion to amend – which was filed electronically as a "consent motion"– Plaintiffs suggest to the Court that it "may be necessary" to schedule a status hearing and to reset the discovery schedule in this case. To respond, Defendants state that they do not consent to this request, and further note that Plaintiffs' counsel did not confer regarding this issue when it contacted the undersigned to inquire whether Defendants would oppose a limited amendment to include Falcon Security Corporation as an additional party to this lawsuit.[1] More importantly, Defendants do not believe there is a basis at this time to modify the discovery schedule, and the inclusion of Falcon Security Corporation was by no means unanticipated. Plaintiff Complaint named "Doe Security" as a Defendant, and counsel for Plaintiffs previously informed the Court in the Joint Report that it "may seek an amendment to the pleadings once discovery reveals the provider of the security services at the event in question." (Joint Report, ¶ 2).[2]

---

[1] Given the liberal standard for amendments to pleadings and that fact that Plaintiffs previously named "Doe Security" in this lawsuit, the Defendants' herein indicated that they would not in good faith oppose the request to amend on this limited basis.

[2] Furthermore, at Plaintiffs request, the Defendants informally disclosed the fact that Falcon Security Corporation was the provider of security by letter dated August 11, 2006, nearly a month ago. This was done in good faith and as a courtesy to Plaintiffs well before formal discovery responses were due.

                    Respectfully submitted,

**KHAN ROMBERGER PLLC**

By: _____/s/_____

Karen A. Khan
D.C. Bar No. 455297
1025 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036
(202) 828-1243
ATTORNEYS FOR DEFENDANTS

Date:  September 5, 2006