IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al.,<br>    Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No. 06 0574<br>:  RMC<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Plaintiff, hereby attaches a copy of the complaint in this matter .

**WHEREFORE,** defendant requests that the motion be granted.

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C.  20036
Counsel for Plaintiff
(202) 778-1167

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Amend the Complaint was sent by US mail, 1st class, postage prepaid on this 5th day of September 2006 to:

Timothy Romberger Esq.
1025 Connecticutm N.W.
Suite 1000
Washington, D.C.
20036

                                        _____
                                        Geoffrey D. Allen