IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 06-0574 (RMC) |
| vs. ) ) | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, and DOE SECURITY ) ) ) ) ) | Next Scheduled Event: 11/01/06 Discovery Deadline |
| Defendants. ) | |

**DEFENDANTS' SUPPLEMENTAL RESPONSE
TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Defendants, The George Washington University, and the South Asian Society of the George Washington University (hereinafter "Defendants"), by and through their undersigned attorneys, hereby file this Supplemental Response to Plaintiffs' Motion to Amend the Complaint, by stating as follows:

**BASIS FOR SUPPLEMENTAL RESPONSE**

1.   Plaintiffs' in this case initially moved to amend the complaint to add Falcon Security Corporation as an additional party defendant in this lawsuit. (Docket No. 14). Defendants thereafter filed a response, primarily noting that Plaintiffs had failed to comply with Local Rule 15.1, which mandates that a party seeking to amend a pleading must attach a copy of the proposed amended complaint to the motion. (Docket No. 15), and opposing any attempt to extend the discovery deadline which was neither conferred on, nor consented to by Plaintiffs.

2. Plaintiffs thereafter filed a "reply" purporting to attach a copy of the Amended Complaint pursuant to the local rules. (Docket No. 16). However, a review of the attached Amended Complaint demonstrates that it is completely defective. The proffered pleading is not styled as an "Amended Complaint," and inexplicably does not even name the proposed new party – Falcon Security Corporation– in either the caption or text of the Complaint. Instead, the pleading, which denotes that it is pending in the "Superior Court of the District of Columbia," appears to be the exact same complaint which initiated this lawsuit.

3. At the risk of stating the obvious, Plaintiffs have still altogether failed to comply with Local Rule 15.1 by appending a proposed Amended Complaint for the Court's consideration. Until such time as Plaintiffs comply with this very simple and basic rule, Defendants must apologetically oppose the motion.

Respectfully submitted,

**KHAN ROMBERGER PLLC**

By: /s/
Karen A. Khan
D.C. Bar No. 455297
1025 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036
(202) 828-1243
ATTORNEYS FOR DEFENDANTS

Date:  September 5, 2006