IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 06 0574 RMC |
| v. | : | |
| | : | |
| | : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S SUPPLEMTAL REPLY TO DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Plaintiff, hereby attaches a copy of the First Amended Complaint in this matter .

**WHEREFORE,** defendant requests that the motion be granted.

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C.  20036
Counsel for Plaintiff
(202) 778-1167

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Amend the Complaint was sent by US mail, 1st class, postage prepaid on this 5th day of September 2006 to:

Timothy Romberger Esq.
1025 Connecticutm N.W.
Suite 1000
Washington, D.C.
20036

_____
Geoffrey D. Allen