IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06 0574 RMC |
| | : : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : : : : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO SUSPEND SCHEDULING ORDER**

Plaintiff, through counsel, respectfully moves this Court to suspend the scheduling order of August 2, 2006.

Plaintiff's reasons in support of this motion are fully set forth in the attached Memorandum of Points and Authorities.

Counsel for defendants do not consent to this motion.

**WHEREFORE,** defendant requests that the motion be granted.

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C. 20036
Counsel for Plaintiff
Tel: (202) 778-1167

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06 0574 RMC |
| | : : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : : : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

### A. Introduction - Background

The court issued a scheduling order in this case on August 2, 2006. Plaintiff has since moved to amend the complaint to add Falcon Security Corporation as a named defendant in this case. Defendants George Washington University and the South Asian Society of the George Washington University consented to this motion, (although they raised some technical objections which are now resolved).

### B. Argument

Should the court grant the plaintiff's motion, to Amend the Complaint, it would seem that it would be necessary to set a new discovery schedule to accommodate Falcon Security. To proceed with discovery in the meantime would needlessly duplicate discovery efforts and increase expenses to both plaintiff and defendants alike.

2

Plaintiff would note that he not ignoring the discovery process. He is in the process of answering defendants' interrogatories and expects to be able to send them to defendant within a couple of days. He will issue a preliminary witness list today and he will also turn over a number of documents to defendants today. Hence, defendants will obtain a good deal of information about plaintiff's case. However, to proceed further at this point would serve no good purpose. Depositions for example, if taken now, could quite possibly need to be re taken later if Falcon Security were to be added as a defendant. Moreover, it is impossible to prepare expert reports before depositions have been conducted.

### C. Conclusion

For the foregoing reasons, it is requested that the Motion should be granted. That the existing schedule be suspended and that a new schedule be issued at a date to be determined by the Court.

Respectfully submitted,

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C.  20036
Counsel for Plaintiffs
(202) 778-1167

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06 0574 RMC |
| | : : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : : : | |
| Defendants. | : | |

### ORDER

This matter comes before the court on Plaintiff's Motion to suspend the Scheduling Order issued by the court on August 2, 2006.. For good cause shown, it is this, __ day of _____ 2006, hereby

**ORDERED**, that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED,** that Scheduling Order of August 2, 2006 be suspended.

_____
Honorable Rosemary M. Collyer
United States District Court Judge
For the District of Columbia