U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gurpal Singh as Administrator Ad Prosequendum of decedent Ranjit Singh, et al.

vs.

South Asian Society of The George Washington University, et al.

No. 0600574 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons and First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:20 pm on September 21, 2006, I served Falcon Security Corp. c/o Reggie Minor at 5900 Croom Station Road, Upper Marlboro, Maryland 20772 by serving Reggie Minor, authorized to accept. Described herein:

```
SEX-    MALE
AGE-    42
HEIGHT- 5'11"
HAIR-   BLACK
WEIGHT- 280
RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 9-21-06
           Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176459