AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Gurpal Singh as Administrator of decedent Ranjt Singh

v.

South Asian Society of the George Washington University, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06005748A RMC

TO: (Name and address of Defendant)

Falcon Security Corporation
c/o
Reggie Minor
3123 82nd Avenue
Landover, MD 20785

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

+ Geoffrey D. Allen
D.C. Bar No. 288142
1720 Rhode Island Ave #206
NW, DC 20009

an answer to the AMENDED complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AMENDED

**NANCY M. MAYER-WHITTINGTON**                  9/14/2006

CLERK                                            DATE

(By) DEPUTY CLERK