**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) Civil Action No. 06-0574 (RMC) ) |
| vs. | ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, and FALCON SECURITY CORPORATION | ) ) Next Scheduled Event: 11/01/06 ) Discovery Deadline ) ) |
| Defendants. | ) |

## NOTICE

In accordance with the instructions of this Court, the Defendants – The George Washington University and the South Asian Society – are hereby attaching Plaintiffs' Answers to Interrogatories and Responses to Document Requests which will be the subject of an informal conference call between the parties and the Court scheduled to take place on Wednesday, October 4, 2006 at 10:00am.

Respectfully submitted,

**KHAN ROMBERGER PLLC**

By: /s/
Timothy W. Romberger
D.C. Bar No. 458225
1025 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036
(202) 828-1243
ATTORNEYS FOR DEFENDANTS

Date: October 3, 2006