IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, : : : Plaintiffs, : : v. : : : SOUTH ASIAN SOCIETY OF THE GEORGE : WASHINGTON UNIVERSITY, : Et Al., : Defendants. : | Civil Action No. 06 0574 RMC |

**PLAINTIFF'S SECOND MOTION TO AMEND THE COMPLAINT**

Plaintiff, through counsel, respectfully moves this Court to Amend the Complaint in this matter to add the United States, SecTec, Inc. and Hill Partners, Inc., as defendants in this matter

Plaintiff's reasons in support of this motion are fully set forth in the attached Memorandum of Points and Authorities.

George Washington University's and the South Asian Society's position on this motion is unknown. Counsel has made repeated efforts to determine their position on October 16, 17, and 18, 2006 but has not has not received a response to these inquiries.

**WHEREFORE,** defendant requests that the motion be granted.

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C. 20036
Counsel for Plaintiff
(202) 778-1167

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GURPAL SINGH, as Administrator** | : | |
| **of decedent RANJIT SINGH,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 06 0574 |
| v. | : | RMC |
| | : | |
| | : | |
| **SOUTH ASIAN SOCIETY OF THE GEORGE** | : | |
| **WASHINGTON UNIVERSITY,** | : | |
| **Et Al.,** | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

**A. Introduction - Background**

Ranjit Singh and several of his friends traveled from the Phillipsburg, New Jersey area on March 27, 2005 to attend the party at the Post Office Pavilion. About forty five minutes before the event ended, a member of Ranjit Singh's group became involved in a dispute with another male patron. Some shoving and pushing may have occurred but eventually, the parties involved calmed down and actually shook hands. No security guards intervened in this incident and Ranjit Singh was not involved . Ranjit Singh was attacked by an individual whom his friends had been involved in a disagreement with and suffered a stab wound to his chest which severed his left axillary artery. The attack occurred approximately ten feet from the bottom of the steps. Ranjit Singh was taken to George Washington University Hospital where he was pronounced dead at 3.20 a.m. on March 27, 2005. The identity of the assailant is unknown. Plaintiff has filed suit and named as defendants, the George Washington University and the South Asian

Society of the George Washington University. Plaintiff was previously granted leave to add Falcon Security as a defendant in this case.

### B. Argument

At the time the initial complaint was filed, the identities of all of the providers of security at the event were not known. As a result of discovery conducted in the case so far, it has now been determined that there is a reasonable basis to believe that the United States, Hill Partners, Inc and SecTek Inc. all had security responsibilities at the event. Accordingly, plaintiff now seeks to add these parties as defendants in this case.

Under Rule 15 of the Federal Rules of Civil Procedure, it is provided:

"(a) *Amendments*. A party may amend his pleadings once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been set for trial, he may so amend it at any time within 10 days after it is served. **Otherwise a party may amend his pleading only by leave of Court or by written consent of the adverse party; and leave shall be freely given when justice so requires.** * * *

In this case, plaintiff first reviewed documents dealing with security responsibilities of SecTec, Inc. and Hill Partners, Inc. at the Old Post Office Pavilion, at the event in question, on October 13, 2006. Plaintiff was ready to file this motion on October 16, 2006 but waited to October 18, 2006 in order to try and determine the position of the George Washington University and the South Asian Society on the motion.

Based on plaintiff's review of the documents, plaintiffs are of the opinion that these parties should be added as defendants in this case. The documents reviewed show that Hill Partners, Inc and SecTec Inc. both played important roles in planning for security and in actually providing security services for the event. GSA leased the premises for the event. With

respect to the United States, it should be noted that plaintiffs were required to wait until September 28, 2006 to seek to add it as a party because their claim under the Federal Tort Claims Act was not denied until then and claimants were still with the six month waiting period imposed by that statute. On September 28, 2006, plaintiff knew that he would be able to review documents concerning SecTec Inc and Hill Partners, Inc. on or about October 13, 2006. In order to avoid multiple motions to amend the complaint, plaintiff decided to wait for two weeks and combine all the proposed amendments in one motion. Plaintiff submits that under the circumstances, this was a reasonable course of action.

There should be no prejudice to any party caused by adding additional parties as defendants. No depositions have yet taken place so there will be no need to re-depose any witnesses. Moreover, the court has already indicated that a new scheduling conference will in any event be needed once Falcon Security has answered the First Amended Complaint.

### C. Conclusion

For the foregoing reasons, it is requested that the Motion should be granted.

Respectfully submitted,

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.

        Suite 206
        Washington, D.C.  20036
        Counsel for Plaintiffs
        (202) 778-1167

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, : : : Plaintiffs, : : : v. : : : SOUTH ASIAN SOCIETY OF THE GEORGE : WASHINGTON UNIVERSITY, : Et Al., : Defendants. : | Civil Action No. 06 0574 RMC |

**ORDER**

This matter comes before the court on Plaintiffs' Second Motion to Amend the Complaint. For good cause shown, it is this, __ day of _____ 2006, hereby

**ORDERED**, that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED,** that Plaintiff may amend his Complaint to include the United States of America, SecTek Inc., and Hill Partners, Inc. as defendants in this case.

_____
Honorable Rosemary M. Collyer
United States District Court Judge
For the District of Columbia