# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gurpal Singh, | : |
| Plaintiff, | : |
| v. | : Civil Action Number 06-0574 (RMC) |
| George Washington University, *et al.*, | : |
| Defendants. | : |

## DECLARATION OF MICHAEL ANZALLO

I, MICHAEL ANZALLO, do declare as follows:

1.  I was appointed a member of the Metropolitan Police Department (MPD) in 1989. I was promoted to the rank of sergeant in 1994, to lieutenant in 1996, to captain in 1999 and to my current position of Commander, Superintendent of Detectives Division in 2004. I previously served as the Captain of the Homicide Section Violent Crime Branch of the Superintendent of Detectives Division from 2002 to 2004.

2.  It has been brought to my attention that the plaintiff in the above-captioned matter has served a civil subpoena upon on Metropolitan Police Department Chief Charles Ramsey pertaining to information collected pursuant to the ongoing investigation of the homicide of Ranjit Singh on March 27, 2005.

3.  As Commander, Superintendent of Detectives Division, I serve as head of

the Division having control over the Information requested in this subpoena.

Case 1:05-cv-00074-RMC    Document 30-9    Filed 11/08/2006    Page 4 of 12

4. The Metropolitan Police Department has initiated an investigation of Mr. Singh's homicide, which is presently pending completion. The disclosure of information obtained as part of that on-going investigation would in my estimation compromise the

Metropolitan Police Department's ability to obtain information or cooperation from individuals and may interfere with this agency's ability to bring this investigation to successful conclusion.

5. The MPD has created a "working homicide investigation file regarding the death of Ranjit Singh. After personally reviewing the file documents I assert the law enforcement privilege with respect to the following documents:

1. Family Contact Record

2. Death Report (Form PD 120)

3. Washington Area Criminal Information and Intelligence System (WACIIS) Investigative Reports (PD 854W)

4. Running Resume entries

5. Report of Investigation Continuation entries

6. PD 252s Supplemental Reports

7. General Service Administration Reports

8. Witness Statements Metropolitan Police Department PD 119s

9. Phone Records and subscriber information

10. Affidavits of the Superior Court Regarding Extradition

11. Metropolitan Police Department Supplementary Evidence Report (Form PD 698)

12. Metropolitan Police Department Evidence Report (Form PD 668)

13. All crime scene photographs

14. Diagram with location information

15 Department of Justice forms

16. Superior Court of the District of Columbia Criminal Division Subpoenas

17. Metropolitan Police Department Photo Viewing Sheet

18. All photos used for identification procedures

19. All documents from Choicepoint searches

20. Washington Area Law Enforcement System (WALES) record

21. Witness Lists

22. Notes from Detective investigating case

23. Metropolitan Police Department Property Release (Form PD 81-C)

24. Typewritten contact information

25. Notes on telephone messages and telephone phone numbers

26. Handwritten notes and business cards

27. All documents relating to Mapquest

28. Typewritten Event Chronology

29. Handwritten notes in notebook

30. Documents from the Federal Bureau of Investigation contained within the case file

31. Documents from other police departments that assisted with this investigation

32. All documents from the Metropolitan Police Department e-team database

33. Metropolitan Police Department Tour of Duty Supervisor's Report (Form PD 150)

34. Metropolitan Police Department PD 135 Daily Vehicle Inspection and Activity Report

35. All COLUMBO database documents

36. All affidavits for arrest and search warrants

37. Violent Criminal Apprehension Program (VICAP) form

38. All Department of Motor Vehicle records pertaining to this case

39. All e-mails pertaining to this case.

40. All documents from Expedia.com

41. All documents from the United States Department of Defense

42. All DVDs contained within the case file.

43. All documents from George Washington University contained within the case file

44. Metropolitan Police Department Information Control Sheet

45. District of Columbia Alcoholic Beverage Regulation Administration Case Report

46. Summary Report for Homicide memorandum

The documents listed above constitute protected confidential communications between law enforcement officers and citizen witnesses concerning the course of a criminal investigation and the disclosure thereof would compromise the ability of this Department to obtain future cooperation from those entities and persons. Due to the current status of the criminal investigation, I have no objection to the disclosure of the other documents not specifically set forth in paragraph numbered 5 of this affidavit, such as the PD 251 event report.

I hereby declare under the penalties of perjury that the above information is true and correct to the best of my knowledge and belief.

Signed this 3 day of NOV 2006, in Washington, D.C.

_____
Michael Anzallo
Metropolitan Police Department