IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 06-00574 (RMC)<br>) |
| vs. | )<br>) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., | )<br>) Next Scheduled Event: 11/21/06<br>)   Status Conference<br>)<br>)<br>) |
| Defendants. | ) |

NOTICE OF FILING ANSWER
TO THE SECOND AMENDED COMPLAINT

**COMES NOW**, The George Washington University, and the South Asian Society of the George Washington University (hereinafter "Defendants") and hereby appends as Exhibit 1 to this Notice their Answer to Plaintiff's Second Amended Complaint. By Minute Order dated November 2, 2006, this Court granted Plaintiff's Motion for Leave to File a Second Amended Complaint. While the Second Amended Complaint was therefore deemed filed as of this date, there is no corresponding ECF docket number in the system for the Second Amended Complaint which allows the Defendants herein to link electronically for purposes of filing the Answer. Therefore, Defendants file the instant Answer to Plaintiff's Second Amended Complaint hereto, and ask that the Clerk or the Court denote it as filed on this date.

Respectfully submitted,

**KHAN ROMBERGER PLLC**

By: /s/ _____
Karen A. Khan
D.C. Bar No. 455297
1025 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036
(202) 828-1243
ATTORNEYS FOR DEFENDANTS

Date: November 10, 2006