IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) Civil Action No. 06-00574 (RMC) ) |
| vs. | ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., | ) ) Next Scheduled Event: 11/21/06 ) Status Conference ) ) ) |
| Defendants. | ) |

**CONSENT MOTION FOR A THIRTY (30) DAY
EXTENSION TO RESPOND TO MOTION FOR PROTECTIVE ORDER**

**COMES NOW**, The George Washington University, and the South Asian Society of the George Washington University (hereinafter "Defendants"), by and through their counsel, and collectively files the instant **consent** Motion for a Thirty Day Extension of Time to Respond to the Motion for Protective Order filed by Chief Charles H. Ramsey of the Metropolitan Police Department, by stating as follows:

**BASIS FOR MOTION**

1.  Discovery is ongoing[1] in the above captioned matter involving claims of negligence and wrongful discharge against the University and other Defendants pertaining to the

---

[1] Although discovery is technically ongoing, the Court has previously stayed all depositions in this case pending the inclusion of other parties, and it is expected a new discovery schedule will issue when all new Defendants have entered an appearance.

1

death of Ranjit Singh on March 27, 2005.

2.  On or about August 10, 2006, the University served a subpoena upon the Metropolitan Police Department (MPD) seeking an assortment of documents such as incident reports, police and contemporaneous witness accounts, findings, conclusions, and other documents pertaining to investigation into the death of Ranjit Singh.  The subpoena was served on August 11, 2006, and the MPD was required to respond by August 24, 2006.  The MPD did not respond to this subpoena or otherwise lodge objections within this time frame.

3.  On or about November 8, 2006 – some three months later – the MPD (through the Attorney General's Office) filed a Motion for Protective Order seeking to shield forty-six (46) categories of documents from disclosure on the basis of an alleged qualified law enforcement privilege. (*See* Docket No. 30, Motion of Chief Charles Ramsey for Protective Order). The matters raised and issues implicated by the filing of this motion will have a significant and material effect on the instant litigation, which now involves a total of seven parties.

4.  At this time, the Defendants are moving for a thirty day (30) extension of time to respond to the MPD's motion, and cites the following grounds as good cause for such an extension:

>   A.  On November 2, 2006, this Court entered a Minute Order granting Plaintiff's Motion to File a Second Amended Complaint which has the effect of adding no less than three additional party Defendant's to this lawsuit, including the SecTek, Inc., Hill Partners, Inc., and the United

    States of America. To date, these new parties have not yet entered an appearance,[2] but when they do, it is more than likely that they will want to "weigh-in" or address the important issues raised by the MPD's Motion for Protective Order;

    B.    Additionally, Counsel for Defendants have been engaged in a jury trial before Magistrate Judge Facciola from November 6, 2006 through November 14, 2006 in that matter styled *Gipson v. Wells Fargo Bank, N.A.*, Civil Action No. 00-2865, and therefore have not had adequate time to prepare a thorough response to the MPD's motion.

5.    For the foregoing reasons, Defendants ask that this Court enter an Order granting a thirty day (30) extension to respond, such that Defendants have until December 20, 2006 to file an Opposition to the MPD's Motion for Protective Order. Defendants submit that good cause exists, and Defendants have not yet sought any extensions from the Court in this case.

6.    Counsel for the Attorney General's office (which represents the MPD) has been advised of the filing of this motion and **consents** to the extension sought.

---

[2] It is also unknown if they have been served yet.

WHEREFORE, the Defendants respectfully request that this Court grant the relief sought in this motion.

                                            Respectfully submitted,

                                          **KHAN ROMBERGER PLLC**

                                    /s/
                            By:_____
                                Karen A. Khan
                                D.C. Bar No. 455297
                                1025 Connecticut Ave., N.W.
                                Suite 1000
                                Washington, D.C. 20036
                                (202) 828-1243
                                ATTORNEYS FOR DEFENDANTS

Date:  November 15, 2006