IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) Civil Action No. 06-00574 (RMC) ) |
| vs. | ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., | ) ) Next Scheduled Event: 11/21/06 ) Status Conference ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW this          day of            , 2006, upon consideration of the Defendants' Consent Motion for a Thirty Day Extension to Respond to the Metropolitan Police Department's Motion for Protective Relief (Docket No. 30), it is ORDERED that the motion is **GRANTED**.

Defendants Opposition shall be due no later than December 20, 2006.

BY THE COURT:

_____
J.