IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GURPAL SINGH, as Administrator
of decedent RANJIT SINGH,

    Plaintiffs,

v.

SOUTH ASIAN SOCIETY OF THE GEORGE
WASHINGTON UNIVERSITY,
Et Al.,

    Defendants.

Civil Action No. 06 0574
RMC

AFFIDAVIT OF SERVICE

I, Lauren Reighard, state as follows:

1. I am an adult who is not a party and is not less than 18 years of age;
2. I hereby affirm that a Summons, Complaint, Court's Initial Order, have been served upon (name illegible), an authorized employee designated to accept service for the District US Attorney General; and
3. Service was effected by Certified US Mail on December 8, 2006 at 950 Pennsylvania Avenue, NW Washington DC 20530
4. I hereby affirm that a Summons, Complaint, and the Court's Initial Order, have been served upon (name illegible), an authorized employee designated to accept service for Jeffrey Taylor, the US Attorney General for the District of Columbia; and
5. Service was effected on December 8, 2006 at 555 4th Street NW, Washington DC 20530.

Dated: 12/12/06   By: _____
Lauren Reighard
Legal Assistant
1730 Rhode Island Avenue NW
Suite 206
Washington DC 20036

I, Leslie P. Kiwi, a Notary Public in and for the District of Columbia, do hereby certify that Lauren Reighard whose name is signed to the

foregoing Affidavit of Service bearing the date of the ____ day of December 2006, personally appeared before me in said District, and the said being personally well known to me as the person who executed the said Waiver, and acknowledged the same to be her act and deed.

   Given under my hand and official seal this ____ day of December

                         Leslie P. Kim
                         Notary Public, District of Columbia

My commission expires:   My Commission Expires _____

- 2 -