IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : : : | |
| Plaintiffs, | : : | |
| v. | : : : : | Civil Action No. 06 0574 RMC |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : : : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT
AS TO DEFENDANT FALCON SECURITY CORPORATION**

Plaintiff respectfully moves for a default judgment against Falcon Security, Corporation.

Plaintiff's reasons in support of this motion are set forth in the attached Memorandum of Points and Authorities.

The position of the defendants on this motion could not be determined.

WHEREFORE, plaintiff requests that the motion be GRANTED,

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C. 20036
Counsel for Plaintiff
(202) 778-1167

<u>Certificate of Service</u>

     I certify that a copy of this Motion, and a Memorandum and Order has been mailed, first class postage prepaid, this 15th day of December 2006, to:

Falcon Security Corp.
3123 82nd Ave.
Landover Md.
20785

Falcon Security Corp
C/O Reggie Minor
5900 Croom Station Rd.
Upper Marlboro
Md 20772

                                                                     _____
                                                                     Geoffrey D. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH, as Administrator** : <br> **of decedent RANJIT SINGH,** : <br> : <br>    **Plaintiffs,** : <br> : <br>             v.              : <br> : <br> : <br> **SOUTH ASIAN SOCIETY OF THE GEORGE** : <br> **WASHINGTON UNIVERSITY,** : <br> **Et Al.,** : <br>    **Defendants.** : | Civil Action No. 06 0574 RMC |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR DEFAULT JUDGMENT AS TO FALCON SECURITY CORP.**

    Plaintiffs served defendant Falcon Security Corporation with a copy of the First Amended Complaint on September 21, 2006. An affidavit of service was filed on September 28, 2006. Falcon was required to file a response by October 11, 2006. In fact, no pleading of any sort has been filed by Falcon, nor has any extension of the time period within which to file a response, been filed.

    Rule 55 of the Federal Rules of Civil Procedure provides when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that fact is made to appear by affidavit or otherwise, a default may be entered. These requirements have been satisfied by the Affidavit of Service filed in this case, evidencing service, and the absence of any response on the docket in this matter, from Falcon Security Corporation.

In view of this, plaintiff requests that the motion be granted.

Respectfully submitted,

_____
Geoffrey D. Allen
D.C. Bar 288142
1730 Rhode Island Ave. N.W.
Suite 206
Washington D.C. 20036

Tel: (202) 778-1167

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH, as Administrator** : <br> **of decedent RANJIT SINGH,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> : <br> **SOUTH ASIAN SOCIETY OF THE GEORGE** : <br> **WASHINGTON UNIVERSITY,** : <br> **Et Al.,** : <br> **Defendants.** : | **Civil Action No. 06 0574 RMC** |

## ORDER

This matter comes before the court on plaintiffs' motion for a default judgment against Falcon Security, Corp. Having considered the pleadings in this matter and the entire record, it is this __ day of _____ 2006, hereby,

ORDERED, that the motion be GRANTED, and it further,

ORDERED, that a default judgment be entered against Falcon Security Corp., and it further,

ORDERED, that a hearing to determine damages be set for _____, 2007.

_____
Honorable Rosemary M. Collyer
United States District Court Judge
For the District of Columbia