Issued by the

# United States District Court
## DISTRICT OF COLUMBIA

Gurpal Singh,
          Plaintiffs,
   v.

The George Washington Univ., et al.,
          Defendants

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 06-cv-0574 RMC

To:

Chief Charles Ramsey
Metropolitan Police Department
300 Indiana Avenue, N.W.
Room 3075
Washington, D.C.  20001

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE (See attached Exhibit A) Khan Romberger PLLC 1025 Connecticut Ave, N.W., Ste 1000, Washington D.C., 20036 | DATE AND TIME 8/24/06 10am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Attorney for Defendant | DATE 8/10/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER Timothy Romberger, Esq.
Address: same as above. (202) 828-1243

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
If action is pending in district other than district of issuance, state district under case number.

<u>**EXHIBIT "A"**</u>

| | |
|---|---|
| <u>Incident Location</u>: | The Old Post Office Pavilion<br>1100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| <u>Decedent</u>:<br><u>Date</u>: | Ranjit Singh<br>March 27, 2005 (approx. 2:45 am) |

_____

Please provide the following:

1. The entire police file relative to the investigation surrounding the assault and death of Ranjit Singh on March 27, 2005, including but not limited to all incident reports, police and witness accounts, findings, conclusions, and all other documents pertaining to this file;

2. All incident reports and police files for any crime alleged to have been committed at The Old Post Office Pavilion or within two blocks of the Old Post Office Pavilion from March of 2000 through March of 2005.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gurpal Singh, et al.

vs.

The George Washington University, et al.

No. 06-CV-0574 RMC

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Letter dated August 10, 2006; Subpoena Duces Tecum; Exhibit A and Certification of Records in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:19 am on August 11, 2006, I served Chief Charles Ramsey at Metropolitan Police Department, 300 Indiana Avenue, NW, Room 3075, Washington, DC 20001 by serving Ronald Harris, Deputy General Counsel, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     51
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  170
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  8-11-06
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175119