TOM DAVIS, VIRGINIA,
CHAIRMAN

CHRISTOPHER SHAYS, CONNECTICUT
DAN BURTON, INDIANA
ILEANA ROS-LEHTINEN, FLORIDA
JOHN M. MCHUGH, NEW YORK
JOHN L. MICA, FLORIDA
GIL GUTKNECHT, MINNESOTA
MARK E. SOUDER, INDIANA
STEVEN C. LATOURETTE, OHIO
TODD RUSSELL PLATTS, PENNSYLVANIA

ONE HUNDRED NINTH CONGRESS

# Congress of the United States
## House of Representatives
COMMITTEE ON GOVERNMENT REFORM
2157 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6143

MAJORITY   (202) 225-5074
FACSIMILE  (202) 225-3974
MINORITY   (202) 225-5051
TTY        (202) 225-6852

http://reform.house.gov

HENRY A. WAXMAN, CALIFORNIA,
RANKING MINORITY MEMBER

MAJOR OWENS, NEW YORK
ELEANOR HOLMES NORTON,
DISTRICT OF COLUMBIA

BERNARD SANDERS, VERMONT,
INDEPENDENT

March 30, 2005

**BY FACSIMILE**: (202) 219-5742

The Honorable Stephen A. Perry
Administrator of General Services
General Services Administration
1800 F Street NW
Washington, D.C. 20405

Dear Mr. Perry:

I was deeply troubled by the stabbing death and two stabbing injuries following a late-night "after-party" at the Old Post Office Pavilion, which is owned by the U.S. government. As Chairman of the House Committee on Government Reform, I am particularly concerned that the event itself may not have been appropriate for the location and that the activities at the event may have been poorly managed.

The Committee on Government Reform has jurisdiction of the management of government operations, including the operation of Federal buildings. It is our responsibility to determine whether the Federal government's policies and procedures are sufficient to protect against misuse of government facilities or contributed in any way to the violence at the Old Post Office Pavilion. Accordingly, I ask that you brief my staff as soon as possible on GSA's role with respect to these events.

In addition, please provide the following documents and information:

1. A copy of any contract, lease, or rental agreement for the Old Post Office Pavilion relating or referring to the "Bhangra Blowout" on or about March 27, 2005 and any related events before, during, or after the event;

2. Copies of all guidelines or rules for use of the Old Post Office Pavilion provided to any party to any contract, lease, or rental agreement requested in item 1;

The Honorable Stephan A. Perry
March 30, 2005
Page 2

    3.    Copies of any guidelines or rules related to the serving of alcoholic beverages provided to any party to a contract, lease, or rental agreement requested in item 1;

    4.    The name and office of any GSA official or employee with responsibility for approval and/or management of any contract, lease, or rental agreement requested in paragraph 1;

    5.    The name and office of any GSA official or employee who was at the Old Post Office Pavilion in an official capacity at any time during the term of the contracts, leases, or rental agreements requested in item 1.

Please provide the documents and information, in duplicate, to the Committee's offices at 2157 Rayburn House Office Building not later than noon on Friday, April 8, 2005. If you have any questions concerning this request, please contact Committee Counsel John Hunter at 202-225-5074.

Sincerely,

*Tom Davis*

Tom Davis
Chairman