IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH  :<br>:<br>**Plaintiffs**  :<br>:<br>v.  :<br>:<br>:<br>SOUTH ASIAN SOCIETY OF THE GEORGE :<br>WASHINGTON UNIVERSITY, THE GEORGE :<br>WASHINGTON UNIVERSITY and  :<br>DOE SECURITY  :<br>:<br>**Defendants**  : | Civil Action No. 06 0574 RMC |

## PLAINTIFFS' FIRST AMENDED ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The Plaintiff, by and through their undersigned attorney, and pursuant to Federal Rules of Civil Procedure 33, states as follows:

(a) The information contained in these Answers is being provided in accordance with the provisions and intent of the Federal Rules of Civil Rule of Procedure 33 which requires the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these Interrogatories by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality, relevancy or other proper grounds for objection

(b) The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, their agents, representatives, and attorney unless privileged.

security expert and spoke with all the witnesses identified in the Answer to Interrogatory 9 (except the police officers and health care providers), he also visited the scene, reviewed a number of newspaper articles and conducted extensive legal research.

**Interrogatory No 13**

State whether Plaintiff's intend to call any experts on behalf of their case, whether or not used for consulting for testimony. If Plaintiffs intend to call any experts state and identify their names, addresses, places of employment, affiliations, nature of their practice, a list of their training, credentials, curriculum vita, and other credentials, along with any reports generated to date, the nature of their anticipated testimony, all findings and conclusions reached, and the complete factual basis and information used to support such findings and conclusions.

**Answer:** Plaintiff will call Norman D. Bates Esq. as a security expert and Dr. Richard Lurito as an economist. Their CV's will be provided. They have not yet completed their work on this case. When they have reviewed discovery materials, this Answer will be supplemented.

**Interrogatory No 14**

State whether you contend that the assailant who stabbed Ranjit Singh (and any other individual or entity who is not a party to this case) acted in such a manner to cause or contribute to the injuries and damages claims in the case.

**Answer**  Plaintiff does contend that the assailant's stabbing of Ranjit Singh was one of several substantial factors, which caused or contributed to his death. Other substantial factors include the absence of any security presence whatsoever at the exit to the building which was used by the decedent, the failure to provide an adequate number of security guards for the event, and the failure to monitor adequately the alcohol intake of the assailant.

### Interrogatory No 15

State in complete details all efforts and steps taken by the Plaintiffs, their agents, assigns, and representatives to discover the identity and location of the assailant who stabbed Ranjit Singh the identity of all individuals involved with such investigation if any and the outcome of such efforts.

**Answer**  Objection. This interrogatory is not reasonably calculated to lead to the discovery of admissible information for use at trial. Without waiving the objection, plaintiff's counsel has attempted to contact the police officers involved in the investigation of this case. The officers have not responded to any of counsel's phone calls.

### Interrogatory No 16

State in complete detail all facts upon which you base your assertions that the George Washington University, the South Asian Society of the George Washington University and any other party (whether named or unnamed) were negligent in this case.

**Interrogatory No 22**

Identify any individual whom you consulted or were assisted by in responding to these interrogatories specifying by number each interrogatory for which this person was consulted or assisted.

**Answer:** I have conferred with my attorney in responding to these answers.

I swear under penalty of perjury that the Answers to Interrogatories above, are true and accurate to the best of my knowledge.

Subcribed and Sworn: *Gurpal Singh*
                     _____
                     Gurpal Singh

My Commission expires:

CAROL A. MARTZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 15, 2008

_____
Notary Public

CAROL A. MARTZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 1, 2008