IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) Civil Action No. 06-00574 (RMC) ) |
| vs. | ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., | ) ) Next Scheduled Event: None ) ) ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW, on this ____ day of _____, 200_, upon consideration of the Motion of Chief Charles H. Ramsey for Protective Order, and all responses thereto, it is ORDERED that the motion is **DENIED**.

IT IS FURTHER ORDERED that:

1. The Metropolitan Police Department shall, within ten (10) days of receipt of this Order, produce to the George Washington University for inspection and copying those 46 categories of documents listed in the Declaration of Commander Anzallo attached to the MPD's motion;

2. The Metropolitan Police Department shall, within ten (10) days of receipt of this Order, produce to the George Washington University for inspection and copying the MPD's PD251 event report and all "other documents" responsive to the University's subpoena denoted in paragraph 5 of the Declaration of Commander Anzallo.

BY THE COURT:

_____
J.