| | **KHAN ROMBERGER PLLC** | |
|---|---|---|
| Karen A. Khan | 1025 CONNECTICUT AVENUE, N.W. | Timothy W. Romberger |
| Admitted: | SUITE 1000 • WASHINGTON, D. C. 20036 | Admitted: |
| District of Columbia | TELEPHONE (202) 828-1243 • FAX (202) 882-8756 | District of Columbia |
| Virginia | | Pennsylvania |
| Maryland | | New Jersey |

September 21, 2006

Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20258

Re:  Gurpal Singh, et al. v. George Washington University, et al.
     Civil Action No. 06-cv-05734 (RMC)

Dear Sir/Madam::

This law firm represents The George Washington University and others in a lawsuit filed by Gurpal Singh, administrator of the estate of decedent **RANJIT SINGH**. The law permits us to obtain documents from non-parties to this litigation. Accompanying this letter is a subpoena duces tecum which requires DHS to produce various documents in the it's possession, custody or control relating to the death of Ranjit Singh, who died on March 27, 2005 outside of The Old Post Office Pavilion, located at 1100 Pennsylvania Avenue, N.W., Washington, D.C. 20004. Kindly review the subpoena and accompanying "Exhibit A" to determine those documents which have been subpoenaed.

In accordance with Agency regulations– set forth at 6 C.F.R. 5 *et seq.*– I am also enclosing a supporting declaration with exhibits to support The University's requests.

I look forward to working with you in this matter, and your cooperation is greatly appreciated.

Very truly yours,

KHAN ROMBERGER PLLC

By: _____
    Timothy W. Romberger

Enclosures
cc:   Francis Adams
      Office of the General Counsel
      U.S. Department of Homeland Security
      Washington, D.C. 20258

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     COLUMBIA

| | |
|---|---|
| GURPAL SINGH, ET AL.<br>V.<br>THE GEORGE WASHINGTON<br>UNIVERSITY, ET ALS. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]   06-cv-0574 (RMC) |

TO:   Office of the General Counsel
      Department of Homeland Security
      Washington, D.C. 20528

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

The documents demanded are set forth in the attached "**Exhibit A.**"

| PLACE<br>KHAN ROMBERGER PLLC, 1025 Connecticut Avenue, N.W., Suite 1000, Washington, D.C. 20036 | DATE AND TIME<br>**10/21/06 10:00 am** |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* — Attorney for Defendant | DATE<br>9/21/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Timothy W. Romberger, Esq., KHAN ROMBERGER PLLC,
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036   (202) 828-1243

## EXHIBIT "A"

Please provide the following:

1. A list of all federal security guards and agents who engaged in any type of security function at the Old Post Office Pavilion on March 26, 2005 and March 27, 2005.

2. All documents showing, depicting, listing, or explaining all security measures that the Department of Homeland Security had in place for the protection of the Old Post Office Pavilion and its invitees on March 26, 2005 and March 27, 2005, including but not limited to any written security plan or assessment which may have been in place;

3. All DHS and Federal Protective Services incident reports and investigatory files relative to the events at the Old Post Office Pavilion on March 26, 2005 and March 27, 2005.

4. The personnel files for all federal security guards and agents who performed work at the Old Post Office Pavilion on March 26, 2005 and March 27, 2005.

5. All documents showing the training, background, and/or experience of all federal security guards and agents who performed work at the Old Post Office Pavilion on March 26, 2005 and March 27, 2005.

6. All documents showing the duties and responsibilities of all federal security guards and agents who performed work at the Old Post Office Pavilion on March 26, 2005 and March 27, 2005, including documents showing where these individuals were deployed on these dates.

7. All site plans, premises plans, and drawings depicting the exact area at the Old Post Office Pavilion (including entrances and exits, if any) that DHS security guards (or agents thereof) were responsible for at the Bhangra Blowout After-Hours Celebration hosted at the Old Post Office Pavilion on March 26, 2005 and March 27, 2005.

8. Any agreements, authorizations, and other documents authorizing SecTek, Inc., or any other entity to provide security at the Bhangra Blowout After-Hours Celebration hosted at the Old Post Office Pavilion on March 26, 2005 and March 27, 2005.

9. Any and all non-privileged incident reports, correspondence, memorandum, emails, and other documents regarding the events of March 26, 2005 and March 27, 2005;

10. Any and all non-privileged incident reports, correspondence, memorandum, emails, and other documents regarding any violence or crime at the Old Post

Office Pavilion or within two blocks of the Old Post Office Pavilion in the last five years.