IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH, as Administrator** <br> of decedent **RANJIT SINGH** <br><br> **Plaintiffs** <br><br> v. <br><br> **SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY and DOE SECURITY** <br><br> **Defendants** | : <br> : <br> : <br> : <br> : **Civil Action No. 06 0574** <br> : **RMC** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### PLAINTIFFS' FIRST AMENDED ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The Plaintiff, by and through their undersigned attorney, and pursuant to Federal Rules of Civil Procedure 33, states as follows:

(a) The information contained in these Answers is being provided in accordance with the provisions and intent of the Federal Rules of Civil Rule of Procedure 33 which requires the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these Interrogatories by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality, relevancy or other proper grounds for objection

(b) The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, their agents, representatives, and attorney unless privileged.

the top of a set of steps leading from the building to the sidewalk, he was assaulted by a person who had also attended the event. Ranjit Singh tried to walk away but the assailant followed him onto the sidewalk and stabbed him in the chest causing injuries which led to his death. The stabbing occurred approximately ten to fifteen feet away from the bottom of the steps. No security guards were posted at the exit where these events occurred. After the stabbing several of Ranjit's friends chased the assailant and received stab wounds themselves. The lighting outside the building was poor.

The same person had previously acted in an assaultive manner towards several of Ranjit's friends who had left the event using the same exit, shortly before Ranjit.

Approximately, forty five minutes before the stabbing, while inside the building there had been an altercation between a friend of Ranjit Singh and it is believed, a friend of the stabber. Ranjit Singh was not involved in the earlier incident.

The assailant had attended the dance. At the time of the assaults described above, he appeared to heavily intoxicated. His gait was unsteady and his speech was slurred and largely incomprehensible.

**Interrogatory No 9**

Identify each and every individual with knowledge of any facts pertaining to the allegations in Plaintiff's complaint and this case giving a detailed description of the facts possessed by each such person.

Surinder Singh,
8 Kurdyla Ave.
Carteret NJ 07008

Attended the event. Has knowledge of the circumstances of an altercation inside the event in which involved a person who appeared to a friend of the person who murdered Ranjit Singh. Has knowledge of the way in which the event was closed down. Witnessed the assaults which occurred when he was leaving the event. Has knowledge of lighting conditions outside the building near the exit he used and absence of security guards.

Muhammad Ahad Abbasi,
121 Mercer St. Apt2
Somerville NJ
08876
Attended the event. Witnessed an altercation inside the event which did not involve Ranjit Singh. Saw the murderer inside the building. Has knowledge of the size of the crowd at the time the event ended and the manner in which the event was closed down. Was threatened by the murderer as he was leaving the Old Post Office Pavilion. Has knowledge of the manner in which the murderer was moving and that person's agitated manner and style of speech. Has knowledge of lighting conditions outside the building near the exit he used and absence of security guards.

Gurvinder Singh Mavi,
1948 Cabernet Pl
Eston PA 18045

Attended the event. Witnessed an earlier altercation inside the event which did not involve Ranjit Singh. Has knowledge of the circumstances in which the event was closed down. Saw the murderer inside the event. Saw him outside and has knowledge of his movements and speech. Witnessed the assault on Ranjit Singh and the assaults which occurred when he was leaving the event Has knowledge of lighting conditions outside the building near the exit he used and absence of security guards. Was stabbed by assailant after the stabbing of Ranjit Singh.

Harkanwal Singh Sandhu
36 New Jerrsey Ave
Felemington N.J.
08922
Attended the event. Has knowledge of the altercation inside the event which did not involve Ranjit Singh . Has knowledge that no security guards intervened. Has knowledge of the circumstances of the closing of the event. Has knowledge of the assaults which occurred when he was leaving the event. Has knowledge that that assailant was unsteady on his feet and slurring his speech outside the building. Has knowledge of lighting conditions outside the building near the exit he used and absence of security guards.

Sandeep Singh Maan
36 New Jersey Ave.
Felemington N.J. 08822

Attended the event. Witnessed an altercation which occurred inside the building which did not involve Ranjit Singh. Has knowledge that no security guards intervened. Has knowledge of the circumstances of the closing of the event. Witnessed assaults which occurred when he was leaving the event and saw the stabbing of Ranjit Singh. Has knowledge of lighting conditions outside the building near the exit he used and absence of security guards. Was stabbed by assailant after the stabbing of Ranjit Singh.


Manjit Singh
319 Mercer St.
Phillipsburg
NJ 08865

Has knowledge of Ranjit Singh's educational, health and employment background and his future plans and career goals.


Kulwinder Kaur
319 Mercer St.
Phillipsburg
NJ 08865

Has knowledge of Ranjit Singh's educational, health and employment background and his future plans and career goals.


Gurpal Singh
319 Mercer St.
Phillipsburg
NJ 08865

Has knowledge of Ranjit Singh's educational, health and employment background and his future plans and career goals.

Harpal Singh
462 S. Main St
Phillipsburg NJ
08865

Has knowledge of Ranjit Singh's educational, health and employment background and his future plans and career goals.

In addition, there was a female whose identity is currently unknown who applied pressure to Ranjit Singh's wounds after he was stabbed. It is not known what else she may have seen.

The killing of Ranjit Singh was investigated by the Metropolitan Police Department for the District of Columbia. It is believed that Detective Kim Lawrence and Bridgett Jones Smith worked on the case.

**Interrogatory No** 10

Identify all individuals who witnessed the assault and or can corroborate the events of March 27, 2005 including but not limited to Singh's "friends" whom traveled with him from New Jersey to attend the Banghra Blowout, along with a detailed description of any known corroborative information by these individuals

**Answer:** Please see previous answer.

**Interrogatory No** 22

Identify any individual whom you consulted or were assisted by in responding to these interrogatories specifying by number each interrogatory for which this person was consulted or assisted.

**Answer:** I have conferred with my attorney in responding to these answers.

I swear under penalty of perjury that the Answers to Interrogatories above, are true and accurate to the best of my knowledge.

Subcribed and Sworn:  _Gurpal Singh_
                     Gurpal Singh

My Commission expires:

CAROL A. MARTZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 15, 2009

_[signature]_
Notary Public

CAROL A. MARTZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 15, 2009