IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) Civil Action No. 06-00574 (RMC) ) |
| vs. | ) ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., | ) ) Next Scheduled Event: None ) ) ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW, on this ____ day of _____, 200_, upon consideration of the Motion of The George Washington University to Compel Enforcement of a Subpoena Duces Tecum on the U.S. Department of Homeland Security, and all responses thereto, it is ORDERED that the motion is **GRANTED**.

IT IS FURTHER ORDERED that The Department of Homeland Security shall, within ten (10) days of receipt of this Order, produce to the George Washington University for inspection and copying all documents demanded in the University's subpoena duces tecum.

BY THE COURT:

_____
J.