UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gurpal Singh, as Administrator )
Ad Prosequendum )
of decedent Ranjit Singh. And Gurpal )
Singh and Kulwinder Kaur as parents )
of Ranjit Singh )
319 Mercer St., )
Phillipsburg, N.J. 08865 )
                                          )      Civil Action No. 06-00574 (RMC)
                    Plaintiffs,   )      Electronic Case Filing
                                          )
          v.                              )
                                          )
                                          )
South Asian Society of The George )
Washington University )
2121 Eye Street, NW )
Washington, D.C. 20052 )
                                          )
                                          )
And,                                  )
                                          )
                                          )
George Washington University )
2121 Eye Street, NW )
Washington, D.C. 20052 )
                                          )
                                          )
                    And             )
                                          )
                                          )
Falcon Security Corp. )
3123 82nd Avenue )
Landover, Maryland 20785 )
                                          )

Defendants,                                    )
                                               )
                    And                        )
                                               )
                                               )
Sectek Inc.                                    )
11413 Isaac Newton Square S,                   )
Reston, Virginia    20190                      )
                                               )
                    And                        )
                                               )
Hill Partners Inc.                             )
The Pavilion at the Old Post Office            )
1100 Pennsylvania Avenue, NW                   )
Washington, D.C. 20004                         )
                                               )
                    And                        )
                                               )
United States of America                       )
                                               )
Serve:                                         )
The US Attorney General                        )
The Department of Justice                      )
950 Pennsylvania Avenue, NW                    )
Washington, D.C. 20530                         )
                                               )
And                                            )
                                               )
The US Attorney General                        )
For The District of Columbia                   )
Jeffrey A. Taylor                              )
555 4th Street NW                              )
Washington, D.C. 20530                         )

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney **Quan K. Luong** as counsel for the United States of America, The Department of Justice in the above-captioned case.

Respectfully submitted,

QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _28th_ day of December, 2006, a true and correct

copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage

prepaid marked for delivery to:

Geoffrey D. Allen
1730 Rhode Island Avenue, NW
Suite 206
Washington, DC 20036


QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150