UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GURPAL SINGH, Administrator )
of decedent RANJIT SINGH )
)
)
Plaintiff, )
v. )  Case No: 06-0574 (RMC)
)
SOUTH ASIAN SOCIETY )
OF THE GEORGE WASHINGTON )
UNIVERSITY, )
et. al. )
)
Defendants. )
)

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the United States Department of Homeland Security ("DHS") respectfully requests an enlargement of time up to and including February 2, 2007, within which to file a response to the *Motion to Compel Enforcement of a Subpoena Duces Tecum Served on U.S. Department of Homeland Security* ("motion to compel") (docket entry 40). At present, the response to this motion to compel is due on or around January 3, 2007. In support of this request, DHS states as follows:

1. On December 19, 2006, The George Washington University, one of the Defendants in the above-captioned complaint, filed the referenced motion to compel.

2. The party upon whom the motion to compel was served, DHS Agency counsel Christopher Vetter, did not receive the motion until on or around December 27, 2006. He then forwarded it to the United States Attorney's Office on that same date.

3. The undersigned Special Assistant United States Attorney ("SAUSA") assigned to this matter is in consultation with DHS Agency counsel and is attempting to collect information and

RECEIVED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

documentation necessary to respond to the motion to compel. However, due to the holiday schedule and the absence of a number of pertinent DHS and Federal Protective Service employees, DHS Agency counsel requires additional time to compile the necessary information and documentation.

4. Moreover, counsel for the Parties (i.e. DHS and The George Washington University) are hopeful that this matter might be resolved informally without the need for further litigation. The additional time will permit the Parties to explore options as to the future course of the motion to compel and thus, is in the interest of judicial economy.

5. Pursuant to Local Rule 7(m), the undersigned SAUSA has conferred with counsel Timothy W. Romberger for The George Washington University and he has graciously given consent to the relief requested.

For the foregoing reasons, DHS respectfully requests that the Court grant an enlargement of time to February 2, 2007 for the filing of a response to the motion to compel.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SOUTH ASIAN SOCIETY<br>OF THE GEORGE WASHINGTON<br>UNIVERSITY,<br>　　et. al.<br><br>　　　　Defendants. | Case No: 06-0574 (RMC) |

ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 200___,

ORDERED, that the motion should be, and it hereby is, granted, and that DHS shall have up to and including February 2, 2007, within which to file a response to the *Motion to Compel Enforcement of a Subpoena Duces Tecum Served on U.S. Department of Homeland Security.*

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing CONSENT MOTION FOR ENLARGEMENT OF TIME has been served on December 29, 2006 by first class U.S. mail, postage pre-paid to:

Timothy W. Romberger
KHAN ROMBERGER PLLC
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

 

_____
QUAN K. LUONG
Special Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)