IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GURPAL SINGH, as Administrator
of decedent RANJIT SINGH

    Plaintiffs

    v.

The George Washington University
Et al

Civil Action No. 060574 RMC

## Affidavit in Support of Default Judgment

Geoffrey D. Allen, having been duly sworn, deposes and states as follows:

1. I am the attorney for the plaintiffs in this case.

2. Plaintiffs served defendant Falcon Security Corporation, 3123 82nd Ave, Landover Md. 20785, with a copy of the First Amended Complaint on September 21, 2006. An affidavit of service was filed on September 28, 2006.

3. Falcon Security Corporation was required to file a response by October 11, 2006. In fact, no pleading of any sort has been filed, nor has any extension of the time period within which to file a response, been filed.

4. In their complaint, plaintiffs asked for $2,000,000 (Two Million Dollars) in damages. Plaintiffs now ask for a default judgment against Falcon Security Corporation in this amount.

I hereby swear and affirm that the foregoing statements are true and correct to the best of my knowledge and belief.

_____          _____
Geoffrey D. Allen                                           Date  1-8-07

_____
Notary Public    Denise A. Branson
Notary Public, District of Columbia
My Commission Expires 9-30-2008