IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator : <br> of decedent RANJIT SINGH : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> : <br> The George Washington University : <br> Et al : | Civil Action No. 060574 RMC |

**Affidavit in Support of Entry Of Default**

Geoffrey D. Allen, having been duly sworn, deposes and states as follows:

1. I am the attorney for the plaintiffs in this case.

2. Plaintiffs served defendant Falcon Security Corporation, 3123 82nd Ave. Landover Md. 20785, with a copy of the First Amended Complaint on September 21, 2006. Service was effected at 5900 Croom Station Rd, Upper Marlboro, Maryland, 20722 by serving Reggie Minor, an officer of the Corporation. An affidavit of service was filed on September 28, 2006.

3. Falcon Security Corporation was required to file a response by October 11, 2006. In fact, no pleading of any sort has been filed, nor has any extension of the time period within which to file a response, been filed.

4. Plaintiffs now ask for entry of a default against Falcon Security Corporation.