I hereby swear and affirm that the foregoing statements are true and correct to the best of my knowledge and belief.

_____  
Geoffrey D. Allen

_____1-9-07_____  
Date

_____  
Notary Public

Denise A. Branson  
Notary Public, District of Columbia  
My Commission Expires 9-30-2008