IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06 0574 |
| | : RMC |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : |
| Defendants. | : |

## AFFIDAVIT OF SERVICE

I, Lauren Reighard, state as follows:

1. I am an adult who is not a party and is not less than 18 years of age;

2. I hereby affirm that a Summons, Complaint, Court's Initial Order, have been served upon (name illegible), an authorized employee designated to accept service for the District US Attorney General; and

3. Service was effected by Certified US Mail on January 3, 2007 at 950 Pennsylvania Avenue, NW Washington DC 20530.

4. I hereby affirm that a Summons, Complaint, and the Court's Initial Order, have been served upon (name illegible), an authorized employee designated to accept service for Jeffrey Taylor, the US Attorney General for the District of Columbia; and

5. Service was effected on January 3, 2007 at 555 4th Street NW, Washington DC 20530.

Dated: 1/9/07    By: _____

Lauren Reighard
Legal Assistant
1730 Rhode Island Avenue NW
Suite 206
Washington DC 20036

I, _Leslie P. Loo_, a Notary Public in and for the District of Columbia, do hereby certify that Lauren Reighard whose name is signed to the

- 1 -

foregoing Affidavit of Service bearing the date of the _____ day of December 2006, personally appeared before me in said District, and the said being personally well known to me as the person who executed the said Waiver, and acknowledged the same to be her act and deed.

        Given under my hand and official seal this _____ day of December



My commission expires: _____