UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, Administrator of decedent | ) | |
| RANJIT SINGH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 06-0574 (RMC) |
| | ) | |
| SOUTH ASIAN SOCIETY OF THE | ) | |
| GEORGE WASHINGTON UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

**CHIEF CHARLES RAMSEY'S CONSENT MOTION TO ENLARGE THE DEADLINE FOR FILING A REPLY TO THE DEFENDANT GEORGE WASHINGTON UNIVERSITY'S OPPOSITION TO CHIEF CHARLES RAMSEY'S MOTION FOR PROTECTIVE ORDER**

Chief Charles H. Ramsey, by and through undersigned counsel, hereby moves this Court to enlarge its Reply Memorandum deadline by an additional nine (9) days.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

On January 10, 2006, undersigned counsel contacted counsel for George Washington University, Timothy Romberger, to request his consent to the relief sought herein. Mr. Rombeger consented to this request.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,

Civil Litigation Division

_____/s/_____

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____

JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to enlarge was sent on this __10th___ day of
January, 2007 via electronic filing or via first class mail, postage prepaid, to:

Timothy Romberger, Esq.
Khan Romberger PLLC
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036

_____/s/_____

JAMES H. VRICOS
 Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, Administrator of decedent | ) | |
| RANJIT SINGH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 06-0574 (RMC) |
| | ) | |
| SOUTH ASIAN SOCIETY OF THE | ) | |
| GEORGE WASHINGTON UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————————— | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHIEF CHARLES RAMSEY'S CONSENT MOTION TO ENLARGE THE DEADLINE FOR FILING A REPLY TO THE DEFENDANT GEORGE WASHINGTON UNIVERSITY'S OPPOSITION TO CHIEF CHARLES RAMSEY'S MOTION FOR PROTECTIVE ORDER**

Chief Charles H. Ramsey, by and through undersigned counsel, hereby moves this Court to enlarge its Reply Memorandum deadline by an additional eight (8) days, and as grounds therefore, states as follows:

1. On November 8, 2006, undersigned counsel filed a motion for protective order on behalf of Chief Charles Ramsey.

2. On November 15, 2006, the Court granted George Washington University's ("GWU") consent motion for extension of time to respond to Chief Ramsey's motion.

3. On December 19, 2006, GWU filed its opposition.

4. On January 3, 2007, the Court granted the District's consent motion to enlarge time to file a reply to GWU's opposition.

1

5. Undersigned counsel has been away for the holidays from December 22nd, until December 27, 2006. Because of this absence, previously scheduled depositions that the Undersigned must attend, and because of the press of other business in this and Superior Court, the undersigned requires more time to prepare a proper reply.

6. Additionally, Undersigned counsel requires additional time to coordinate with representatives of the Metropolitan Police Department to fashion a responsive reply brief.

7. Undersigned counsel therefore requests an additional eight (8) days to complete and file its Reply Memorandum. No party will be prejudiced by this delay, and GWU has consented to this Motion. Moreover, this brief enlargement of time will not impact this Court's calendar.

WHEREFORE, for the foregoing reasons, Chief Charles Ramsey moves this Court to grant a 8-day enlargement of the deadline in which a Reply to GWU's Opposition to his motion for protective order must be filed.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.

2

Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent | ) |
| RANJIT SINGH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number 06-0574 (RMC) |
| | ) |
| SOUTH ASIAN SOCIETY OF THE | ) |
| GEORGE WASHINGTON UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| ——————————————————— | ) |

# **O R D E R**

Upon consideration of the Chief Charles Ramsey's motion to enlarge the deadline by which he

must file his reply to GWU's opposition to Chief Charles Ramsey's motion for protective order,

Memorandum of Law, and the facts and law considered, it is hereby ORDERED;

The Motion is GRANTED; and it is further ORDERED;

That Chief Charles Ramsey shall have an additional eight (8) days to file a Reply Memorandum,

which shall be due on or before January 19, 2007.

So ORDERED this _____ day of _____, 2007.

_____
Honorable Rosemary Collier
U.S. District Court Judge

copies to:

Timothy Romberger, Esq.
Khan Romberger PLLC
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036

1

James H. Vricos
Assistant Attorney General
441 4th Street, N.W.,
Washington, DC  20001