Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

GURPAL SINGH, et al.
      Plaintiff(s)

      V.

Civil Action No. 06-574 (RMC)

FALCON SECURITY CORP.
      Defendant(s)

RE:

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 21, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:    N. Wilkens
      Deputy Clerk