# MOORE & JACKSON, LLC
### ATTORNEYS AT LAW

305 WASHINGTON AVENUE
SUITE 401
TOWSON, MARYLAND 21204

TELEPHONE 410-583-5241

FACSIMILE 410-583-7519

WWW.MOOREJACKSON.COM

Scott D. Goetsch
Direct Dial: 410-583-2207 ext. 105
Email: goetsch@moorejackson.com

Daniel J. Moore
William J. Jackson
Kevin M. Soper
Scott D. Goetsch
Joel D. Newport
Margaret Fonshell Ward
--------------
Karen Herzog Cooke
Andrew M. Belt
--------------
Thomas M. Trezise
*Of Counsel*

January 18, 2007

Honorable Rosemary M. Collyer
Judge, United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *Singh v. South Asian society of the George Washington University, et al*
       Civil Action No. 06-00574 (RMC)

Dear Judge Collyer:

   I am writing regarding the above-referenced, as I represent SecTek, Inc., one of the defendants in this case. I recently filed an answer.

   I have been advised by the plaintiff that there is still one defendant, United States of America, that has not answered, and consequently the case is not at issue yet against them. Obviously, since my client was recently served and we recently answered, we will need some sort of revision of the current scheduling order. In discussing this with the attorney for the plaintiff, he advises that as soon as the United States has answered, and the case is at issue against all defendants, we would like to have a conference or conference call with you to address scheduling issues.

   If this meets with your approval, the attorneys in the case will contact your chambers when all parties are at issue in order to set up such a process.

   Please let me know if you have any objections at this time. Thank you.

Very truly yours,

/Signature/

Scott D. Goetsch

SDG/25-33