UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH,<br><br>     Plaintiff,<br><br>     v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, *et al.*,<br><br>     Defendants. | Civil Action Number 06-0574 (RMC) |

**CHIEF CHARLES RAMSEY'S CONSENT MOTION TO ENLARGE THE DEADLINE FOR FILING A REPLY TO THE DEFENDANT GEORGE WASHINGTON UNIVERSITY'S OPPOSITION TO CHIEF CHARLES RAMSEY'S MOTION FOR PROTECTIVE ORDER**

Chief Charles H. Ramsey, by and through undersigned counsel, hereby moves this Court to enlarge its Reply Memorandum deadline up until and including February 2, 2007.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

On January 19, 2007, undersigned counsel contacted counsel for George Washington University, Timothy Romberger, to request his consent to the relief sought herein. Mr. Rombeger consented to this request.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,

Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724- 6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to enlarge was sent on this __19th___ day of January, 2007 via electronic filing or via first class mail, postage prepaid, to:

Timothy Romberger, Esq.
Khan Romberger PLLC
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036

_____/s/_____
JAMES H. VRICOS
 Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH<br><br>Plaintiff,<br><br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action Number 06-0574 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHIEF CHARLES RAMSEY'S CONSENT MOTION TO ENLARGE THE DEADLINE FOR FILING A REPLY TO THE DEFENDANT GEORGE WASHINGTON UNIVERSITY'S OPPOSITION TO CHIEF CHARLES RAMSEY'S MOTION FOR PROTECTIVE ORDER**

Chief Charles H. Ramsey, by and through undersigned counsel, hereby moves this Court to enlarge its Reply Memorandum deadline up until and including February 2, 2007, and as grounds therefore, states as follows:

1. On November 8, 2006, undersigned counsel filed a motion for protective order on behalf of Chief Charles Ramsey.

2. On November 15, 2006, the Court granted George Washington University's ("GWU") consent motion for extension of time to respond to Chief Ramsey's motion.

3. On December 19, 2006, GWU filed its opposition.

4. With the consent of the GWU, the Court has twice granted the undersigned brief enlargements so as to allow undersigned counsel time to prepare a Reply to GWU's opposition.

1

5. GWU has filed a Motion to Compel Enforcement of a Subpeana Duces Tecum on U.S. Department of Homeland Security ("DHS"). (Docket entry #40.) The Court has allowed DHS to file its response to GWU's motion on or before February 2, 2007. (Minute Order, 1/05/07). In its Consent Motion for Enlargement of Time to file its response to GWU's motion, DHS states that DHS is hopeful that the issues raised by GWU in its motion could be resolved without the need for further litigation. As the issues raised in GWU's opposition to Chief Ramsey's motion for protective order are similar to those raised by GWU in its motion to compel, and could involve the same information sought by GWU, the undersigned requests additional time to ascertain what, if any, efforts have been made to resolve the matter between GWU and DHS, since that matter may impact on the issues raised in Chief Ramsey's motion for protective order. Undersigned counsel has called the Office of the United States Attorney concerning this matter, but has yet to speak with Special Assistant United States Attorney Quan K. Luong, who represents DHS.

6. Undersigned counsel therefore requests that he be allowed until February 2, 2007, to complete and file its Reply Memorandum. No party will be prejudiced by this delay.

7. Pursuant to Local Rule 7(m), the undersigned has conferred with Counsel Timothy W. Romberger for GWU, and he has given his consent to the relief requested.

WHEREFORE, for the foregoing reasons, Chief Charles Ramsey moves this Court to grant an enlargement of the deadline in which a Reply to GWU's Opposition to his motion for protective order must be filed up to and including February 2, 2007.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/
----------------------------------------
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/
----------------------------------------
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent ) | |
| RANJIT SINGH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number 06-0574 (RMC) |
| ) | |
| SOUTH ASIAN SOCIETY OF THE ) | |
| GEORGE WASHINGTON UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**O R D E R**

Upon consideration of the Chief Charles Ramsey's motion to enlarge the deadline by which he must file his reply to GWU's opposition to Chief Charles Ramsey's motion for protective order, Memorandum of Law, and the facts and law considered, it is hereby ORDERED;

The Motion is GRANTED; and it is further ORDERED;

That Chief Charles Ramsey shall have up to and including February 2, 2007, to file a Reply Memorandum.

So ORDERED this \_\_\_\_\_ day of _____, 2007.

_____
Honorable Rosemary Collier
U.S. District Court Judge

copies to:

Timothy Romberger, Esq.
Khan Romberger PLLC
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036

1

James H. Vricos
Assistant Attorney General
441 4th Street, N.W.,
Washington, DC  20001