UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator<br>of decedent RANJIT SINGH<br><br>        Plaintiff,<br>v.<br><br>SOUTH ASIAN SOCIETY<br>OF THE GEORGE WASHINGTON<br>UNIVERSITY,<br>        et. al.<br><br>        Defendants. | Case No: 06-0574 (RMC) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the United States Department of Homeland Security ("DHS") respectfully requests an additional and brief enlargement of time up to and including February 16, 2007, within which to file a response to the *Motion to Compel Enforcement of a Subpoena Duces Tecum Served on U.S. Department of Homeland Security* ("motion to compel") (docket entry 40). At present, the response to this motion to compel is due on or around February 2, 2007. In support of this request, DHS states as follows:

    1. DHS Agency counsel is still in the process of collecting information and documentation necessary to respond to the motion to compel. Due to the press of other work, DHS Agency counsel requires additional time to procure the necessary information and documentation to assist the undersigned Special Assistant United States Attorney (SAUSA) in preparing a response to the motion to compel..

    2. The undersigned SAUSA, in conjunction with another AUSA, is currently preparing

for a jury trial before United States District Court Judge Penn, scheduled to begin on February 6, 2007 and scheduled for three days. Additionally, the undersigned SAUSA is also currently preparing three answers and one reply in four other matters before the United States District Court for the District of Columbia. These answers/reply are due on February 5, 2007. Due to the press of these other matters, the undersigned requires additional time to prepare a response to the motion to compel.

3. DHS does not believe that any party will be prejudiced by this delay. Pursuant to Local Rule 7(m), the undersigned SAUSA has conferred with counsel Timothy W. Romberger for The George Washington University and he has graciously given consent to the relief requested.

For the foregoing reasons, DHS respectfully requests that the Court grant an enlargement of time to February 16, 2007 for the filing of a response to the motion to compel.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)