UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH<br><br>Plaintiff,<br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY,<br>et. al.<br><br>Defendants. | Case No: 06-0574 (RMC) |

ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the motion should be, and it hereby is, granted, and that DHS shall have up to and including February 16, 2007, within which to file a response to the *Motion to Compel Enforcement of a Subpoena Duces Tecum Served on U.S. Department of Homeland Security.*

_____
UNITED STATES DISTRICT JUDGE