UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH<br><br>Plaintiff,<br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY,<br>et. al.<br><br>Defendants. | Case No: 06-0574 (RMC) |

## DEFENDANT'S MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant United States respectfully moves the Court for clarification regarding the due date for Defendant's answer to Plaintiff's second amended complaint. The docket in this matter currently indicates that the United States should file an answer by February 6, 2007. *See* Docket Entry 37. However, Defendant respectfully advises that the February 6, 2007 date was calculated based upon the Plaintiff's December 8, 2006 service of an erroneous complaint upon the United States. Specifically, on that date, Plaintiff served the United States with a copy of the first amended complaint, which did not set forth any allegations related to the United States. On or around December 29, 2006, Plaintiff's counsel, Geoffrey D. Allen, contacted the undersigned Special Assistant United States Attorney (SAUSA) and advised that he had served the United States with the wrong complaint. Plaintiff then re-served the United States with the second amended complaint on January 3, 2007 and filed a return of service affidavit reflecting this amended service date. *See* Docket Entry 46. As such, the Defendant respectfully moves the

Court for clarification that its answer is due sixty (60) days from its receipt of the second amended complaint, or, by no later than March 5, 2007.

In the alternative, should the Court determine that Plaintiff's service of an erroneous complaint does not impact the February 6, 2007 due date for the United States' answer, Defendant respectfully requests that the Court grant an enlargement of time to March 5, 2007 for the filing of its answer.

Defendant advises that the undersigned SAUSA has conferred with Plaintiff's counsel and he is an agreement with both the clarification or in the alternative, the enlargement of time.

Defendant includes a proposed Order providing the relief sought.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150