UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH<br><br>Plaintiff,<br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et. al.<br><br>Defendants. | Case No: 06-0574 (RMC) |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Clarification or in the Alternative, Consent Motion for Enlargement of Time and for good cause shown, it is this _____ day of _____, 2007,

CLARIFIED AND ORDERED, that the Defendant's answer to Plaintiff's second amended complaint shall be filed by no later than March 5, 2007.

_____
UNITED STATES DISTRICT JUDGE