UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 06-00574 (RMC) |
| vs. ) ) | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., ) ) ) ) ) ) ) | Next Scheduled Event:  N/A |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND ENTRY OF APPEARANCE

**COME NOW** the Defendants, The George Washington University and the South Asian Society of the George Washington University, by and though its undersigned counsel and notifies the Court of the withdrawal of Khan Romberger PLLC and Karen A. Khan, Esquire (Bar No. 455297) from the case. I hereby enter the following appearance on behalf of said Defendants in the above referenced matter:

Steven A. Hamilton, Esquire
Hamilton Altman Canale & Dillon, LLC
4600 East-West Highway
Suite 201
Bethesda, MD 20814
301-652-7332
301-652-0562 Fax

Respectfully submitted,

**HAMILTON CANALE ALTMAN & DILLON, LLC**

/s/
By:_____
   Steven A. Hamilton
   (D.C. Bar No. 953539)
   4600 East-West Highway
   Suite 201
   Bethesda, MD  20814
   301-652-7332
   Attorneys for Defendants
   The George Washington University
   and South Asian Society of The
   George Washington University