IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 06-00574 (RMC) ) |
| vs. | ) ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., | ) ) Next Scheduled Event:  N/A ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

I hereby enter an appearance on behalf of The George Washington University and the South Asian Society of the George Washington University in the above referenced matter:

**Timothy W. Romberger, Esq.**
**1025 Connecticut Avenue, N.W.**
**Suite 1000**
**Washington, D.C.  20036**
**(202) 828-1243**

Respectfully submitted,

/s/

_____
Timothy W. Romberger, Esquire
Bar No. 458225
1025 Connecticut Avenue, N.W.
Suite 1000
Washignton, D.C.  20036
(202) 828-1243
**ATTORNEYS FOR DEFENDANTS**
The George Washington University
South Asian Society

Dated:   February 1, 2007