**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SINGH, | ) |
| | ) |
| Plaintiff, | )  **Civil Action No.: 1:06-cv-574** |
| | ) |
| vs. | ) |
| | ) |
| SOUTH ASIAN SOCIETY OF THE GEORGE | ) |
| WASHINGTON UNIVERSITY, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL**

**TO THE CLERK**: Please take notice that the law firm of Khan Romberger, PLLC and Karen A. Khan, Esq. hereby withdraw their appearance on behalf of Defendants The George Washington University and South Asian Society of The George Washington University. Ms. Khan will be on sabbatical until further notice. Please reflect this notice on the Court's docket.

Respectfully submitted,

**KHAN ROMBERGER PLLC**

By: ___/s/_____
Karen A. Khan
D.C. Bar No. 455297
1025 Connecticut Ave., N.W.
Suite 1000
Washington, D.C. 20036
(202) 828-1243
ATTORNEYS FOR DEFENDANTS

Date:  February 7, 2007