U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Gurpal Singh, Administrator of decedent Ranjit Singh

vs.

South Asian Society of the George Washington University, et al.

No. 06-CV-0574 (RMC)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, DANIEL F. PORTNOY, having been duly authorized to make service of the Letter dated September 21, 2006, Subpoena Duces Tecum, Exhibt "A", Declaration in Support of Subpoena Duces Tecum and Declaration Exhibits 1-4 in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:25 pm on September 21, 2006, I served Office of the General Counsel at Department of Homeland Security, 20 Massachusetts Avenue, NW, Washington, DC 20528 by serving Janice McKutchen, Legal Assistant, authorized to accept.  Described herein:

```
    SEX-   FEMALE
    AGE-   40
 HEIGHT-   5'5"
   HAIR-   BLACK
 WEIGHT-   140
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT of SERVICE FEES is true and correct.


Executed on __9-22-06__
        Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176997