IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, <br><br> Plaintiff, <br> vs. <br><br> SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, FALCON SECURITY CORPORATION, UNITED STATES OF AMERICA, HILL PARTNERS, INC., and SECTEK, INC., <br><br> Defendants. | Civil Action No. 06-00574 (RMC) <br><br><br><br> Next Scheduled Event:  N/A |

## NOTICE OF CHANGE OF ADDRESS

Please note the change in phone and fax numbers of the undersigned, who is counsel of record for The George Washington University and the South Asian Society of the George Washington University in the above referenced matter:

**Timothy W. Romberger, Esq.**
**1025 Connecticut Avenue, N.W.**
**Suite 1000**
**Washington, D.C.  20036**
**(202) 248-5053**
**(202) 478-0456 (Fax)**

Respectfully submitted,
/s/
_____
Timothy W. Romberger, Esquire
Bar No. 458225
1025 Connecticut Avenue, N.W.
Suite 1000
Washignton, D.C.  20036
(202) 248-5053
**ATTORNEYS FOR DEFENDANTS**
The George Washington University
South Asian Society

Dated:   March 1, 2007