SPECIAL EVENT
LICENSE AGREEMENT

THIS SPECIAL EVENT LICENSE AGREEMENT (this "Agreement") is entered into as of this 15th day of March 2005, by and between THE GENERAL SERVICES ADMINISTRATION (the "Licensor"), and THE GEORGE WASHINGTON UNIVERSITY whose address is 514 19TH STREET, NW #501, WASHINGTON, DC 20052 (the "Licensee").

RECITALS:

A. Licensor is the owner of a leasehold estate in property located at 1100 Pennsylvania Avenue, N.W., Washington, D.C. 20004, known as The Pavilion At The Old Post Office (hereinafter the "Center").

B. Licensee wishes to hold and conduct a special event within the Center.

C. Licensor is agreeable to such activities, but only on the terms and conditions set forth in this Agreement.

1.
DEFINITIONS

A. "Gross Sales" shall have the meaning set forth in Section A. - N/A

B. "GSA" shall mean the United States of America, acting through the General Services Administration.

C. "GSA Lease" shall mean that certain Ground Lease by and between GSA and Licensor, as amended.

D. "License Fee" shall mean the Minimum License Fee and the Percentage License Fee, as well as all other sums due and payable by Licensee hereunder.

E. "Licensed Area" shall mean the area of the Center outlined on Exhibit A.

F. "Minimum License Fee" shall mean the sum of $ 10,000.00, due and payable to Licensor upon execution of this Agreement.

G. "Percentage License Fee" shall mean ___N/A___% of Gross Sales generated from each Special Event in excess of $ N/A.

H. "Permitted Use" shall mean the limited use of holding and conducting a special event described as an AFTER-HOURS CELEBRATION FOR BHANGRA BLOWOUT.

I. "Plans" shall mean the listings, drawings and/or photographs of all fixtures, furnishings, equipment, displays, stands, decorations and signs to be installed by Licensee in the Licensed Area, as approved by Licensor, which Plans shall be subject to alteration by Licensor at any time.

J. "Property Manager" shall mean Hill Partners, Inc.

K. "Security Deposit" shall mean $ 7,000.00 ($5000.00 to cover normal custodial + security costs; Remaining $2000.00 to be returned after event if no incidentals are incurred)

L. "Special Event" shall mean each special event held at the Center during the Term of this Agreement.

"Term" shall mean 03/26/05 through 03/27/05 unless sooner terminated pursuant to the provisions of this Agreement.
9:00pm - 2:00am

1

## 2.
## GRANT OF LICENSE

Subject to the terms and conditions set forth herein, Licensor hereby grants to Licensee a license to use the Licensed Area solely for the Permitted Use. Licensor may change the location of said Licensed Area at any time during the term of this Agreement. Licensee acknowledges and agrees that (i) the physical condition of the Licensed Area during the Term shall be the same as on the date of execution of this Agreement and Licensor is under no obligation to make any alterations to the Licensed Area or to permit any alterations by any third parties, except for installations by Licensee made in accordance with Plans approved in accordance with the terms of this Agreement; (ii) the Licensed Area is located in a multi story atrium within a historic building that may not allow for optimal environmental conditions; and (iii) Licensor leases the Center from the GSA under the GSA Lease and Licensor will have no ability thereunder to cause the GSA to alter any environmental conditions within the Center for the Special Event.

## 3.
## LICENSE FEES

A. The Minimum License Fee is due and payable upon the execution of this Agreement, and Licensor hereby acknowledges receipt from Licensee of the Minimum License Fee. All payments of the Percentage License Fee with respect to each Special Event are due and payable within five (5) days following each Special Event, and shall be submitted along with a statement of Licensee's Gross Sales for such Special Event. All additional License Fees required under this Agreement shall be due and payable upon demand by Licensor. Checks shall be made payable to The Pavilion at the Old Post Office.

