09/08/06 FRI 14:03 FAX 202 219 0264    OPO CUSTOMER SUC REP    Page 1 of 1    ☑003

**Rodney Dyer**

From: "Rodney Dyer" <rdyer@oldpostofficedc.com>
To: "Linda Jackson" <linda.s.jackson@dhs.gov>
Sent: Tuesday, March 15, 2005 4:59 PM
Subject: Fw: OPO Security Request

Linda,

Please prepare an RWA for the following scheduled event at The Old Post Office Pavilion.

Please email or call me should you have any questions.

Thanks!
----- Original Message -----
From: Rodney Dyer
To: Gross
Sent: Monday, March 14, 2005 9:56 AM
Subject: OPO Security Request

Dear Officer Gross,

Please review the following security request and make any changes before I forward to DHS. Thanks!

The Old Post Office Pavilion is requesting security personnel for the following event:

Event: The Geo. Washington Univ. South Asian Society
Where: The Old Post Office Pavilion
Date: Saturday, March 26, 2005
Time: 9:00pm to 2:00am

**Number of Guards Requested:**

Penn. Ave. Entrance - 3 guards, 9:00pm to 2:30am = 16.5hrs.
12 Street/South Plaza - 3 guards 9:00pm to 2:30am = 16.5hrs.
Roaming Security - 7 guards, 9:00pm to 2:30am = 38.5hrs.
Load Out - 1 guard, 12 midnight to 6:00am = 6hrs.

Total Hours = 77.5

9/8/2006