18-2005 14:22 FROM:BUDGET IT 2026903914 98980653 P:1/3

To: Valarie
202-9370
690-

Federal Protective Service, NCR
U.S. Department of Homeland Security
Washington, DC 20528

# Facsimile Transmission

To: Rodney Dier Fax: 202 898-0553

Date:

From: Valerie D. Upchurch Phone: 202 619-9354

☐ Urgent ☐ Action ☐ Concurrence ☐ FYI

Number of pages including cover: 4

Comments:

Per your Request

202
690-9370

www.dhs.gov

MAR-23-2005 07:11 FROM:BUDGET UNIT 2026903914 TO: 98980653 P:2/3

MAR-18-2005 14:32 FROM:BUDGET UNIT 2026903914 TO:98980653 P:2/3

SECURITY WORK AUTHORIZATION

1. DATE OF REQUEST: 03/18/05

2. SWA AGREEMENT NUMBER (FPS Use only): R1105FNWM905

3A. NAME OF AGENCY: The Old Post Office

3B. AGENCY/CUSTOMER DUNS NUMBER:

3C. AGENCY/CUSTOMER ORDER NUMBER:

4. WORK SITE (Primary worksite):

5A. AGENCY CONTACT NAME: Rodney Dier

5B. CONTACT'S TELEPHONE NO.: AREA CODE 202 PHONE NUMBER 289-4804 EXT. 15

5C. CONTACT'S E-MAIL: Rodney.Dier@ [illegible] DC

5D. CONTACT'S FAX NUMBER: AREA CODE 202 PHONE NUMBER [illegible]

5E. CONTACT ADDRESS: Old Post Office, 1100 Pennsylvania Ave, Wash DC 20004

6. DESCRIPTION OF REQUESTED WORK: TAS: [illegible] for the [illegible] Washington University South Asian Society [illegible]

CHECK AS APPROPRIATE: 8. Plans Attached; 10. Modification

7. REQUESTED WORK DATES: A. START 03/[illegible]/05; B. COMPLETION 03/[illegible]/05

9. AGENCY BOAC CODE:

11A. AGENCY FINANCE BILLING ADDRESS: Branch Banking Trust

11B. STREET ADDRESS: 6869 [illegible] Road

11C. CITY: [illegible] 11D. STATE: NC 11E. ZIP CODE: [illegible]

12A. BILLING TYPE: N

12B. BILLING TERMS: A

13. AGENCY CERTIFIED AMT: $3548.02

14A. AGENCY LOCATION CODE

14B. FISCAL STATION NUMBER (DOD ONLY)

14C. REQUISITION ID #

14D. FUND CODE/TREAS SYM

14E. AGENCY ACCOUNTING DATA: (LIMITED TO 135 CHARACTERS): Check #

14F. AGENCY FUND YEAR: 2005

15A. CREDIT CARD NUMBER

15B. EXP. DATE

15C. TYPE OF CARD

15D. CARD HOLDER'S NAME

16A. CERTIFYING OFFICIAL'S SIGNATURE: [signature]

16B. DATE: 3/18/05

16C. NAME OF SIGNER (Type or Print): Rodney Dier

17. CERTIFYING OFFICIAL'S PHONE NUMBER: AREA CODE 202 PHONE NUMBER 289-4804 EXT.

FOR FEDERAL PROTECTIVE SERVICE USE ONLY

18. BRIEF PROJECT DESCRIPTION (LIMITED TO 25 CHARACTERS)

19. FFMS BUDGET PROJECT: [illegible]

20. START TASK CODE: [illegible]

21. Action (Check One): NEW / CHANGE / DELETE / COMPLETE

| 22A. ORGANIZATION CODE | 22B. BUILDING NUMBER | 22C. PROGRAM ELEMENT | 22D. O/C | 22E. TOTAL |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

22F. GRAND TOTAL: [illegible]

23A. FPS APPROVING OFFICIAL'S SIGNATURE: [signature]

23B. DATE: 3/18/05

23C. TELEPHONE NUMBER: AREA CODE 202 NUMBER [illegible] EXT.

23D. E-MAIL ADDRESS: LORETTA.QUEEN@DHS.GOV

23E. SIGNER'S NAME (Type or Print): LORETTA QUEEN, CHIEF BUDGET OFFICE, FPS-DHS, REGION 11

23F. SELLER/FPS DUNS NUMBER

24A. CERTIFICATE OF COMPLETION SIGNATURE

24B. SIGNER'S NAME (Type or Print)

24C. COMPLETION DATE

Federal Protective Service FPS 57 (T)

3/23/2005 7:34 AM

TAS COST ESTIMATE.OPO

CONTRACT NO: GS-11P-03-MPD-0820 | FY'05 - TAS

DATE: MARCH 28TH, 2005 | OLD POST OFFICE.

| | GUARD | DAILY | #DAYS | HRS | RATE | TOTAL | CONTRACT MANAGEMENT FEE | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 3 | 16.5 | 1 | 16.5 | $41.28 | $681.12 | $5.45 | $686.57 |
| | 3 | 16.5 | 1 | 16.5 | $41.28 | $681.12 | $5.45 | $686.57 |
| | 7 | 38.5 | 1 | 38.5 | $41.28 | $1,589.28 | $12.71 | $1,601.99 |
| | 1 | 6 | 1 | 6 | $41.28 | $247.68 | $1.98 | $249.66 |
| | SUBTOTAL-PROD. | | | 77.5 | | $3,198.20 | $25.59 | $3,224.79 |
| SUP.V | 1 | 7 | 1 | 7 | 45.1 | $315.70 | $2.53 | $318.23 |
| SUBTOTAL | | | | 84.50 | | 3,514.90 | 28.12 | 3,543.02 |