# ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION
## CASE REPORT



| Case Number | Date and Time of Occurrence | License Number | Application Number |
|---|---|---|---|
| N/A | 3/27/05 2:15 a.m. | 72362 | N/A |

| Trade Name | Owner/Licensee (List Sole Owner or Principal) |
|---|---|
| South Asian Society | Sharma, Suryakant (Applicant) |

| Address | License Class | Date of Received |
|---|---|---|
| 1100 Pennsylvania Avenue, NW | One day G | 3/28/05 |

| Complainant Name and Address | [ ] Anonymous | Complainant Telephone |
|---|---|---|
| Third District Police Station | | 673-6815 |

| Investigator Name | Type of Report |
|---|---|
| Juliana N. Tengen | [X] Investigative   [ ] Supplemental   [ ] Information |

| Alleged Violation(s) and Code/Regulation Citation | Substantiated Yes/No |
|---|---|
|  |  |
|  |  |
|  |  |

Manager-in-charge/Owner's name at the time of inspection and identification:
N/A. Establishment was closed at the time of inspection.

II Licenses in Compliance:  [ ] Yes  [ ] No  [x] Not Applicable

List Licenses not in Compliance:
N/A

## SUMMARY

This Investigator was able to substantiate that on 3/27/05; three patrons were stabbed outside 1100 Pennsylvania Avenue, NW. at 2:15 a.m., after a verbal altercation inside the establishment between complainant 1 and the suspect. Further investigation revealed that complainant 1, Singh Ranjit, was pronounce dead at George Washington Hospital at 3:20 a.m. by Dr. Raniger.

## DETAIL

This investigative report is based on a PD-251 police report CCN: 038219 dated 3/27/05 received on 3/28/05 and interviews with MPD and Rodney Dyer, Pavilion General Manager. According to the report, Witness 1 observed an altercation between Complainant 1, 2, 3, and Suspect 1. Witness 1 observed Suspect 1 stab Complainant 1 at 11th & Pennsylvania Ave., NW, Suspect 1 ran to 12th & Pennsylvania Avenue, NW and stabbed Complainants 2 & 3, then fled on foot Eastward on Pennsylvania Avenue, NW. Complainants 1, 2, & 3 were transported to George Washington University Hospital and Howard Hospital. Complainant 1 was pronounced dead at George Washington Hospital at 3:20 a.m. by Dr. Raniger.

On March 27, 2005, I received a call from SOCC-MPD at 2:50 a.m. that three people had been stabbed at 11th & Pennsylvania Avenue, NW and that one person was not breathing. At 3:20 a.m., I arrived at 1100 Pennsylvania Avenue, NW and interviewed Rodney Dyer, Pavilion General Manager. According to Dyer, George Washington University was sponsoring an event called the South Asian Society After Party Dance from 9:30 p.m. to 2:00 a.m.

-2-

There were 14 security personnel from SEC TEK and 30 security personnel from Falcon. The SEC TEK personnel were operating the metal detectors and the X-ray machines. Falcon personnel patrolled the floors and stairs. George Washington University personnel checked identification at the 11th & 12th Street Plaza. Wrist bands were issued to patrons over 21 years old, which allowed them to purchase alcoholic beverages from the 2nd and 3rd floor bars. The patrons who were under 21 years old remained on the lower level where there were no bars. I asked how patrons under 21 years old were prevented from getting alcoholic beverages from friends who could purchase alcoholic beverages, and he replied that there were security personnel posted at the stairs leading to the top floors. Dyer stated that there was no prior incident inside the location during the course of the event. When the event closed, all patrons exited the establishment. He stated that he did not know that a patron had been stabbed until he saw MPD and the ambulance. I was unable to contact SEC TEK Supervisor, Lt. Groose for interview.

On March 27, 2005, at 3:35 a.m., I interviewed Lt. Francis Allman, Watch Commander from the Third District Police Station. LT. Allman stated that he was walking from the Harrington Hotel when someone came to him asking for help. In the meantime, a cab driver stopped to notify him that the person who he was talking with had stabbed someone at 11th & Pennsylvania NW. When LT. Allman turned to look for the suspect, the suspect had fled. Lt. Allman stated that the suspect stabbed Complainant 1 at 11th & Pennsylvania Avenue, NW and fled. Complainants 2 & 3, who were friends of Complainant 1, approached the suspect, and the suspect also stabbed both of them. Lt. Allman stated that the victims were transported to George Washington University and Howard Hospitals respectively and Complainant 1 died a few minutes later. Lt. Allman stated that he was unsure if the victims and the suspect were patrons of the establishment but indicated that it was possible that they attended the event.

On 3/28/05 at 10:00 a.m., I interviewed Detective Kimberly Lawrence of the Violence Crime Unit. According to her, there was a main event at Constitution Hall and after the event, there were after party events held in many locations in the city of which the Pavilion was one of them. Detective Lawrence stated that there was a verbal altercation inside the Pavilion between Complainant 1 and the suspect. When Complainant 1 exited the establishment, he was stabbed on 11th & Pennsylvania Avenue by the suspect. I asked if anyone was escorted out of the establishment during the event, and she said she did not know. I asked if toxicology report of Complainant 1 revealed traces of alcoholic beverage in his system since he was under 21 years old, and she stated that she had not received the report but would inform me of the result as soon as she receives it.

**EXHIBITS ATTACHED**

1. PD-251 police report CCN: 038219 dated 3/27/05

---

| HISTORY OF VIOLATIONS |
|---|
| None found |

- 3 -

| GOVERNMENT WITNESS |||
|---|---|---|
| NAME: Lt. Francis Allman, badge # L168 | ADDRESS: 1620 V Street, NW. | TEL # 673-6815 |
| NAME: Det. Kimberly Lawrence, badge # D2-117 | ADDRESS: 3244 Pennsylvania Avenue, SE | TEL # 645-9600 |
| NAME: | ADDRESS: | TEL # |
| NAME: | ADDRESS: | TEL # |

Investigator's Printed Name __Juliana Tengen__ Signature and Date __[signature] 3/36/05__

Reviewed By Printed Name __Jeff Nelson__ Signature and Date __[signature]__

Approved By Printed Name _____ Signature and Date _____