**GEOFFREY D. ALLEN**
ATTORNEY AT LAW
1730 RHODE ISLAND AVE, N.W
SUITE 206
WASHINGTON, DC 20036
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

Paula J. DeMuth
Deputy Regional Counsel
US General Services Administration—National Capital
GSA Regional Counsel
7th & D Streets, SW
Washington, DC 20401

*Re: Claim No: WL-T06-14*

Dear Ms. Roach,

    This letter is in regards to the above mentioned claim.

    It is our contention that as owners of the Post Office Pavilion it was your duty to supply a security detail at all the exits the night that the murder took place. At the time of the incident, there were no security guards on duty at the exits of the Post Office Pavilion. This lack of security was negligent.

    Also enclosed is a copy of the first amended complaint in the civil case which we have provided to further explain the circumstances. Please do not hesitate to contact me with any questions regarding this or any of our previous correspondence in regards to the Administrative Tort Claim Act.

Sincerely,

*Geoffrey D Allen /LR*

Geoffrey D. Allen

GDA/lr
Enclosures