

GSA National Capital Region

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

September 27, 2006

Geoffrey D. Allen, Esq.
1730 Rhode Island Avenue, N.W.
Suite 206
Washington, DC 20036

    Re:    Administrative Claim of Gurpal Singh, as Representative of Ranjit Singh
             Claim No. WL-T06-14

Dear Mr. Allen,

This responds to your client's claim in the total amount of six million dollars ($6,000,000.00) for the wrongful death of Ranjit Singh on March 27, 2005. For the reason discussed below, I am denying your claim.

You filed this claim under the Federal Tort Claims Act. The Federal Tort Claims Act, 28 U.S.C. § 2672, provides for the settlement of claims "caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." There is no evidence that any employee of the General Services Administration ("GSA") was negligent.

If you disagree with this determination and wish to pursue the matter further, you must file suit in the appropriate United States District Court within six months of the date of this letter.

Sincerely,

*Sharon A. Roach*

Sharon A. Roach
Regional Counsel

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov