UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH<br><br>Plaintiff,<br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et. al.<br><br>Defendants. | Case No: 06-0574 (RMC) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and the entire record herein, it is this _____ day of _____, 2007, hereby ORDERED that said motion is hereby granted and this case be dismissed with prejudice against Defendant United States.

_____
UNITED STATES DISTRICT COURT JUDGE