IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, Et Al. : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> : <br> SOUTH ASIAN SOCIETY OF THE GEORGE : <br> WASHINGTON UNIVERSITY, Et Al. : <br> : <br> Defendants. : | Civil Action No. 06 0574 RMC |

MOTION TO EXTEND TIME WITHIN WHICH
TO FILE AN OPPOSITION TO UNITED STATES OF AMERICA'S
MOTION TO DISMISS

Plaintiffs, respectfully moves this court for an extension of time to March 30, 2007 within which to file their opposition to defendant United States of America's motion to dismiss.

Plaintiffs reasons in support of this motion are fully set forth in the attached Memorandum.

Counsel for the United States consents to this motion.

WHEREFORE, it is requested that the motion be GRANTED.

Respectfully submitted,

GEOFFREY D. ALLEN, ESQ.

By: _____
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
(202) 778-1167
Attorney for Plaintiff

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, Et Al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 06 0574 RMC |
| v. | : | |
| | : | |
| | : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONTINUE PERIOD WITHIN WHICH TO OPPOSE THE UNITED STATES' MOTION TO DISMISS**

The George Washington University electronically filed its motion on March 5, 2007. Due to the press of other matters, plaintiffs request an extension of time to March 30, 2007 within which to file their response. This is plaintiffs' first request for an extension.

Counsel for the United States has indicated that he consents to this motion.

Accordingly, it is requested that the motion be granted.

                                              Respectfully submitted,

                                              GEOFFREY D. ALLEN, ESQ.

                      By:   _____
                              Geoffrey D. Allen
                              DC Bar No. 288142
                              1730 Rhode Island Ave, NW
                              Suite 206
                              Washington, DC 20036
                              (202) 778-1167
                              Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, Et Al : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> : <br> SOUTH ASIAN SOCIETY OF THE GEORGE : <br> WASHINGTON UNIVERSITY, Et. Al. : <br> : <br> Defendants. : | Civil Action No. 06 0574 RMC |

## ORDER

Upon consideration of Plaintiff's Motion For An Extension Of Time Within Which to Oppose The George Washington University's Motion To Dismiss, it is hereby,

**ORDERED,** that the motion is **GRANTED,** and it is further,

**ORDERED,** that plaintiff may file his response up to and including March 30, 2007.

Dated:    _____
            Judge Collyer
            United States District Court

3