UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH,<br><br>  Plaintiff,<br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et. al.<br><br>  Defendants. | Case No: 06-0574 (RMC) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant United States of America respectfully requests an enlargement of time up to and including April 9, 2007 within which to file a reply to the *Plaintiff's Opposition to the United States' Motion to Dismiss the Second Amended Complaint*. At present, Defendant's reply is due on March 28, 2007. In support of this request, Defendant states as follows:

1. On March 5, 2007, Defendant filed a 12(b)(1) and 12(b)(6) motion to dismiss for lack of subject matter jurisdiction and failure to state a claim ("motion to dismiss"). On March 21, 2007, Plaintiff filed an opposition to the motion to dismiss. Presently, Defendant's reply is due by Wednesday, March 28, 2007.

2. Defendant intends to file a reply. However, the undersigned Special Assistant United States Attorney ("SAUSA") is currently preparing for a trial in the United States District Court scheduled to begin on Monday, March 26, 2007 and will be in trial next week.

3. Pursuant to Local Rule 7(m), the undersigned SAUSA has conferred with Plaintiff's

counsel Geoffrey Allen and he has graciously given consent to the relief requested.

For the foregoing reasons, Defendant respectfully requests that the Court grant an enlargement of time to April 9, 2007 for the filing of a Defendant's reply to Plaintiff's opposition.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)