UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH,<br><br>        Plaintiff,<br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY,<br>        et. al.<br><br>        Defendants. | Case No: 06-0574 (RMC) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the motion should be, and it hereby is, granted, and that the Defendant shall have up to and including April 9, 2007 for the filing of Defendant's reply.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE