U.S. Department of Homeland Security
Bureau of Immigration and Customs Enforcement
Federal Protective Service
National Capital Region
Southeast Federal Center, Bldg 136
3rd & M Streets, SE
Washington, DC 20407

September 17, 2003

▓▓▓▓▓▓▓▓▓▓
SecTek, Inc.
1943 Isaac Newton Square
Suite 150
Reston, VA 20190

Dear ▓▓▓▓▓▓

Your offer submitted in response to RFP GS-11P-03-MPD-0820 to provide security guard services at the Old Post Office Pavilion, located at 1100 Pennsylvania Avenue, NW, Washington, DC in the total amount of $2,641,154.78 has been accepted on behalf of the U.S. Government. **Notice to Proceed is hereby given.**

Services shall become effective at 0001 a.m., October 1, 2003, and continue through September 30, 2004, at the rate of ▓▓▓▓ per productive hour, and ▓▓▓▓ per supervisory hour or $220,096.23 per month for basic services. The temporary additional service rates of ▓▓▓▓ per productive hour and ▓▓▓▓ per supervisory hour have also been accepted. A signed copy of contract GS-11P-03-MPD-0820 is enclosed.

In accordance with the contract terms and conditions, a certificate of insurance is required. The General Liability Policy shall name the General Services Administration as an additional insured with respect to operations performed under the contract. This certificate of insurance must be mailed or otherwise furnished within fifteen days from receipt of this letter to the address below:

U.S. Department of Homeland Security, FPS
Contract Guard Program (WPSS)
3rd & M Streets, SE, Building 136
Washington, DC 20407
Attn.: Ms. Faye Cartwright

9/17/03
Distributed to: ▓▓▓▓(SecTek) ▓▓▓▓(Certs) ▓▓▓▓(QAS) ▓▓▓▓(ATR) ▓▓▓▓(Finance) ▓▓▓▓(COR)
Budget / CBA

When submitting your invoice for payment, please include the Pegasys Document Number (PDN) for this contract: ██████████. The PDN must be included in order for the invoice to be processed for payment. Submit all original invoices to the following address by the fifth (5th) working day of each month:

General Services Administration, Region 7
Finance Division, Accounts Payable Branch (7BCP)
P.O. Box 17181
Fort Worth, Texas 76102-0181

Time for prompt payment discounts is computed from the date that the invoice in the correct format is received by the Finance Division (7BCP).

Posters entitled "Equal Opportunity is the Law" and "Notice to Employees Working on Government Contracts" are to be displayed in conspicuous place available to persons employed under this contract or applying for work. A supply of the forms will be furnished upon request.

Your attention is directed to the Service Contract Act of 1965, which specifies information that must be furnished to the Contracting Officer in reference to any collective bargaining agreement that is or will become effective during the period of this contract.

Any administrative questions regarding the above referenced contract should be addressed to Faye Cartwright, telephone number ██████████.

Sincerely,

*[signature]*

Kathleen B. Frame
Contracting Officer

Enclosure

# SECTION C – STATEMENT OF WORK

## Introduction (General)

1. This is a Statement of Work (SOW) for Department of Homeland Security (DHS) Federal Protective Service (FPS) Solicitation/Contract number **GS-11P-03-MPD-0820**.

2. As an integral part of the FPS security team, the Contractor shall provide and maintain all management, supervision, manpower, training, equipment, supplies, licenses, permits, certificates, insurance, pre-employment screenings, reports, and files necessary to accomplish security guard services as described and required in this SOW and in Sections B, D, E, F, G, H, I and J of this Solicitation/Contract. The Contractor shall perform to the standards required in this Contract and will be expected to work closely with FPS representatives throughout the duration of the Contract.

## Introduction (FPS)

1. FPS is a security and law enforcement branch of the Immigration and Customs Enforcement Branch of the Department of Homeland Security. FPS is responsible for protecting GSA/PBS leased and owned buildings, as well as the buildings' tenants and visitors.

