UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH </br></br> Plaintiff, </br></br> v. </br></br> SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) Civil Action Number 06-0574 (RMC) ) ) ) ) ) ) ) |

**NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW**

The clerk of this Court will please note that on April 4, 2007, pursuant to the Court's order of March 30, 2007, undersigned counsel submitted to the chambers of the Honorable Rosemary M. Collyer, those documents described in the Court's order for *in camera* review.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

\_\_\_\_\_/s/\_\_\_\_\_
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

\_\_\_\_\_/s/\_\_\_\_\_
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.

Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov