## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH,** *et al.*,     ) | |
|     ) | |
| **Plaintiffs,**     ) | |
|     ) | |
| **v.**     ) | **Civil Action No. 06-574 (RMC)** |
|     ) | |
| **SOUTH ASIAN SOCIETY OF THE**     ) | |
| **GEORGE WASHINGTON UNIV.,** *et al.*,     ) | |
|     ) | |
| **Defendants.**     ) | |
|     ) | |

## <u>ORDER</u>

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant the United States of America's Motion to Dismiss [Dkt. No. 62] is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** with respect to Count Four in the Second Amended Complaint (wrongful death), and that Count is dismissed as to the United States. The Motion is **DENIED WITHOUT PREJUDICE** with respect to Counts One and Two, and Plaintiff may obtain discovery from the United States limited to the following issues: (1) Whether there was a mandatory policy regarding the placement of security guards at the exits of the Old Post Office Pavilion; (2) Whether GSA exercised supervision over Hill Partners' day-to-day operations at the Old Post Office Pavilion; and (3) Whether DHS or FPS exercised supervision over SecTek's day-to-day operations at the Old Post Office Pavilion.

**SO ORDERED**.

Date: May 21, 2007

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge