UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GURPAL SINGH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-574 (RMC) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant The George Washington University's Motion to Compel [Dkt. No. 40] is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** with respect to Categories 1, 4, 5, and 10, and the Department of Homeland Security is **ORDERED** to produce complete, unredacted versions of the documents responsive to those Categories no later than June 11, 2007. The Motion is **DENIED** with respect to Categories 3 and 9. It is

**FURTHER ORDERED** that DHS shall provide to the Court for *in camera* inspection all documents responsive to Categories 2, 6, 7, and 8 no later than June 11, 2007.

**SO ORDERED**.

Date: May 24, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge