UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GURPAL SINGH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-574 (RMC) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIV., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Motion for Default Judgment as to Defendant Falcon Security Corp. On April 30, 2007, the Court ordered Falcon Security to show cause, no later than May 14, 2007, why default judgment should not be granted. Having received no response from Falcon Security, and upon consideration of the pleadings and other documents filed in this matter, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment [Dkt. No. 38] is **GRANTED**, and default judgment shall be entered against Defendant Falcon Security Corp. The Court's Deputy Clerk shall set a date for a damages hearing.

**SO ORDERED**.

Date: May 30, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge