UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH<br><br>　　　　Plaintiff,<br>　　v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY,<br>　　　　et. al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No: 06-0574 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW**

The Clerk of the Court will please take note that on June 11, 2007, pursuant to the Court's May 24, 2007 order, the undersigned counsel for Department of Homeland Security submitted to the chambers of the Honorable Rosemary M. Collyer for *in camera* review those documents described in the Court's order.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　QUAN K. LUONG
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W., Room E-4417
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 514-9150 (telephone)