# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent, RANJIT SINGH,<br><br>   Plaintiff,<br><br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY, and DOE SECURITY,<br><br>   Defendants. | Civil Action No.: 06-00574 (RMC) |

## NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please enter the appearance of LETICIA L. VALDES, Assistant Attorney General for the District of Columbia, as counsel in this case for the limited purpose of representing non-party Chief Charles H. Ramsey as it relates to the subpoena served upon him by George Washington University on August 10, 2006, seeking: 1) the entire police file relative to the investigation surrounding the death and assault of Ranjit Singh, and 2) all incident reports and police files for any crimes alleged to have been committed at the Old Post Office Pavilion within two blocks of the Old Post Office Pavilion from March 2000 through March 2005.

Please withdraw the appearance of James Vicros, as counsel for Chief Charles Ramsey.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.valdes@dc.gov

    /s/ James Vicros
JAMES VICROS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Fourth Floor North
Washington, D.C. 20001
(202) 442-9827
James.vicros@dc.gov