# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH : : : Plaintiffs, : : v. : : : GEORGE WASHINGTON UNIVERSITY Et Al : : Defendants. : : | Civil Action No. 06 0574 RMC |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY
## FROM HILL PARTNERS INC

Plaintiff, respectfully moves this court for an order compelling Hill Partners Inc. to answer plaintiff's interrogatories and request for production of documents.

Plaintiff's reasons in support of this motion are fully set forth in the attached Memorandum.

Plaintiff unsuccessfully attempted to contact Counsel for Hill Partners Inc. to determine his position on this motion.

WHEREFORE, it is requested that the motion be GRANTED.

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
(202) 778-1167
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing  Motion to Compel Discovery from Hill Partners Inc was electronically served this 30th  day of  October 2007 on:

Robert H. Bouse, Jr. Esq.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201
(410) 752-1630
Email: bouse@acklaw.com

Timothy W. Romberger  Esq.
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036-5405
(202) 828-1243
Fax: (202) 882-8756
Email: Timromberger1@comcast.net

Steven Anthony Hamilton Esq.
HAMILTON, ALTMAN, CANALE & DILLON, LLC
4600 East-West Highway
Suite 201
Bethesda, MD 20814
(301) 652-7332
 Email: steven.hamilton@hacdlaw.com


Scott D. Goetsch Esq.
MOORE & JACKSON, L.L.C.
305 Washington Avenue
Towson, MD 21204
(410) 583-5241
Fax: (410) 583-7519
Email: goetsch@moorejackson.com

Blanche Bruce
Quan K. Luong
Asst. U.S. Attorneys
U.S. ATTORNEY'S OFFICE
501 Third Street, NW
Washington, DC 20530
(202) 514-9150
Email: quan.luong@usdoj.gov


Leticia L. Valdes
Asst. Attorney General - DC
OFFICE OF THE ATTORNEY GENERAL FOR DC
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 442-9845
Fax: (202) 727-6295
Email: leticia.valdes@dc.gov


                          /**s**/ **Geoffrey D. Allen**
                          Geoffrey D. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH : : : Plaintiffs, : : v. : : : GEORGE WASHINGTON UNIVERSITY : Et Al : : Defendants. : : | Civil Action No. 06 0574 RMC |

**CERTIFICATE RE GOOD FAITH EFFORTS TO OBTAIN DISCOVERY**

Pursuant to Fed Rules Civ Proc R 37(a)(1), and Local Rule LCvR 7(m), I certify that I have engaged in the following efforts to confer with counsel for Hill Partners Inc., in an effort to obtain discovery in this case.

Interrogatories and Request for production of documents were served on Hill Partner's on June 26, 2007.

On August 23, 2007 I wrote to Mr. Robert Bouse, counsel for Hill Partner's inquiring when Hill Partner's answers could be expected.

On September 4, 2007, I wrote again to Mr. Bouse making the same inquiry.

On September 12. 2007 Mr. Bouse, by E-Mail, requested an additional 14 days to answer. Plaintiff agreed.

On October 9, 2007, Plaintiff E-Mailed another request for Hill Partner's to answer the interrogatories.

On October 26, 2007 I telephoned Mr. Bouse and left a message inquiring as to when the answers could be expected.  I did not receive a return call.

On October 29, 2007,  I again called Mr. Bouse and left a message indicating that I was interested in discussing the situation with him and indicating I was going to file a motion if I did not hear from him.   I did not receive a return call.

As of  October 30, 2007, no answers or documents have been provided in response to plaintiff's discovery requests.

Based on the foregoing, it is submitted that I have engaged in good faith efforts to obtain discovery and that I have attempted to confer with Mr. Bouse concerning this motion.

> Respectfully Submitted,
>
> **/s/ Geoffrey D. Allen**
> Geoffrey D. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GURPAL SINGH, as Administrator of decedent RANJIT SINGH** | : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | **Civil Action No. 06 0574 RMC** |
| | : : : | |
| **GEORGE WASHINGTON UNIVERSITY Et Al** | : : : | |
| **Defendants.** | : : : | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM HILL PARTNERS INC**

On September 20, 2007, the Court entered a Minute Entry Order granting in part and denying in part Plaintiff's Motion to Suspend Scheduling Order. The Court ordered that depositions shall be continued until a further scheduling order was issued. All other discovery was to proceed as originally scheduled. The effect of this Order, plaintiff submits, was to freeze depositions but to permit other discovery to go forward.

On June 26, 2007, plaintiff served his first set of interrogatories and request for production of documents on Hill Partners. Defendant has not answered these

discovery requests.  The answers are now long overdue.  Hill Partners has not answered despite numerous requests from plaintiff, as detailed in plaintiff's certificate of good faith efforts to obtain discovery.  Hill Partners should be ordered to provide full discovery forthwith.

Plaintiff's counsel estimates that he has spent three hours preparing this motion and engaging in efforts to obtain discovery, such as E-Mails, correspondence and telephone calls..  His normal hourly rate is $400.  According, to Rule 37(5)(A) If such a motion is granted--or if the requested discovery is provided after the motion is filed--the court *must,* after giving an opportunity to be heard, require the party whose conduct necessitated the motion, to pay the movant's reasonable expenses incurred in making the motion, *including attorney's fees.*  Accordingly, plaintiff's counsel requests that the defendant be ordered to pay $1,200 in attorney's fees to plaintiff's counsel.

    Respectfully submitted,

    <u>/s/ Geoffrey D. Allen</u>
    Geoffrey D. Allen
    DC Bar No. 288142
    1730 Rhode Island Ave, NW
    Suite 206
    Washington, DC 20036
    (202) 778-1167

    Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GURPAL SINGH, as Administrator of decedent RANJIT SINGH** | : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | Civil Action No. 06 0574 RMC |
| | : : | |
| **GEORGE WASHINGTON UNIVERSITY Et Al** | : : : | |
| **Defendants.** | : : : | |

### ORDER

Upon consideration of Plaintiff's Motion To Compel discovery from Hill Partners, and Hill Partners' opposition thereto, it is this ____ day of _____, 2007, hereby,

**ORDERED,** that the motion is **GRANTED,** and it is further,

**ORDERED,** that Hill Partners Inc. shall fully answer plaintiff's interrogatories and request for production of documents by _____.  And it is further,

**ORDERED**, Hill Partners Inc. shall pay $1,200 in attorney's fees in this matter, to Geoffrey D. Allen by _____.

Dated: _____
Judge Collyer
United States District Court

8

Case 1:06-cv-00574-RMC    Document 76    Filed 10/30/2007    Page 10 of 10