## GEOFFREY ALLEN

**From:** GEOFFREY ALLEN [geoffreyallen@verizon.net]
**Sent:** Tuesday, June 26, 2007 4:11 PM
**To:** 'bouse@acklaw.com'; 'james.vricos@dc.gov'; 'quan.luong@usdoj.gov'; 'goetsch@moorejackson.com'; 'steven.hamilton@hacdlaw.com'; 'Timromberger1@comcast.net'
**Subject:** Singh v. George Washington University et al.

Counsel: Please find enclosed Interrogatories to Hill Partners

## GEOFFREY D. ALLEN
ATTORNEY AT LAW
1730 RHODE ISLAND AVE, N.W
SUITE 206
WASHINGTON, DC 20036
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

August 23, 2007

Robert Bouse, Esq.
Anderson, Coe & King
201 North Charles Street
Suite 2000
Baltimore, MD 21201

       Re: *Singh v. The George Washington University, et al.*
          *Civil Action No. 06-0574*

Dear Mr. Bouse,

    Please advise me when I may expect your answers to Plaintiffs' Interrogatories to Hill Partners.

                                    Yours Truly,

                                    Geoffrey D. Allen

# GEOFFREY D. ALLEN
ATTORNEY AT LAW
1730 RHODE ISLAND AVE, N.W
SUITE 206
WASHINGTON, DC 20036
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

September 4, 2007

Robert Bouse, Esq.
Anderson, Coe & King
201 North Charles Street
Suite 2000
Baltimore, MD 21201

*Re: Singh v. The George Washington University, et al.*
   *Civil Action No. 06-0574*

Dear Mr. Bouse,

    I wrote to you on August 23, 2007 requesting that you advise me when I to expect your answers to Plaintiffs' Interrogatories to Hill Partners. I have received no response.

    Your answers are considerably overdue. Unless I receive your answers within five business days I intend to file a motion to compel.

Yours Truly,

Geoffrey D. Allen

## GEOFFREY ALLEN

**From:** GEOFFREY ALLEN [geoffreyallen@verizon.net]
**Sent:** Wednesday, September 12, 2007 1:25 PM
**To:** 'Robert H. Bouse, Jr.'
**Subject:** RE: Singh v. Hill Partners

You got it

-----Original Message-----
**From:** Robert H. Bouse, Jr. [mailto:Bouse@acklaw.com]
**Sent:** Wednesday, September 12, 2007 12:49 PM
**To:** GEOFFREY ALLEN
**Subject:** RE: Singh v. Hill Partners

Geoff: Please give me 14 days but I will try to have it sooner. Thanks, Bob

---

**From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
**Sent:** Wednesday, September 12, 2007 9:59 AM
**To:** Robert H. Bouse, Jr.
**Subject:** RE: Singh v. Hill Partners

Bob: I think that the Judge's earlier order only stays depositions but permits us to go forward with written discovery. Can you give me a date by which you believe you can provide your answers?

Geoff

-----Original Message-----
**From:** Robert H. Bouse, Jr. [mailto:Bouse@acklaw.com]
**Sent:** Wednesday, September 12, 2007 8:06 AM
**To:** GEOFFREY ALLEN
**Subject:** RE: Singh v. Hill Partners

Geoff: I am sorry that discovery fell through the cracks at my clients office. I have been assured that it will be completed shortly. However, I thought that at the status conference the Court said that all other matters other than the jurisdiction question for the Govt. were stayed until that issue has been resolved. I participated by phone and it was hard to hear but that is what I thought the Court said. Bob

---

**From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
**Sent:** Tuesday, September 04, 2007 10:25 AM
**To:** Robert H. Bouse, Jr.
**Subject:** Singh v. Hill Partners

Dear Mr. Bouse:

Please find attached letter.

10/29/2007

# GEOFFREY ALLEN

**From:** GEOFFREY ALLEN [geoffreyallen@verizon.net]
**Sent:** Tuesday, October 09, 2007 3:05 PM
**To:** 'Robert H. Bouse, Jr.'
**Subject:** Singh v. Hill Parters

Bob: I still have not received your client's responses to plaintiff's interrogatories. On September 12, 2007 you asked for another 14 days to provide your answers, to which I agreed. It is now almost a month later and I still do not have anything. Please provide your answers within five days or I will have no alternative but to file a motion to compel.