# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br> SOUTH ASIAN SOCIETY )<br> OF THE GEORGE WASHINGTON )<br> UNIVERSITY, et al., )<br>  )<br>    Defendants. ) | Civ. Action No. 1:06-0574 (RMC)<br>  ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: November 1, 2007          Respectfully submitted,


                    /s/
                    QUAN K. LUONG


                    /s/
                    BLANCHE L. BRUCE
                    D.C. Bar No. 960245
                    Assistant United States Attorney
                    555 Fourth St., N.W.
                    Washington, D.C. 20530
                    (202) 307-6078