## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH, as Administrator** : | |
| **of decedent RANJIT  SINGH** : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action No. 06-0574** |
| **v.** : | **RMC** |
| : | |
| : | |
| **GEORGE WASHINGTON UNIVERSITY** : | |
| **Et Al** : | |
| : | |
| **Defendants.** : | |
| : | |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY

Plaintiff, respectfully moves this court for an extension of jurisdictional discovery currently scheduled to close on November 16, 2007.

Plaintiff's reasons in support of this motion are set forth in the attached Memorandum of Points and Authorities.

The District of Columbia takes no position on this motion.  All other parties consent to this motion.

WHEREFORE, it is requested that the motion be GRANTED.

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
(202) 778-1167
Attorney for Plaintiff

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing  Motion to Extend  Discovery was

electronically served this 14th day of November  2007 on:

Robert H. Bouse, Jr. Esq.
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201
(410) 752-1630
Email: bouse@acklaw.com

Timothy W. Romberger  Esq.
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036-5405
(202) 828-1243
Fax: (202) 882-8756
Email: Timromberger1@comcast.net

Steven Anthony Hamilton Esq.
HAMILTON, ALTMAN, CANALE & DILLON, LLC
4600 East-West Highway
Suite 201
Bethesda, MD 20814
(301) 652-7332
 Email: steven.hamilton@hacdlaw.com


Scott D. Goetsch Esq.
MOORE & JACKSON, L.L.C.
305 Washington Avenue
Towson, MD 21204
(410) 583-5241
Fax: (410) 583-7519
Email: goetsch@moorejackson.com

Blanche Bruce
Quan K. Luong
Asst. U.S. Attorneys
U.S. ATTORNEY'S OFFICE
501 Third Street, NW
Washington, DC 20530
(202) 514-9150
Email: quan.luong@usdoj.gov; Blanche.Bruce@usdoj.gov


Leticia L. Valdes
Asst. Attorney General - DC
OFFICE OF THE ATTORNEY GENERAL FOR DC
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 442-9845
Fax: (202) 727-6295
Email: leticia.valdes@dc.gov


**/s/ Geoffrey D. Allen**
Geoffrey D. Allen

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GURPAL SINGH, as Administrator** | : | |
| **of decedent RANJIT  SINGH** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action No. 06-0574** |
| **v.** | : | **RMC** |
| | : | |
| | : | |
| **GEORGE WASHINGTON UNIVERSITY** | : | |
| **Et Al** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN**
**SUPPORT OF MOTION TO EXTEND  DISCOVERY**

On  August 16, 2007, the Court  set a deadline for jurisdictional discovery concerning the United States of  11/16/2007.   Plaintiff now respectfully moves the court to extend that period for two  months.[1]

The  current status of discovery is as follows.   Written discovery has been obtained from the United States.   After discussions between counsel, the United States has agreed to provide plaintiff with additional documents.   These documents have not yet been produced because they are still  being reviewed by Department of

---

[1]  The court also set the following dates:   Motion to Dismiss due by 11/30/2007. Response due by 12/28/2007. Reply due by 1/18/2008. Status Conference set for 2/1/2008 10:30

Homeland Security counsel. Once they are produced, plaintiff's counsel may wish to schedule additional depositions.

Plaintiff has already taken the deposition of Vicki Willman, a GSA employee and has been trying to set up depositions for Paul Constable and Linda Jackson both of whom are with the Department of Homeland Security. The United States indicated on November 13, 2007, that Mr. Constable is available on November 30, 2007, but plaintiff's counsel has not yet been able to confirm the availability of all counsel for this date. At present, a date has not been provided by the United States for Linda Jackson. Counsel is advised that despite many requests, DHS counsel have not yet provided the U.S. Attorney's office with a date when she will be available. Plaintiff has also scheduled the deposition of Rodney Dyer of Hill Partners Inc for November 28, 2007. This deposition was previously set for November 12, 2007 but has had to be rescheduled because of the unavailability of counsel for Hill Partners.

As the court can see, plaintiff has endeavored to complete discovery by November 16, 2007 but has been unable to do so for the reasons outlined above. Since we are entering the holiday season, when it can be expected that counsel and witnesses will be unavailable and depositions will be difficult to schedule, it is respectfully submitted that the current deadline be extended for two months, until January 16, 2007.

Respectfully submitted,


/s/ Geoffrey D. Allen
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
(202) 778-1167


Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GURPAL SINGH, as Administrator**<br>**of decedent RANJIT  SINGH** | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action No. 06-0574** |
| **v.** | : | **RMC** |
| | : | |
| | : | |
| **GEORGE WASHINGTON UNIVERSITY** | : | |
| **Et Al** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

Upon consideration of Plaintiff's  Motion To Extend Jurisdictional  discovery until January 16, 2008, it is this ____ day of _____, 2007,  hereby,

**ORDERED,** that the motion is **GRANTED,** and it is further,

**ORDERED,** jurisdictional discovery is extended until January 16, 2008**.**

Date: _____     _____
                                  Judge Collyer
                                  United States District Court

7