UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GURPAL SINGH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-574 (RMC) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the Court is Plaintiffs' Motion to Compel Discovery from Defendant Hill Partners, Inc., filed on October 30, 2007. Dkt. # 76. At a status conference on August 16, 2007, the Court stayed all but jurisdictional discovery until such time as a possible dispositive motion filed by the United States is resolved. Because non-jurisdictional discovery is stayed in this case, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel Discovery from Defendant Hill Partners, Inc. [Dkt. # 76] is **DENIED** without prejudice.[1]

**SO ORDERED**.

Date: January 3, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] Parties are reminded, for future reference, that pursuant to instructions given in the Scheduling Order [Dkt. # 13], counsel "shall not file discovery motions without a prior telephone conference with the Court and opposing counsel." ¶ 7.