UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et. al.<br><br>    Defendants. | Case No: 06-0574 (RMC) |

**ORDER**

UPON CONSIDERATION of Defendant United States of America's Renewed Motion to Dismiss, any opposition thereto, and the entire record herein, it is on this ___ day of _____, 2008,

ORDERED that the United States' Motion to Dismiss is granted and the Complaint is dismissed with prejudice with respect to the claims against the United States of America.

                _____
                United States District Judge