B. All payments of the License Fee are due and payable without defense or offset. If Licensee fails to pay any amount due hereunder within three (3) days after the date the same is due, an additional charge equal to $25.00 shall be paid by Licensee as an additional License Fee to reimburse Licensor for its additional administrative cost of collection. In addition, any fees not paid within three (3) days after the same are due hereunder shall bear interest at 18% per annum from the original due date until paid.

C. In the event Licensee should elect to cancel this Agreement prior to the date of a Special Event, the Minimum License Fee paid upon the execution of this Agreement shall be retained by Licensor as reimbursement for expenses incurred by it in connection herewith. In the event Licensor should elect to cancel this Agreement prior to the date of the Special Event, Licensor shall provide a full refund to Licensee of the monies paid to Licensor

2

## 6.
## DEFAULT BY LICENSEE

A. If Licensee fails to perform any covenant or obligation herein, at Licensor's option, all rights and privileges granted herein to Licensee shall immediately terminate upon written notice from Licensor.

B. In the event of a default by Licensee under this Agreement, Licensor shall be entitled to pursue all rights and remedies afforded it at law or in equity.

C. Licensee shall pay all costs, expenses and attorneys' fees that may be incurred by or on behalf of Licensor in enforcing the terms of this Agreement.

D. In the event Licensor was forced to expend amounts to cure a default or to perform any obligations of Licensee, in addition to the actual cost thereof, Licensor shall be entitled to collect from Licensor an additional "administrative charge" equal to twenty percent (20%) of the total sums expended by Licensor.

## 7.
## LICENSOR'S APPROVALS

A. Licensee shall not install any furniture, fixtures, furnishings, equipment, displays, stands, decorations or signs in the Licensed Area without, in each instance, first obtaining Licensor's prior written consent, which consent may be withheld for any reason in Licensor's sole and absolute discretion.

B. Not less than fifteen (15) days prior to the first Special Event, Licensee shall submit for Licensor's approval listings, drawings and/or photographs of any furniture, fixtures, furnishings, equipment, displays, stands, decorations or signs which Licensee proposes to install in the Licensed Area. Upon approval by Licensor, such listings, drawings and/or photographs shall be deemed the Plans and shall be attached hereto as Exhibit C; provided, however, that Licensee acknowledges that Licensor may require subsequent changes to the Plans, in Licensor's sole discretion.

C. Licensee acknowledges that the primary function of the Center is to serve as a retail/shopping environment. In the event that Licensee is granted the right to use the Licensed Area in advance of or after a Special Event for the purpose of setting up, tearing down or rehearsing said Special Event as specified in Section 1(M) of this Agreement, Licensee shall leave the Licensed Area and the adjoining areas of the Center in such a condition that the Center may function without hindrance from Licensee's furniture, fixtures, furnishings, equipment, displays, stands, decorations, signs, merchandise, employees or agents. Licensor retains the sole and absolute right to remove or alter Licensee's set up in order to restore the Licensed Area and the adjoining areas of the Center in the event that Licensor determines that such set-up unduly interferes with the operation of the Center as a retail/shopping environment. Such alterations by Licensor shall be made at the sole cost and expense of Licensee, payable upon demand as an additional License Fee.

## 8.
## LICENSEE'S OPERATIONS

A. Licensee shall (i) conduct each Special Event at the Licensed Area at all times in a dignified manner as determined by Licensor in its sole discretion, and (ii) keep all furnishings, equipment, displays, stands, decorations and signs used at the Licensed Area in a neat, clean, sanitary and safe condition and in good operating order. The Licensed Area shall not be used in a manner that would require Licensor to make any addition or alteration to or in the Center. Licensee acknowledges and agrees that (x) it shall not have exclusive use of the Licensed Area during the time period in which the Center is open for business, and (y) Licensor has made no

4

representations that the tenants in the Center will remain open for business during Licensee's Special Event.