   FPS's mission is to "provide a safe and secure environment that is open and inviting, in a knowledgeable, professional, sophisticated, and cost-effective manner, permitting Federal agencies and members of the public to conduct their business without fear of violence, crime or disorder."

2. Contract security guards have a crucial and highly visible role in FPS's mission. They are usually the first (and sometimes only) contact visitors have with FPS, and they are almost always the first line of defense in a GSA-controlled facility. Visitors and federal employees do not usually distinguish between Federal Protective Officers (FPO) and Contract guards. To them, Contract guards <u>are</u> FPS. Therefore, it is crucial that the Contractor ensure that their employees realize the importance of their role, know their duties, and perform their duties courteously and professionally at all times.

## Contract Effort Required

**IMPORTANT NOTE**: Only DOL category **Guard II** guards may be utilized to perform services under this Contract. Guard I requires minimal training, whereas Guard II requires specialized training in methods and techniques of protecting security areas. Guard II guards may be armed <u>or</u> unarmed. Therefore, any attempt by the Contractor to compensate Guard II guards at an hourly rate of less than that established for Guard

1

II during the performance of this Contract will be considered a breach of Contract and will be grounds for termination for default.

**Contract Effort Required – Reserve Guard Force**

1. The Contractor shall be required to maintain, at all times, an on-call reserve force. This reserve force shall be of sufficient size to provide the amount of temporary or emergency staffing (TAS/SAS) services (e.g., services in the event of a natural disaster, civil disturbance, or other unanticipated event) estimated in Section M. Additionally, the reserve force shall be of sufficient size to enable the Contractor to provide post coverage in the event of scheduled or unscheduled Contract employee absences (e.g., due to illness, vacation, or personal emergencies). All reserve guards must meet the minimum qualification standards required in this Contract before working any post under this Contract.

2. The Contractor shall ascertain how this reserve guard force shall be acquired and maintained; however, the Government strongly recommends that the Contractor maintain a reserve force equivalent to at least 10% of the existing guard force at any given time. The Contractor should factor the costs for maintaining a reserve guard force into the offering prices, as they will not otherwise be paid for by the Government after Contract award.

**Limitation on Man-hours to be Provided by Individual Employees**

1. No employee of the Contractor shall provide more than twelve (12) hours of service on one or more Contracts administered by DHS FPS in any twenty-four (24) hour period, unless the work periods are separated by an eight (8) hour non-duty period.

2. The Contractor shall be responsible for compensating guards for all overtime accrued in accordance with federal and state laws. Overtime costs must be factored into the offering prices, as they will not otherwise be paid for by the Government after Contract award.

3. The limitation on hours may be verbally waived by the COR in emergency situations which are beyond the control of the Contractor (i.e., weather conditions that prevent the next shift from getting to the building, civil disturbances, natural disasters, emergencies, etc.).

4. The Government has the authority to assess deductions from Contract payments for all hours where guards exceed the 12 hour on-duty limitation. For each hour or part thereof where a guard works over 12 hours without prior approval by the COR, the Government will deduct the hourly price (or part thereof, if less than one hour is worked). See Section G for further information on deductions.

**Relief and Lunch Breaks**

2

1. *Where required at certain specified posts (See Section J, Exhibit 1)*, all full-time productive guards working a minimum 8 hour shift shall be provided a paid break for every 4 hours the guard is scheduled to work. The relief break should normally be scheduled in the middle of each 4 hour period. An unpaid lunch break shall also be provided to those individuals.

2. *Where required at certain specified posts (See Section J, Exhibit 1)*, all guards working a 6 hour shift shall be provided one paid break and an unpaid lunch break. Part-time productive guards working a minimum of 4 hours shall be provided a paid break for every 4 hours the guard is scheduled to work.

3. A separate sign-in/sign-out log shall be used for the relief guard to sign in and off on each post for all relief breaks.

4. The costs to cover relief and lunch breaks for the productive guards must be included in the offering price, as they shall not otherwise be paid for by the Government.