5

B. Licensee further covenants and agrees as follows: (i) Licensee shall ensure that deliveries or shipments of any kind to and from the Licensed Area, including loading and unloading of furniture, fixtures, furnishings, equipment, displays, stands, decorations, signs or merchandise shall be made only in the manner designated by Licensor, and only at such times as may be designated for such purpose by Licensor; (ii) Licensee shall keep garbage and refuse containers specified by Licensor and shall deposit all garbage and refuse in designated areas and shall keep the Licensed Area and the adjoining areas of the Center free and clear of an accumulation of trash; (iii) Licensee shall store soiled or dirty linen in approved fire rated containers; (iv) Licensee shall not place, suffer or permit any obstructions in the Licensed Area or the adjoining areas of the Center; (v) Licensee shall be responsible for procuring any and all permits and/or licenses required for the conduct of Licensee's Special Event at the Licensed Area, including, without limitation, music and performance licenses and a liquor license, copies of which shall be delivered to Licensor at least five (5) days prior to the first day of each Special Event; (vi) Licensee shall comply with all applicable laws, rules and regulations of governmental authorities having jurisdiction over the Center and its use; (vii) Licensee shall not in any way interfere with or cause disturbance to the use and quiet enjoyment of any portion of the Center by the Licensor, any tenants or licensees of the Center, their invitees or licensees; (viii) Licensee shall be responsible for payment of any and all taxes as required by law and governmental authorities having jurisdiction; (ix) Licensee shall abide by the rules and regulations adopted by Licensor for the operation of the Center; and (x) in no event shall admissions tickets be distributed in excess of the capacity of the Licensed Area or the number of people in attendance at a Special Event exceed the capacity of the Licensed Area. Licensee further agrees that Licensor may amend the foregoing or add new rules and regulations which are reasonable for the use and care of the Licensed Area and the operation of business in the Center.

C. The Licensed Area shall be clearly marked off by Property Manager and barriers to the other areas of the Center shall be installed and maintained by Property Manager during each Special Event, and Licensor shall, at the expense of Licensee, to the extent deemed appropriate by Property Manager, monitor said barriers with guards to prevent unauthorized persons from entering areas of the Center not included within the Licensed Area and provide other security measures deemed appropriate by Property Manager. In the event Licensor is not able to adequately monitor said barriers, Licensor may terminate this Agreement immediately. Expenses incurred by Licensor under this section in excess of the amount deducted therefor from the Security Deposit pursuant to Section 15 shall be payable by Licensee upon demand as an additional License Fee.

D. Licensee shall be solely responsible for (i) setting up all facilities required for its Special Event, as approved by Licensor pursuant to Section B above, and for coordinating such set-up with the Property Manager, (ii) removal of all such facilities at the conclusion of each Special Event, (iii) clean-up of all debris and (iv) restoration of the Licensed Area and the adjoining areas of the Center to substantially the same condition as existed prior to such Special Event, each at the sole cost and expense of Licensee.

E. Licensor will provide, at the expense of Licensee, such custodial services as Licensor deems appropriate for the conduct of each Special Event. Expenses incurred by Licensor under this section in excess of the amount deducted therefor from the Security Deposit pursuant to Section 15 shall be payable by Licensee upon demand as an additional License Fee.

IN WITNESS WHEREOF, this Agreement has been duly executed by the parties hereto, intending to be legally bound hereby, under seal, as of the day and year first above written.

LICENSOR:

THE GENERAL SERVICES ADMINSTRATION

By: _____
    The General Services Administration

LICENSEE:

WITNESS:

_____     By: _____  3/15/05
                           Name: Tim M'lly
                           Title: Director, SAE
                           THE GEORGE WASHINGTON UNIVERSITY

**Exhibits**
Exhibit A -   Site Plan
Exhibit B -   Prime Master Lease Clauses and Certification Regarding Crimes
Exhibit C -   Licensee's Plans and Drawings
Exhibit D -   Rules and Regulations

12