5. The Contractor must provide a replacement guard for each employee during relief periods.

6. **IMPORTANT NOTE**: Habitual failure by the Contractor to furnish required relief breaks to guards shall be considered to be a material breach of Contract and may result in termination for default.

**Services Required – Non-Supervisory Guards**

**Order of Precedence**

1. The Contractor's employees shall perform the services as prescribed by:

    A. The Contract, including the task order(s);
    B. The Guard Post Assignment Record (GSA Form 2580);
    C. The Officer's Duty Book (including FPS Operating Orders and Standard Operating Procedures and the Building Occupant Emergency Plan);
    D. FPS Policy Handbook (PBS P-5930.17c); and
    E. Contract Guard Information Manual (CGIM)

In the event of an inconsistency between documents, the Contract takes precedence over other documents.

**Guard Post Assignment Record (GSA Form 2580)**

1. Guards shall perform in accordance with the duties outlined on GSA Form 2580, which is prepared by FPS for all shifts on each post. The form defines the basic duties. Except for emergencies, no deviations shall be made by the guards. The

DHS FPS COR or COTR may modify, amend, and/or revise Guard Post Assignment Records to change shift duties, start and stop times, and post locations, provided the change has no impact on the Contract cost. Such changes shall not require modification to the task order or Contract.

2. The duties of some guard posts require that a guard not leave his post until properly relieved. Where this is required, it will be specifically stated on the GSA Form 2580. Additionally, each task order will identify posts that require relief breaks.

3. Changes to the post orders that increase or decrease the number of hours specified, that increase or decrease the amount of equipment and/or supplies required, or otherwise affect the Contractor's cost or the Contract price, <u>must be made by the CO</u> through a written modification to the Contract or task order. The Contractor may be financially liable for accepting or implementing changes by any GSA or tenant agency staff other than the CO; therefore, the Contractor shall be responsible for verifying with the CO whether any requested changes should be provided pending issuance of a Contract or task order modification.

4. The CO may delegate the authority to the COR to request TAS/SAS in accordance with Section B. Such authority, if granted, will be made in writing, and a copy of the delegation notice will be provided to the Contractor.

### Typical Duties

1. Guards will be required to perform a variety of security-related duties, depending on the type of posts to which they are assigned. Each guard post will have a Guard Post Assignment Record and an Officer's Duty Book; the Guard Post Assignment Record is also commonly referred to as the "post orders" (See paragraph 6.2 above).

2. Guards must be thoroughly familiar with the post orders at all posts where they are assigned to work. Whenever possible, guards should be familiar with the post orders <u>prior to</u> working on the posts. When this is not feasible (i.e., when there are emergency nonrecurring services and the Contractor is given limited advance notice regarding the Government's requirements), the Contractor should allow, to the maximum extent practicable, guard mount time in which the guards will be able to read and familiarize themselves with the post orders prior to assuming duty on the post. When time does not permit due to an emergency situation, the guards may read the post orders while on duty. Under no circumstance should any guard neglect his/her assigned duties in order to familiarize him/herself with post orders.

3. Guard post assignments may include, but are not limited to, the following duties and responsibilities:

### Entrance/Exit Control Posts

A. Guards must be mentally alert and physically ready to operate and enforce the Government's system of personnel identification and access/egress control. Guards may perform package inspection when and as directed by the Guard Post Assignment Record (GSA Form 2580), or as directed by the COR in the event of an emergency or state of increased readiness. These inspections may include, but are not limited to, inspection of packages, briefcases, purses, canisters, bags, and other suspicious containers in the possession of visitors, employees and other persons arriving on, working at, visiting, or departing from the GSA-supported facilities. Admittance will be denied to those persons refusing to submit to a voluntary inspection, except for those persons exempted by specific Government directive.

B. Guards will provide on-site security and control access to the post area, observing, detecting, and reporting violations of post regulations, as directed by the Post Assignment Record. Guards must provide and maintain complete and effective surveillance, protection and inspection of all internal and perimeter areas within the designated parameters and authority of their assigned post.

C. Guards will be required to answer questions and provide directions to visitors and building tenants. Prior to arriving on duty, each guard shall be familiar with the name, address, and location of his/her post, as well as the post orders of the assigned post. Each guard shall be familiar with each tenant Agency's name and the locations within the facility of the most commonly sought-after offices or locations, such as service offices, restrooms, elevators, entrances and exits, the cafeteria, and parking areas, and shall provide that information to any visitor upon request.

D. Guards assigned to entrance/ exit posts shall know the location of and usage instructions for the nearest first aid kit, fire extinguisher, fire alarm, and duress alarm (if any), and shall be ready, willing, and able to use them as necessary and as required by the post orders.

E. Guards will be responsible for operating all security equipment on post, such as X-Rays, magnetometers, and closed circuit television (CCTV). No guard shall be permitted to work alone on any post containing security equipment without prior training on that specific equipment.

**Roving Control Posts**

Guards will make patrols in accordance with routes and schedules established in the Guard Post Assignment Record. They will observe, detect, report, and respond to all suspected or apparent security violations. Roving guards will be responsible for maintaining logs, reports, and files of all incidents and occurrences encountered during the patrol tour. Patrol duties will be performed in a professional manner, with the guards responsible for observing the environment, and, when necessary, questioning those persons whose activities arouse suspicion. Patrol guards will serve as the first responder to all security alarms and emergency situations occurring within the area of

assignment.

Note: Some posts may require a combination of fixed hours at a guard booth and roving patrols. Guards should adhere to the patrol schedule as outlined in the post orders or as directed by the COR.

### Traffic Control

When required by the Guard Post Assignment Record, guards will direct traffic (vehicle and pedestrian), control parking, issue traffic courtesy violation notices, and observe the environment for suspicious vehicles or persons. Guards may operate traffic control points and identify, delay, and detain all suspicious vehicles and personnel as necessary to maintain a level of security sufficient to ensure the safety and protection of all personnel, property, and resources within the facility.

### Control, Issuance, and Storage of Keys

A. Guards will coordinate with the COR and ATR the receipt, issuance, and tracking of all keys, "key cards," lock combinations, etc., which restrict access to the facility, including offices, guard posts, gates, etc. Guards will be required to control access to these items in accordance with the Government's direction and guidance. Guards shall not be permitted to remove the keys and other access control devices from the facility premises unless specifically authorized by the COR.

B. Missing, lost, unusable, and/or stolen keys or access control devices shall be immediately reported to the COR and the guard's supervisor as soon as loss or problem is detected by the guard. See Section G for Contract price reductions that may be taken as a result of lost, stolen, or damaged keys and access control devices that were under the control of a Contract guard at the time of their disappearance.

C. Refer to Paragraph C-10.1-2, Accountability for Government Property, for additional information regarding the use and handling of Government furnished property.

### Security and Fire Systems

A. Guards will monitor and operate building fire alarm and intrusion detection systems and other protection devices or building equipment located on or near post, in accordance with the Guard Post Assignment Record.

B. When an alarm sounds, the guard must immediately report and record the incident as required by the Guard Post Assignment Record.

C. Guards shall not disengage, shut off, remove, reposition, obstruct, or in any way interfere with the Government video surveillance cameras/systems. See Section G for deductions that may be taken as a result of damaged or broken surveillance

equipment that was under the control of a Contract guard at the time of its malfunction or breakage.

D. Guards shall <u>immediately</u> notify the COR and their supervisor if any of the systems under their control malfunction or fail completely.

**Utility Systems**

A. Guards may be required to lock or unlock specific entrances/exits and turn on/off lights in their duty area at specific times as prescribed in the Guard Post Assignment Record.

B. During emergencies, guards may be required to perform simple emergency-related functions that activate or deactivate building systems, such as heating/ventilation/air conditioning systems; circuit breakers/switches; and plumbing valves/switches. The required functions will be detailed in the post orders.

C. Guards are <u>not</u> janitors, building maintenance staff, delivery persons, or mechanics, and will <u>not</u> be required or expected to provide any building systems services except the very basic functions as required in the post orders.

**Building Rules and Regulations**

Guards will monitor and observe building occupants and visitors for compliance with the facility's posted rules and regulations. Guards shall also identify, report, delay, or detain those persons who violate the rules and regulations as appropriate and in accordance with the Guard Post Assignment Record.

**Lost and Found**

When directed by the DHS FPS COR, guards shall receive, receipt for, and store for safekeeping all found articles, pending their final disposition. The COR will provide an adequate supply of the necessary forms associated with this task.

**Physical Security, Law and Order**

Guards shall maintain physical security, law and order as prescribed by statute, regulation, or Guard Post Assignment Record, within the area of assignment. Guards may frequently be responsible for detecting, delaying, and/or apprehending persons attempting to gain unauthorized access to Government property or otherwise violating laws, rules, and regulations.

**Unauthorized Access**

Guards shall prevent, discover, delay, and/or detain persons attempting to gain unauthorized access to property and/or personnel at the facility being protected.

Guards shall report all such incidents in accordance with established procedures as detailed in the Guard Post Assignment Record.

**Hazardous Conditions**

Guards shall report daily in accordance with procedures in the Guard Post Assignment Record all potentially hazardous conditions and items in need of repair, including inoperative lights, leaky faucets, toilet stoppages, broken or slippery floor surfaces, etc.

**Response to Injury or Illness**

Guards shall obtain professional assistance in accordance with procedures in the Guard Post Assignment Record in the event of injury or illness to Government employees or others while in the building or on the grounds.

**Flying the United States Flag**

Guards shall raise, fly, lower, fold, and store the United States Flag (and other flags as authorized) in accordance with all applicable GSA regulations and post orders.

**Additional Duties**

Guards shall turn off unnecessary lights; check safes, lock-type repositories, and cabinets; close and secure open windows; close and secure doors and gates and other facility access points; and perform any other additional duties as prescribed in the Post Orders.

**Reports, Records, and Testimony**

A. Guards shall prepare and maintain required reports in accordance with the Guard Post Assignment Record regarding security-related issues, such as accidents, fires, bomb threats, unusual incidents and unlawful acts, and provide these reports to those officials specified by the COR.

B. Guards shall verbally report threatening circumstances and potentially threatening activities they observe while on duty to the MegaCenter and, when possible, to the COR or COTR. Whenever possible, guards are encouraged to report a serious or potentially serious problem before responding so that they may receive all necessary backup and support necessary to lessen or eliminate the potential threat.

C. Guards may be required to testify in various judicial proceedings on behalf of the Government. Guards shall coordinate all Contract-related court appearances with the COR when such appearances are required. Guards who are required to make a court appearance shall be remunerated by the Contractor at the same hourly rate they would earn while on duty, and the Contractor shall in turn be remunerated by the Government. The Contractor shall be required to invoice for the actual hours the

8

guard spent at court (including transit times from the duty station to the court), whether or not his/her testimony was used and/or provided (court delays are common, and multiple appearances by the testifying guard may be required). Contract-related court testimony on behalf of the Government shall take priority over all other Contractor-scheduled duties, with the Contractor coordinating with the COR to ensure that the testifying Contract employee appears as, when and where scheduled to provide timely testimony. Unless otherwise required by the COR, Contract employees who are scheduled to testify on behalf of the Government due to their Contract-related duties shall appear for court testimony in full uniform, but without weapons/firearms.

D. The Contractor shall provide a qualified Contract employee to replace the Contract employee testifying on behalf of the Government.

### Civil Disturbances

Guards will be required to perform other such functions as may be necessary in the event of situations or occurrences such as civil disturbances, attempts to commit espionage, sabotage, or other criminal acts adversely affecting the security and/or safety of the Government, its employees, property, and the general public lawfully in buildings or on the grounds under the control of the Government.

### Emergencies

In case of an emergency condition requiring immediate attention, the Contractor's on-site supervisor or the shift supervisor shall take action at the direction of or coordination with the Agency Technical Representative (ATR), COR, or COTR, to divert uniformed personnel from their normal assigned duties to meet the condition and summon appropriate assistance as may be required in the Occupant Emergency Plan. The Contractor shall immediately notify the designated Government official or agency, as applicable, of action taken, and shall immediately contact the MegaCenter to report the same information. No additional cost shall be charged the Government for the diversion, and the Contractor shall not be penalized for the normal daily work not done which was otherwise scheduled. Incidents of this nature shall be reported in accordance with procedures outlined in the Officer's Duty Book. As soon as the situation is resolved, the Contract employees should return to their assigned posts and duties.

### Primary Security Responses

In some outlying areas, and/or if multiple reportable incidents occur, guards may be required to act independently as the primary security response until law enforcement assistance arrives.

### Work Scheduling Procedures

1. The Contractor shall be responsible for scheduling all work and notifying guards of their work schedules in a manner consistent with effective Contract management. When requested by the CO or COR, the Contractor shall furnish a copy of the most current schedule to the Government.

2. All guards shall be in uniform and ready to begin work promptly at the start of their shift and shall remain on the job and in full uniform until the end of their full tour of duty.

**<u>Recording Presence</u>**

1. The Contractor's employees shall sign in when reporting for work, and shall sign out when leaving, on a GSA Form 139, Contract Guard Duty Register. Contract employees who patrol between buildings will sign in and out at each building visited. The registration points, which will be at the protected premises, shall be specified by the Government and the Contractor must utilize those points for this purpose. Contract employees working on TAS/SAS posts will record "TAS/SAS" in the "Post" column. Relief guards will sign in and out at each post visited.

2. Each successively lower line on GSA Forms 139 and must be completed in chronological order, without exception. Lines may not be left blank among signatures in any period. Should an entire line be used to enter a calendar date for separating individual workdays, a one line limit for each such date entry will be followed.

3. Erasures, obliterations, superimposed or double entries of any type on any one line are unacceptable and will not be acceptable for payment purposes. If errors in signatures, times, post numbers, or duty status are made on the GSA Form 139, the next line, immediately below or following on subsequent sheet's lines containing such errors, will be used to record all information for every column in the correct manner. The Contract employee should draw a single line through the entire line on which such mistakes appear. The Contractor must attach a detailed memorandum of explanation to each GSA Form 139 containing erroneous entries for the purpose of correlating all mistakes made with the applicable valid lines of information, and for describing the reasons behind those mistakes. Payment of invoices is based on the above procedures.

4. The Contractor will not remove the GSA Forms 139 from the job site unless specifically authorized or instructed to do so by the CO or COR. All such forms will be collected by the COR or COTR. If the Contractor removes the GSA Forms 139's from the post, payment may not be made until all of the original GSA 139's are received by the COR. Cases in which the GSA Forms 139 are held by the Contractor for 10 or more days after being requested by the CO, COR, or COTR, may be referred to the Inspector General for investigation.

## Reporting Manhours Provided

1. The Contractor shall submit to the COR, by no later than five (5) working days after the last working day of each previous month, a GSA Form 3430, Building Service Contractor Work Report or an equivalent substitute approved by the COR.

2. The report shall be certified by the Contractor as to its accuracy. The Contractor's Contract Manager or on-site supervisor may submit and certify the report as being accurate if the Contractor has authorized them to do so in writing.

3. This report will be used by the Government to verify compliance with the manhour requirements of the Contract.

## Services Required – Contract Manager and Supervisory Guards

### Contract Manager

1. The Contractor shall propose, identify, and provide to the Government an experienced Contract Manager (CM) who shall have complete authority to act for the Contractor during the term of the Contract. **The duties of the CM shall not under any circumstances be performed by uniformed employees performing productive or supervisory hours under the term of this Contract or any other guard Contract administered by GSA.** The CM shall have the authority to accept notices of deductions, inspection reports, and all other correspondence on behalf of the Contractor.

2. The CM must have either completed a four year course of study leading to a bachelor's degree with a major in any field of study, or have substantial and credible law enforcement, military, or business management experience that demonstrates the individual's capacity to effectively manage a security guard Contract of the size and scope described in this Solicitation/Contract.

3. This position requires a minimum of five (5) years of specialized experience. Specialized experience includes: project development and implementation from inspection to deployment; expertise in the management and control of funds and resources using complex reporting mechanisms; and demonstrated capability in managing multi-task Contracts or SubContracts of various types and complexity.

4. The CM shall be available during normal working hours (8:00 a.m. to 4:30 p.m.) within 30 minutes by telephone or in person to discuss problem areas. After normal duty hours or on weekends and holidays, the CM shall be available within two (2) hours.

5. The Contractor shall provide to the CO and COR the name, telephone number, pager number (if any), cellular phone number (if any), facsimile number, e-mail address, and office address of the CM by the date of the first meeting after award of

11

the Contract. Additionally, the Contractor shall submit a Key Personnel Resume clearly detailing the individual's qualifications and demonstrating that the proposed CM meets the requirements listed above. If the proposed CM does not meet the requirements listed above, the Contract shall attach a written waiver request which will cite both the areas where the proposed CM does not meet the requirements and a statement by the Contractor explaining why the Contractor considers the proposed CM to be qualified to hold the position. Waiver requests must adequately demonstrate that the proposed CM possesses the ability to effectively manage a security guard Contract of the size and scope described in this Solicitation/Contract. The CO or COR must approve the proposed CM prior to his/her assignment under this Contract.

6. **The CM is a salaried managerial position not specifically required in the line item(s) identified in this Solicitation/Contract. Therefore, the Contractor shall factor all costs associated with providing a CM into their offering prices, as they will not otherwise be paid for by the Government.**

7. Replacement CMs shall possess the same or similar qualifications of the individuals originally proposed by the Contractor and accepted by the Government. Replacement employees must be approved by the CO or the COR prior to reporting for duty under this Contract.

### Area/On Site Supervisor

1. The terms "Area Supervisor," "On Site Supervisor," and "Supervisor" are interchangeable and mean a person who has authority to act for the Contractor on a day-to-day basis at the work site.

2. Area Supervisors shall not simultaneously perform the duties of supervisor and productive guard. Area Supervisors shall not provide required relief breaks to productive guards at any time while they are acting in a supervisory capacity.

3. **The Contractor shall provide the name(s), telephone number, pager number (if any), cellular phone number (if any), facsimile number, e-mail address (if any), and office address of the Area Supervisor(s) with the Technical Proposal. Additionally, the Contractor shall submit a Key Personnel Resume clearly detailing the individual's qualifications with the Technical Proposal. The CO must approve the proposed supervisor(s) prior to working under the Contract.**

4. The Contractor shall provide the level of supervision necessary to ensure that productive guards:

    A. Are properly trained;
    B. Perform all duties as specified in accordance with the Contract and the GSA Form 2580 (Guard Post Assignment Record) for the security post assigned;

12

    C. Are properly uniformed and present a neat and professional appearance as referenced in the Contract Guard Information Manual;
    D. Are thoroughly knowledgeable about their duties and demonstrate the ability to act effectively during emergencies or other unusual situations;
    E. Possess and display a valid certification card and CPR card at all times while on duty; and
    F. Possess all necessary permits, credentials, etc., as required by the Contract or by local or state law.

5. The Contractor shall provide the level of supervision proposed in the technical proposal and agreed to by the Government upon award of the Contract. All supervisors shall be required to sign in on a GSA Form 139 log upon visiting the building and to sign out on the same form upon leaving the building. In the column entitled "Post" the Supervisor shall write the abbreviation "SUPV" to indicate supervision. These logs may be used by the Government to ascertain the level of supervision being provided to the guards working under this Contract.

6. Replacement Area Supervisors shall possess the same or similar qualifications of the individuals originally proposed by the Contractor and accepted by the Government. The Contractor shall provide a completed Key Personnel Resume for all replacement employees to the CO and the COR for approval before the replacement personnel report for duty under this Contract.

**Authority and Jurisdiction**

1. Prior to commencement of work under this Contract, and except where precluded by local law or ordinance, the Contractor shall make and complete all arrangements with the appropriate officials in the city, county, parish, or state in which the buildings are located to:

    A. Obtain all licenses and permits required for each guard and supervisor to serve as either an unarmed guard or armed guard as required by each task order. Armed guards <u>must</u> carry their firearm license/permits (and, where legally required, their concealed weapons permits) on their person while on duty, unless local or state law requires the Contractor to maintain the records. Failure by an armed guard to carry a valid firearm certificate or permit while on duty shall result in the guard being removed from the armed post until the certificate or permit is obtained.

    B. Provide any official bond(s) and insurance required, and pay any fees or costs involved or related to authorization for the arming of any employees engaged in providing services specified under this Contract.

    C. Maintain current, valid copies of all licenses, permits, and certifications described in this Contract. The CO, COR, and all other authorized Government personnel shall have the express authority to examine these documents upon request at

any time during the duration of this Contract. The Contractor shall complete and certify a written record that shows names and issue dates for each Contract employee having each and all legally required licenses, permits, and certifications. This written Contractor certification shall state that all legal requirements have been fulfilled prior to the commencement of any and all Contract work. The Contractor shall provide an updated record to the Government upon the CO's or COR's request.

D. Obtain, possess, and maintain all business and corporate licenses required to operate as a commercial security service within the entire geographic area covered under this Contract prior to performing any work under this Contract.

**Important Note: Failure by the Contractor to obtain all required licenses as of the Contract start date shall be grounds for termination for default. Failure by the Contractor to maintain valid licenses and permits may result in termination for default.**

**Regulations, Handbooks, and Other Applicable Documents**

1. FPS Regulations contain the basic procedures for the operation, maintenance, and protection of property. The primary regulations and related procedures to be followed by the Contractor are listed below. Supplementary regulations which are provided to the Contractor by the CO or his/her authorized representative shall also be in effect and will be incorporated by Contract modification.

    A. Officer's Duty Book. An Officer's Duty Book shall be furnished by the COR and maintained at the central control point and shall contain complete duty instructions for emergency procedures.

    A separate loose-leaf binder shall be furnished by the COR and maintained by the Contractor at each additional fixed post and will contain only those items of duty instructions pertinent to that specific post. The Officer's Duty Book shall not be removed from Government property, or reproduced or copied in any manner unless properly authorized, in writing, by the COR.

    B. Rules and Regulations Governing Public Buildings and Grounds (FPMR 41 CFR 101-20.3). These rules and regulations are posted in all buildings under the charge and control of the General Services Administration and are applicable to all persons entering in or on such property.

    C. Federal Protective Service Policy Handbook (PBS P 5930.17c). This FPS handbook contains the basic procedures and forms to be used during the course of the Contract. Applicable chapters will be supplied to the Contractor by the COR at the initial meeting after Contract award. This information must be read by all guards and supervisors in order for them to understand the role they play in FPS law enforcement and security operations.

D.      Contract Guard Information Manual (CGIM). This handbook contains the information all guards and supervisors must read and be familiar with prior to assuming duties under this Contract. The written examination which Contract guards must take will be based entirely upon this manual. The COR shall give the Contractor one (1) copy of this manual at the pre-performance meeting held shortly after Contract award. The Contractor may photocopy the manual for all Contract employees. Additional copies of the manual may be purchased from FPS for $6.00 each.