| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST ▮▮ ▮▮ ▮▮ ▮▮▮▮ CONTROL ▮ ENTRANCE CONTROL | | 3. POST NO Supervisor |
|---|---|---|---|---|
| 4 TYPE OF JURISDICTION EXCLUSIVE ☐ PROPRIETORIAL ✓ CONCURRENT ☐ PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD PROJECT MANAGER | | 6 BUILDING DC0029ZZ |
| 7 BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____    DATE: _____

FOR: _____

This Post is Armed ▮▮▮▮▮    Unarmed ▮▮▮▮▮

1  **SCOPE:** Perform duties in accordance with instructions issued by the Federal Protective Service and your employer.

2  **REPORTING INCIDENTS:** Report all incidents immediately to the FPS Regional Communications Center (RCC) ▮▮▮▮▮▮▮

3  **GENERAL:** As the supervisor assigned to this position, you are responsible for directing the functions of all subordinate guards working during your tour of duty. You are expected to do the following as a minimum.

   a)  Check attendance to ensure that each post is manned as required by the Guard Post Assignment Record  (GSA Form 2580).

   b)  Inspect all guards to ensure that their uniform is complete, clean and in good order and determine that each guard is fit to perform their duties.

   c)  Verify that all Post Orders (GSA Form 2580) are valid and that General and Specific instructions are being followed

   d)  Initiate request to the Compliance Section for operating forms when you discover the supply running low.

   e)  Know the premises within this project and where each post is located.

   f)  Examine and initiate any updating or changes to information in the Officers Duty Book.  Request assistance from FPS Compliance Section when needed.

   g)  Receive and obey written and verbal instructions without delay.

   h)  Assist in correcting any problems which may arise

GENERAL SERVICE ADMINISTRATION

GSA FORM 2580

**EXHIBIT**

AA

1

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2 TYPE OF POST | | 3. POST NO. Supervisor |
|---|---|---|---|---|
| | | ☐ FIXED  ☐ PATROL  ☐ COMBINATION  ☐ TRAFFIC CONTROL  ☐ ENTRANCE CONTROL | | |

| TYPE OF JURISDICTION | | 5 FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT | PARTIAL | PROJECT MANAGER | |

| 7 BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | 8 AUTHORIZED BY (Signature) | 9 DATE |
|---|---|---|

| 10 TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

i) Coordinate activities of other guards when responding to emergencies.

j) Coordinate tests with the FPS, RCC and FPS Compliance Section.

k) Give orientation briefings and refresher training to improve job knowledge of other guards as scheduled by your employer. Ensure that all guards have read the Post Orders and are familiar with building admittance procedures.

l) Prepare written reports as requested.

m) Ensure that all guards report incidents to the FPS Communications Center, ████████████

4. **SPECIFICS:** At this project, you must comply with the specific tasks given below every time you enter on duty in this position.

1) Sign in on GSA Form 139 when beginning duty   You are required to be in full uniform at this time. Sign out on GSA Form 139 when you leave the premises.

2) Sign for and pickup your equipment and ensure that it is complete and in good working order

3) Review all Special Orders and Officers Duty Books. Also give special attention to any changes that might have been made.

4) Conduct an inspection of each subordinate guard on duty. Note all needed corrections, and require that remedies be made by a certain time.

In addition to items a through m in the General Duties Section, the following items are to be inspected as a minimum

a) Ensure that all guards are correctly signing in and signing out on GSA Form 139

GSA FORM 2580

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST ███ ████ ██████ | 3 POST NO Supervisor |
|---|---|---|---|

| TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING POST OFFICE OLD PROJECT MANAGER | 6. BUILDING DC0029ZZ |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | | |
| ✓ CONCURRENT | PARTIAL | | |

| 7 BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | 8 AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

b)   Ensure that all guards on duty have the required licenses, company identification credentials and GSA Certification Card in their possession Ensure that all guards are correctly signing in and signing out on GSA form 139.

c)   Ensure that guards on duty are armed or unarmed as required by the Post Orders and GSA-FPS Contract Specifications.

d)   Determine that all guards who are working possess the required and authorized equipment.

e)   Check the equipment inventory to be sure everything is properly issued, and confirm that all items are accounted for.

f)   On at least one supervisory visit made during the second shift on normal duty days, Monday through Friday, the Supervisor/ Project Manager will meet with the Occupant Agency Security Officers and/ or ATR. Any changes to existing orders or initiation for special requirements will be provided to the contractor at this time. The Supervisor will advise the FPS Compliance Section Office of all requests from the agencies and ensure that all such requests and special orders are countersigned by the FPS Compliance Section.

g)   Ensure that you, as the contractors representative, sign off on all Special Orders placed in the Officers Duty Book.

DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED

DUTY HOURS: ████████████

GSA FORM 2580 (5-70)

3

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ███ PATROL ███ COMBINATION ██ TRAFFIC CONTROL ENTRANCE CONTROL ███ | | 3. POST NO Supervisor |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | | 5. BUILDING |
| EXCLUSIVE    PROPRIETORIAL | | POST OFFICE OLD | | DC0029ZZ |
| ✓ CONCURRENT    PARTIAL | | PROJECT MANAGER | | |
| 7. BUILDING ADDRESS/CITY | | 8. AUTHORIZED BY (Signature) | | 9. DATE |
| 1100 PENN AVE. NW WASHINGTON D C , DC-20001 | | | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

b)  Ensure that all guards on duty have the required licenses, company identification credentials and GSA Certification Card in their possession. Ensure that all guards are correctly signing in and signing out on GSA form 139.

c)  Ensure that guards on duty are armed or unarmed as required by the Post Orders and GSA-FPS Contract Specifications

d)  Determine that all guards who are working possess the required and authorized equipment.

e)  Check the equipment inventory to be sure everything is properly issued, and confirm that all items are accounted for.

f)  On at least one supervisory visit made during the second shift on normal duty days Monday through Friday, the Supervisor/ Project Manager will meet with the Occupant Agency Security Officers and/ or ATR. Any changes to existing orders or initiation for special requirements will be provided to the contractor at this time. The Supervisor will advise the FPS Compliance Section Office of all requests from the agencies and ensure that all such requests and special orders are countersigned by the FPS Compliance Section.

g)  Ensure that you, as the contractors representative, sign off on all Special Orders placed in the Officers Duty Book.

**DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED**

███ DUTY HOURS ██████████████████████

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO. Supervisor |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING POST OFFICE OLD PROJECT MANAGER | | 6. BUILDING DC0029ZZ |
| EXCLUSIVE   PROPRIETORIAL ✓ CONCURRENT   PARTIAL | | | | |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ■ FIXED ■ PATROL ■ COMBINATION TRAFIC CONTROL ENTRANCE CONTROL | |
|---|---|---|---|
| 4. TYPE OF JURISDICTION EXCLUSIVE ☐ PROPRIETORIAL ✓ CONCURRENT ☐ PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD PROJECT MANAGER | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |
| | | |

GENERAL SERVICE ADMINISTRATION

GSA FORM 2580 (9-70)

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2 TYPE OF POST | | | 3. POST NO. Supervisor |
|---|---|---|---|---|---|
| | | FIXED TRAFFIC CONTROL | PATROL ENTRANCE CONTROL | COMBINATION | |
| 4. TYPE OF JURISDICTION EXCLUSIVE    PROPRIETORIAL ✓ CONCURRENT    PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD SUPERVISORY | | | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | | 9. DATE |

| 10. TIME | | 11 POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____    DATE: _____

FOR: _____

This Post is Armed ▓▓▓▓    Unarmed ▓▓▓▓

1   SCOPE: Perform duties in accordance with instructions issued by the Federal Protective Service and your employer.

2   REPORTING INCIDENTS: Report all incidents immediately to the FPS Regional Communications Center (RCC) ▓▓▓▓▓▓

3   GENERAL: As the supervisor assigned to this position, you are responsible for directing the functions of all subordinate guards working during your tour of duty. You are expected to do the following as a minimum:

a)   Check attendance to ensure that each post is manned as required by the Guard Post Assignment Record  (GSA Form 2580).

b)   Inspect all guards to ensure that their uniform is complete, clean and in good order and determine that each guard is fit to perform their duties.

c)   Verify that all Post Orders (GSA Form 2580) are valid and that General and Specific instructions are being followed.

d)   Initiate request to the Compliance Section for operating forms when you discover the supply running low.

e)   Know the premises within this project and where each post is located.

f)   Examine and initiate any updating or changes to information in the Officers Duty Book   Request assistance from FPS Compliance Section when needed.

g)   Receive and carry written and verbal instructions without delay.

h)   Assist in correcting any problems which may arise.

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST FIXED ▓▓ TRAFIC CONTROL PATROL ▓ COMBINATION ENTRANCE CONTROL | 3. POST NO. Supervisor |
|---|---|---|---|
| 4. TYPE OF JURISDICTION  EXCLUSIVE  ✓ CONCURRENT  PROPRIETORIAL  PARTIAL | 5. FACILITY OR BUILDING POST OFFICE OLD SUPERVISORY | | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11 POST DUTIES |
|---|---|---|
| FROM | TO | |

### (CONTINUATION)

i) Coordinate activities of other guards when responding to emergencies.

j) Coordinate tests with the FPS, RCC and FPS Compliance Section.

k) Give orientation briefings and refresher training to improve job knowledge of other guards as scheduled by your employer. Ensure that all guards have read the Post Orders and are familiar with building admittance procedures.

l) Prepare written reports as requested.

m) Ensure that all guards report incidents to the FPS Communications Center.

▓▓▓▓▓▓▓▓▓▓▓▓▓

4. **SPECIFICS:** At this project, you must comply with the specific tasks given below every time you enter on duty in this position:

1) Sign in on GSA Form 139 when beginning duty. You are required to be in full uniform at this time. Sign out on GSA Form 139 when you leave the premises.

2) Sign for and pickup your equipment and ensure that it is complete and in good working order

3) Review all Special Orders and Officers Duty Books. Also give special attention to any changes that might have been made.

4) Conduct an inspection of each subordinate guard on duty. Note all needed corrections, and require that remedies be made by a certain time.

In addition to items a through m in the General Duties Section, the following items are to be inspected as a minimum:

a) Ensure that all guards are correctly signing in and signing out on GSA form 139.

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST FIXED ☐ PATROL ☐ COMBINATION ☐ TRAFFIC CONTROL  ENTRANCE CONTROL | 3. POST NO Supervisor |
|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE  PROPRIETORIAL | | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT  PARTIAL | | SUPERVISORY | |

| 7 BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11 POST DUTIES |
|---|---|---|
| FROM | TO | |

### (CONTINUATION)

b) Ensure that all guards on duty have the required licenses, company identification credentials and GSA Certification Card in their possession. Ensure that all guards are correctly signing in and signing out on GSA form 139.

c) Ensure that guards on duty are armed or unarmed as required by the Post Orders and GSA-FPS Contract Specifications.

d) Determine that all guards who are working possess the required and authorized equipment.

e) Check the equipment inventory to be sure everything is properly issued, and confirm that all items are accounted for.

f) On at least one supervisory visit made during the second shift on normal duty days, Monday through Friday, the Supervisor/ Project Manager will meet with the Occupant Agency Security Officers and/ or ATR. Any changes to existing orders or initiation for special requirements will be provided to the contractor at this time. The Supervisor will advise the FPS Compliance Section Office of all requests from the agencies and ensure that all such requests and special orders are countersigned by the FPS Compliance Section.

g) Ensure that you, as the contractors representative, sign off on all Special Orders placed in the Officers Duty Book.

### DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED

DUTY HOURS

GENERAL SERVICE ADMINISTRATION                                    GSA FORM 2580 (8-76)

9

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST | | | 3 POST NO. Supervisor |
|---|---|---|---|---|---|
| 4 TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | | | 6. BUILDING |
| EXCLUSIVE ✓ CONCURRENT | PROPRIETORIAL PARTIAL | POST OFFICE OLD SUPERVISORY | | | DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |
| | | (CONTINUATION) |

GSA FORM 2580

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ■FIXED □PATROL □COMBINATION □TRAFIC CONTROL ■ENTRANCE CONTROL | |
|---|---|---|---|
| 4. TYPE OF JURISDICTION<br>□ EXCLUSIVE  □PROPRIETORIAL<br>✓CONCURRENT  □PARTIAL | | 5. FACILITY OR BUILDING<br>POST OFFICE OLD<br>SUPERVISORY | 6. BUILDING<br>DC0029ZZ |
| 7. BUILDING ADDRESS/CITY<br>1100 PENN AVE, NW<br>WASHINGTON D C  , DC-20001 | | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |
| | | |

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ■ FIXED   ■ PATROL   ■ COMBINATION TRAFIC CONTROL   ENTRANCE CONTROL | |
|---|---|---|---|
| 4. TYPE OF JURISDICTION<br>☐ EXCLUSIVE   ☐ PROPRIETORIAL<br>☑ CONCURRENT   ☐ PARTIAL | 5. FACILITY OR BUILDING<br>POST OFFICE OLD<br>SUPERVISORY | | 6. BUILDING<br>DC0029ZZ |
| 7. BUILDING ADDRESS/CITY<br>1100 PENN AVE, NW<br>WASHINGTON D C , DC-20001 | | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

GSA FORM 2580 (9-70)

GENERAL SERVICE ADMINISTRATION

12

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST ▮▮▮ TRAFFIC CONTROL ▮ PATROL ENTRANCE CONTROL ▮ COMBINATION ▮ | 3. POST NO ▮ |
|---|---|---|---|

| 4 TYPE OF JURISDICTION | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|
| EXCLUSIVE    PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT    PARTIAL | Post 11th Street Plaza | |

| 7 BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9 DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____    DATE: _____

FOR: _____

GENERAL: This Post is Armed ▮▮▮  Unarmed ▮▮▮

1. This post will be conducted in accordance with the GSA Contract specifications, FPS contract Guard Manual and Special Orders approved by the GSA FPS Compliance Section.

2. All Guards will read and be familiar with the duties of this post.

3. All orders are subject to revision under emergency conditions.

4. Guards must be familiar with the GSA Rules and Regulations Governing Public Buildings and Grounds.

REPORTING INCIDENTS:

1. Guards will immediately report all incidents to the FPS Records and Communications Center (RCC) on telephone number ▮▮▮▮▮ For additional information and instructions contact FPS Compliance Section on telephone number ▮▮▮▮▮

EMERGENCIES:

1. For Emergency Instructions involving FIRES, BOMB THREATS, MEDICAL EMERGENCIES, DEMONSTRATIONS, UTILITY EMERGENCY and the location of utility cut-offs. See Section 4 of the Officers Duty Book.

HAZARDOUS CONDITIONS:

1. Guards will immediately report all hazardous or potentially hazardous conditions, which may lead to personal injury, death or damage to property.

2. Notify FPS Records and Communications Center (RCC) on ▮▮▮▮▮

GENERAL SERVICE ADMINISTRATION                    GSA FORM 2580

13

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO |
|---|---|---|---|---|
| | | ☐ FIXED ████ ☐ PATROL ☐ COMBINATION ☐ TRAFFIC CONTROL ☐ ENTRANCE CONTROL | | |
| 4 TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | | 6. BUILDING |
| EXCLUSIVE    PROPRIETORIAL | | POST OFFICE OLD | | DC0029ZZ |
| ✓ CONCURRENT    PARTIAL | | Post ██ 11th Street Plaza | | |
| 7 BUILDING ADDRESS/CITY | | 8. AUTHORIZED BY (Signature) | | 9. DATE |
| 1100 PENN AVE. NW WASHINGTON D C , DC-20001 | | | | |

| 10 TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

**ADMITTANCE DURING SECURITY HOURS:**

1. Building Security Hours are ████████████████████

2. Person(s) wishing to enter the building during Security Hours must:

(b) Sign the Building Register, GSA Form 139, Record of time of Arrival and Departure from Building or appropriate agency building register where applicable.

GSA FORM 2580

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST ▮▮▮ ▮▮▮ PATROL COMBINATION ▮▮▮ TRAFFIC CONTROL ENTRANCE CONTROL | 3. POST NO. ▮ |
|---|---|---|---|
| 4 TYPE OF JURISDICTION EXCLUSIVE    PROPRIETORIAL ✓ CONCURRENT    PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD Post ▮ 11th Street Plaza | 6 BUILDING DC0029ZZ |
| 7 BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

**ADMITTANCE DURING NON-SECURITY HOURS:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**PROPERTY MOVEMENT CONTROL:**

1. Persons removing Government or personal property must possess a valid property pass or follow the occupying agency property removal procedures. See specific instructions in Section 1, of the Officers Duty Book.

2. Persons removing property must present a valid identification containing the same name as the one on the property pass.

**FOUND PROPERTY PROCEDURE:**

1. Guards are responsible for receiving, securing and accounting for all found property turned in at this building.

2. All found property will be turned in to the Building Manager or Building Manager Representative.

**KEY CONTROL:**

1. Guards are responsible for the security of the building keys.

2. Patrol keys shall be signed for by the receiving guard on a GSA Form 1051, Firearms and Guard Equipment Register, each time they are issued and the number of keys must be indicated.

3. Emergency keys will be stored inside two envelopes and kept separate in the key cabinet or appropriate container. The outer envelope shall:

   (a) Identify the key
   (b) Be marked "TO BE OPENED IN THE EVENT OF AN EMERGENCY ONLY"
   (c) Show signature of person sealing the envelope.
   (d) Show date the envelope was sealed

GENERAL SERVICE ADMINISTRATION                    GSA FORM 2580 (9-79)



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE<br>NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|

| 4. TYPE OF JURISDICTION | | |
|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | |
| ✓ CONCURRENT | PARTIAL | |

5. FACILITY OR BUILDING
POST OFFICE OLD
Post 11th Street Plaza

6. BUILDING
DC0029ZZ

7. BUILDING ADDRESS/CITY
1100 PENN AVE, NW
WASHINGTON D C , DC-20001

8. AUTHORIZED BY (Signature)

9. DATE

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

### (CONTINUATION)

4. The guard opening the sealed envelope shall submit a written memorandum to the FPS Compliance Section detailing the circumstances requiring the use of the key.

5. Emergency keys will be resealed immediately following their return. Emergency keys will be resealed by FPS Compliance Personnel or a designated agency Security Official.

6. Special issue keys shall be issued only to persons authorized in writing by the GSA Building Managers or his authorized representative. Key issuance authorization shall be found in Section 1.

7. Persons receiving special issue keys shall present satisfactory identification and shall complete appropriate entries on a GSA Form 138, Record of Keys Issued, prior to receiving the keys.

**DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED**

This guard must have a thorough knowledge of the rules and regulations governing public buildings and grounds. Guard is responsible for the protection of occupying personnel against fire, theft, injury, destruction, molestation and vandalism. The guard will remain mentally and physically alert at all times during their tour of duty. The guard will perform duties as directed by their supervisor.

GENERAL SERVICE ADMINISTRATION

GSA FORM 2580 (8-76)

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮ TRAFFIC CONTROL ▮▮▮▮▮▮ ▮▮▮▮▮▮ | | 3. POST NO ▮▮▮ |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION  EXCLUSIVE      PROPRIETORIAL  ✓ CONCURRENT      PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD Post    11th Street Plaza | | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE. NW WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |
| | | **(CONTINUATION)** |
| | | The Guard Will Present A Professional and Business Like Image At All Times While Assigned To This Highly Visible Post There Will Be No Eating Or Drinking On This Post And No Use Of The Telephone Except For Official Business. |

GENERAL SERVICE ADMINISTRATION                                    GSA FORM 2580

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ☐ FIXED ☐ TRAFFIC CONTROL ☐ PATROL ☐ ENTRANCE CONTROL ☐ COMBINATION | 3. POST NO. |
|---|---|---|---|
| 4. TYPE OF JURISDICTION ☐ EXCLUSIVE   ☐ PROPRIETORIAL ✓ CONCURRENT  ☐ PARTIAL | 5. FACILITY OR BUILDING POST OFFICE OLD Post ▮ Penn. Avenue | | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE. NW WASHINGTON D C   DC-20001 | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: __ _____    DATE: _____

FOR: _____

GENERAL: This Post is Armed ▮▮▮    Unarmed ▮▮▮

1. This post will be conducted in accordance with the GSA Contract specifications, FPS contract Guard Manual and Special Orders approved by the GSA FPS Compliance Section.

2. All Guards will read and be familiar with the duties of this post.

3. All orders are subject to revision under emergency conditions.

4. Guards must be familiar with the GSA Rules and Regulations Governing Public Buildings and Grounds

REPORTING INCIDENTS:

1. Guards will immediately report all incidents to the FPS Records and Communications Center (RCC) on telephone number ▮▮▮▮ For additional information and instructions contact FPS Compliance Section on telephone number ▮▮▮▮

EMERGENCIES:

1. For Emergency Instructions involving FIRES, BOMB THREATS, MEDICAL EMERGENCIES, DEMONSTRATIONS, UTILITY EMERGENCY and the location of utility cut-offs. See Section 4 of the Officers Duty Book.

HAZARDOUS CONDITIONS:

1. Guards will immediately report all hazardous or potentially hazardous conditions, which may lead to personal injury, death or damage to property.

2. Notify FPS Records and Communications Center (RCC) on ▮▮▮▮

GENERAL SERVICE ADMINISTRATION                    GSA FORM 2580 (3-77)

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO |
|---|---|---|---|---|
| | | FIXED ■ TRAFFIC CONTROL ■ PATROL ENTRANCE CONTROL ■ COMBINATION ■ | | |
| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | | 6. BUILDING |
| EXCLUSIVE      PROPRIETORIAL | | POST OFFICE OLD | | DC0029ZZ |
| ✓ CONCURRENT      PARTIAL | | Post ■ Penn. Avenue | | |
| 7. BUILDING ADDRESS/CITY | | 8. AUTHORIZED BY (Signature) | | 9. DATE |
| 1100 PENN AVE, NW WASHINGTON D C . DC-20001 | | | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |

**ADMITTANCE DURING SECURITY HOURS:**

1. Building Security ████████████████████████
████████████████████████

2. Person(s) wishing to enter the building during Security Hours must:
   No one will be allowed to enter the building through the Penn Ave
   Entrance.

(b) ... the Building Register, GSA Form 139, Record of time of Arrival
    and Departure from Building or appropriate agency building register
    where applicable.

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE<br>NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION<br>EXCLUSIVE      PROPRIETORIAL<br>✓ CONCURRENT      PARTIAL | | 5. FACILITY OR BUILDING<br>POST OFFICE OLD<br>Post ▮ Penn. Avenue | | 6. BUILDING<br>DC0029ZZ |
| 7. BUILDING ADDRESS/CITY<br>1100 PENN AVE. NW<br>WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

**(CONTINUATION)**

**ADMITTANCE DURING NON-SECURITY HOURS:**

███████████████████████████████████████

**PROPERTY MOVEMENT CONTROL:**

1. Persons removing Government or personal property must possess a valid property pass or follow the occupying agency property removal procedures  See specific instructions in Section 1, of the Officers Duty Book.

2. Persons removing property must present a valid identification containing the same name as the one on the property pass.

**FOUND PROPERTY PROCEDURE:**

1. Guards are responsible for receiving, securing and accounting for all found property turned in at this building.

2. All found property will be turned in to the Building Manager or Building Manager Representative.

**KEY CONTROL:**

1. Guards are responsible for the security of the building keys.

2. Patrol keys shall be signed for by the receiving guard on a GSA Form 1051, Firearms and Guard Equipment Register, each time they are issued and the number of keys must be indicated.

3. Emergency keys will be stored inside two envelopes and kept separate in the key cabinet or appropriate container  The outer envelope shall:

   (a) Identify the key.

   (b) Be marked "TO BE OPENED IN THE EVENT OF AN EMERGENCY ONLY".

   (c) Show signature of person sealing the envelope

   (d) Show date the envelope was sealed

GENERAL SERVICE ADMINISTRATION                                         GSA FORM 2580 (9-76)

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO |
|---|---|---|---|---|
| | | PATROL COMBINATION TRAFFIC CONTROL ENTRANCE CONTROL | | |

| 4. TYPE OF JURISDICTION | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|
| EXCLUSIVE   PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| CONCURRENT   PARTIAL | Post ██ Penn. Avenue | |

| 7. BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE. NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11 POST DUTIES |
|---|---|---|
| FROM | TO | |

**(CONTINUATION)**

4. The guard opening the sealed envelope shall submit a written memorandum to the FPS Compliance Section detailing the circumstances requiring the use of the key.

5. Emergency keys will be resealed immediately following their return. Emergency keys will be resealed by FPS Compliance Personnel or a designated agency Security Official.

6. Special issue keys shall be issued only to persons authorized in writing by the GSA Building Managers or his authorized representative. Key issuance authorization shall be found in Section 1.

7. Persons receiving special issue keys shall present satisfactory identification and shall complete appropriate entries on a GSA Form 138, Record of Keys Issued, prior to receiving the keys.

<u>DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED</u>



This guard must have a thorough knowledge of the rules and regulations governing public building and grounds. Guard is responsible for the protection of occupying personnel against fire, theft, injury, destruction, molestation and vandalism. The guard will remain mentally and physically alert at all times during their tour of duty. The guard will perform duties as directed by their supervisor.

The Guard will present a Professional and Business Like Image At All Times While Assigned To This Highly Visible Post. There Will Be No Eating Or Drinking On This Post And No Use Of The Telephone Except For Official Business.

GENERAL SERVICE ADMINISTRATION

GSA FORM 2600

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST FIXED ☐ PATROL ☐ COMBINATION ☐ TRAFFIC CONTROL ☐ ENTRANCE CONTROL | | 3. POST NO |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION ☐ EXCLUSIVE ☐ PROPRIETORIAL ✓ CONCURRENT ☐ PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD Post ☐ Penn. Avenue | | 6 BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE. NW WASHINGTON D C , DC 20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____          DATE: _____

FOR: _____

GENERAL: This Post is Armed ☐     Unarmed ☐

1. This post will be conducted in accordance with the GSA Contract specifications, FPS contract Guard Manual and Special Orders approved by the GSA FPS Compliance Section.

2. All Guards will read and be familiar with the duties of this post.

3. All orders are subject to revision under emergency conditions.

4. Guards must be familiar with the GSA Rules and Regulations Governing Public Buildings and Grounds.

REPORTING INCIDENTS:

1. Guards will immediately report all incidents to the FPS Records and Communications Center (RCC) on telephone number ☐ For additional information and instructions contact FPS Compliance Section on telephone number ☐

EMERGENCIES:

1. For Emergency Instructions involving FIRES, BOMB THREATS, MEDICAL EMERGENCIES, DEMONSTRATIONS, UTILITY EMERGENCY and the location of utility cut-offs. See Section 4 of the Officers Duty Book.

HAZARDOUS CONDITIONS:

1. Guards will immediately report all hazardous or potentially hazardous conditions, which may lead to personal injury, death or damage to property.

2. Notify FPS Records and Communications Center (RCC) on

NATIONAL SERVICE ADMINISTRATION                    GSA FORM 2530 (R-7)

22

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | 3. POST NO. |
|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT | PARTIAL | Post  Penn. Avenue | |

| 7. BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

ADMITTANCE DURING SECURITY HOURS:

2. Person(s) wishing to enter the building during Security Hours must:

   (a) Present a

   (b) Sign the Building Register, GSA Form 139, Record of time of Arrival and Departure from Building or appropriate agency building register where applicable.

GENERAL SERVICE ADMINISTRATION

GSA FORM 1680

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST |  |  | 3. POST NO. |
|---|---|---|---|---|---|
| **4. TYPE OF JURISDICTION** | | **5. FACILITY OR BUILDING** POST OFFICE OLD Post ▮ Penn. Avenue | | | **6. BUILDING** DC0029ZZ |
| ☐ EXCLUSIVE   ☐ PROPRIETORIAL ✓ CONCURRENT   ☐ PARTIAL | | | | | |
| **7. BUILDING ADDRESS/CITY** 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | **8. AUTHORIZED BY (Signature)** | | | **9. DATE** |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

ADMITTANCE DURING NON-SECURITY HOURS:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PROPERTY MOVEMENT CONTROL:

1. Persons removing Government or personal property must possess a valid property pass or follow the occupying agency property removal procedures. See specific Instructions in Section 1, of the Officers Duty Book.

2. Persons removing property must present a valid identification containing the same name as the one on the property pass.

FOUND PROPERTY PROCEDURE:

1. Guards are responsible for receiving, securing and accounting for all found property turned in at this building.

2. All found property will be turned in to the Building Manager or Building Manager Representative.

KEY CONTROL:

1. Guards are responsible for the security of the building keys.

2. Patrol keys shall be signed for by the receiving guard on a GSA Form 1051, Firearms and Guard Equipment Register, each time they are issued and the number of keys must be indicated.

3. Emergency keys will be stored inside two envelopes and kept separate in the key cabinet or appropriate container. The outer envelope shall:

   (a) Identify the key.

   (b) Be marked "TO BE OPENED IN THE EVENT OF AN EMERGENCY ONLY".

   (c) Show signature of person sealing the envelope.

   (d) Show date the envelope was sealed.

GENERAL SERVICE ADMINISTRATION                                    GSA FORM 2580 (5-79)

24



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|

4. TYPE OF JURISDICTION

EXCLUSIVE    PROPRIETORIAL

✓ CONCURRENT    PARTIAL

5. FACILITY OR BUILDING
POST OFFICE OLD
Post ▮ Penn. Avenue

6. BUILDING
DC0029ZZ

8. AUTHORIZED BY (Signature)

9. DATE

7. BUILDING ADDRESS/CITY
1100 PENN AVE, NW
WASHINGTON D C , DC-20001

10. TIME — FROM / TO

11. POST DUTIES

### (CONTINUATION)

4. The guard opening the sealed envelope shall submit a written memorandum to the FPS Compliance Section detailing the circumstances requiring the use of the key.

5. Emergency keys will be resealed immediately following their return. Emergency keys will be resealed by FPS Compliance Personnel or a designated agency Security Official.

6. Special issue keys shall be issued only to persons authorized in writing by the GSA Building Managers or his authorized representative. Key issuance authorization shall be found in Section 1.

7. Persons receiving special issue keys shall present satisfactory identification and shall complete appropriate entries on a GSA Form 138, Record of Keys Issued, prior to receiving the keys.

### DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED

The guard must have a thorough knowledge of the rules and regulations governing public buildings and grounds. Guard is responsible for the protection of occupying personnel against fire, theft, injury, destruction, molestation and vandalism. The guard will remain mentally and physically alert at all times during their tour of duty. The guard will perform duties as directed by their supervisor.

GSA FORM 2580 (9-70)

GENERAL SERVICE ADMINISTRATION

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST ▮ FIELD ▮ PATROL ▮ COMBINATION STATIC CONTROL ENTRANCE CONTROL | 3. POST NO. ▮ |
|---|---|---|---|
| 4. TYPE OF JURISDICTION | 6. FACILITY OR BUILDING | 5. BUILDING |
| EXCLUSIVE    PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT    PARTIAL | Government Office Building | |
| 7. BUILDING ADDRESS/CITY | 8 AUTHORIZED BY (Signature) | 9. DATE |
| 1100 PENN AVE, NW | | |
| WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____    DATE: _____

FOR: _____

GENERAL: This Post is Armed ▮▮▮    Unarmed ▮▮▮

1. This post will be conducted in accordance with the GSA Contract specifications, FPS contract Guard Manual and Special Orders approved by the GSA FPS Compliance Section.

2. All Guards will read and be familiar with the duties of this post

3 All orders are subject to revision under emergency conditions

4. Guards must be familiar with the GSA Rules and Regulations Governing Public Buildings and Grounds.

REPORTING INCIDENTS:

1. Guards will immediately report all incidents to the FPS Records and Communications Center (RCC) on telephone number ▮▮▮▮▮ For additional information and instructions contact FPS Compliance Section on telephone number ▮▮▮▮▮

EMERGENCIES:

1. For Emergency Instructions involving FIRES, BOMB THREATS, MEDICAL EMERGENCIES, DEMONSTRATIONS, UTILITY EMERGENCY and the location of utility cut-offs. See Section 4 of the Officers Duty Book.

HAZARDOUS CONDITIONS:

1 Guards will immediately report all hazardous or potentially hazardous conditions, which may lead to personal injury, death or damage to property

2 Notify FPS Records and Communications Center (RCC) on ▮▮▮▮▮



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ | | 3. POST NO. ▮ |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION<br>EXCLUSIVE   PROPRIETORIAL<br>✓ CONCURRENT   PARTIAL | | 5. FACILITY OR BUILDING<br>POST OFFICE OLD<br>Government Office Building | | 6. BUILDING<br>DC0029ZZ |
| 7. BUILDING ADDRESS/CITY<br>1100 PENN AVE, NW<br>WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |
| | | X-Ray Baggage Machine Procedures |

GENERAL SERVICE ADMINISTRATION                                GSA FORM 2580 (9-70)



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|

| 4. TYPE OF JURISDICTION | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|
| EXCLUSIVE ☐   PROPRIETORIAL ☐ <br> CONCURRENT ☑   PARTIAL ☐ | POST OFFICE OLD <br> Government Office Building | DC0029ZZ |

| 7. BUILDING ADDRESS/CITY <br> 1100 PENN AVE, NW <br> WASHINGTON D C , DC-20001 | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

Walk-thru Metal Detector Procedures:

NOTE:



| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST | 3. POST NO |
|---|---|---|---|

**4. TYPE OF JURISDICTION**
EXCLUSIVE    PROPRIETORIAL
✓ CONCURRENT    PARTIAL

**5. FACILITY OR BUILDING**
POST OFFICE OLD
Government Office Building

**6. BUILDING**
DC0029ZZ

**7. BUILDING ADDRESS/CITY**
1100 PENN AVE, NW
WASHINGTON D C , DC-20001

**8. AUTHORIZED BY (Signature)**

**9. DATE**

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

**ADMITTANCE DURING SECURITY HOURS:**

2  Person(s) wishing to enter the building during Security Hours must:

(b)  Sign the Building Register, GSA Form 139  Record of time of Arrival and Departure from Building or appropriate agency building register where applicable.

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE<br>NCR | 2. TYPE OF POST | | | 3. POST NO. |
|---|---|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING<br>POST OFFICE OLD<br>Government Office Building | 6. BUILDING<br>DC0029ZZ |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | | |
| ✓ CONCURRENT | PARTIAL | | |

| 7. BUILDING ADDRESS/CITY<br>1100 PENN AVE, NW<br>WASHINGTON D C , DC-20001 | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

**ADMITTANCE DURING NON-SECURITY HOURS:**

SAME AS 2. (ABOVE)

**PROPERTY MOVEMENT CONTROL:**

1. Persons removing Government or personal property must possess a valid property pass. or follow the occupying agency property removal procedures.  See specific instructions in Section 1. of the Officers Duty Book.

2. Persons removing property must present a valid identification containing the same name as the one on the property pass.

**FOUND PROPERTY PROCEDURE:**

1. Guards are responsible for receiving, securing and accounting for all found property turned in at this building.

2. All found property will be turned in to the Building Manager or Building Manager Representative.

**KEY CONTROL:**

1. Guards are responsible for the security of the building keys.

2. Patrol keys shall be signed for by the receiving guard on a GSA Form 1051, Firearms and Guard Equipment Register, each time they are issued and the number of keys must be indicated.

3. Emergency keys will be stored inside two envelopes and kept separate in the key cabinet or appropriate container.  The outer envelope shall:

    (a) Identify the key

    (b) Be marked "TO BE OPENED IN THE EVENT OF AN EMERGENCY ONLY".

    (c) Show signature of person sealing the envelope.

    (d) Show date the envelope was sealed.

GENERAL SERVICE ADMINISTRATION                                    GSA FORM 2580 (9-70)

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | 3. POST NO. |
|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT | PARTIAL | Government Office Building | |

| 7. BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE. NW WASHINGTON D.C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

{CONTINUATION}

4. The guard opening the sealed envelope shall submit a written memorandum to the FPS Compliance Section detailing the circumstances requiring the use of the key.

5. Emergency keys will be resealed immediately following their return. Emergency keys will be resealed by FPS Compliance Personnel or a designated agency Security Official.

6. Special issue keys shall be issued only to persons authorized in writing by the GSA Building Managers or his authorized representative. Key issuance authorization shall be found in Section 1.

7. Persons receiving special issue keys shall present satisfactory identification and shall complete appropriate entries on a GSA Form 138, Record of Keys Issued, prior to receiving the keys.

DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED

GENERAL SERVICE ADMINISTRATION

GSA FORM 1260 (REV.)



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | | 6. BUILDING |
| EXCLUSIVE    PROPRIETORIAL | | POST OFFICE OLD | | DC0029ZZ |
| ✓ CONCURRENT    PARTIAL | | Government Office Building | | |
| 7. BUILDING ADDRESS/CITY | | 8. AUTHORIZED BY (Signature) | | 9. DATE |
| 1100 PENN AVE, NW WASHINGTON D C   DC-20001 | | | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |
| 0730 | 1530 | |

PROPERTY PASSES

The Property Pass Procedures, Optional Form 7, will be strictly adhered to.

GENERAL SERVICE ADMINISTRATION

GSA FORM 2589

32

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2 TYPE OF POST | | 3. POST NO |
|---|---|---|---|---|
| | | FIXED    PATROL    COMBINATION | | |
| | | TRAFFIC CONTROL   ENTRANCE CONTROL | | |

| 4 TYPE OF JURISDICTION | | 5 FACILITY OR BUILDING | 6 BUILDING |
|---|---|---|---|
| EXCLUSIVE    PROPRIETORIAL | | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT    PARTIAL | | Government Office Building | |

| 7 BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ██ FIXED ██ PATROL ██ COMMUNICATION TRAFFIC CONTROL  ENTRANCE CONTROL ██ | | 3. POST NO. ██ |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION  EXCLUSIVE     PROPRIETORIAL  ✓ CONCURRENT   PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD | | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE. NW WASHINGTON D.C , DC-20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____          DATE: _____

FOR: _____

<u>GENERAL</u>: This Post is Armed ██████    Unarmed ██████

1. This post will be conducted in accordance with the GSA Contract specifications, FPS contract Guard Manual and Special Orders approved by the GSA FPS Compliance Section.

2. All Guards will read and be familiar with the duties of this post.

3. All orders are subject to revision under emergency conditions.

4. Guards must be familiar with the GSA Rules and Regulations Governing Public Buildings and Grounds

<u>REPORTING INCIDENTS</u>:

1. Guards will immediately report all incidents to the FPS Records and Communications Center (RCC) on telephone number ██████ For additional information and instructions contact FPS Compliance Section on telephone number ██████

<u>EMERGENCIES</u>:

1. For Emergency Instructions involving FIRES, BOMB THREATS, MEDICAL EMERGENCIES, DEMONSTRATIONS, UTILITY EMERGENCY and the location of utility cut-offs. See Section 4 of the Officers Duty Book.

<u>HAZARDOUS CONDITIONS</u>:

1. Guards will immediately report all hazardous or potentially hazardous conditions, which may lead to personal injury, death or damage to property.

2. Notify FPS Records and Communications Center (RCC) on ██████

GENERAL SERVICE ADMINISTRATION                    GSA FORM 2580

35



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING POST OFFICE OLD | 6. BUILDING DC0029ZZ |
|---|---|---|---|
| EXCLUSIVE  PROPRIETORIAL | | | |
| ✓ CONCURRENT  PARTIAL | | 8. AUTHORIZED BY (Signature) | 9. DATE |

7. BUILDING ADDRESS/CITY
1100 PENN AVE, NW
WASHINGTON D C , DC-20001

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

X-Ray Baggage Machine Procedures

GENERAL SERVICE ADMINISTRATION

GSA FORM 2580 (9-70)

36



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | | | | 3. POST NO. |
|---|---|---|---|---|---|---|---|
| 4. TYPE OF JURISDICTION | | | 5. FACILITY ON BUILDING | | | | 6. BUILDING |
| EXCLUSIVE   PROPRIETORIAL ✓ CONCURRENT   PARTIAL | | | POST OFFICE OLC | | | | DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | | 8. AUTHORIZED BY (Signature) | | | | 9. DATE |
| 10. TIME | | | 11. POST DUTIES | | | | |
| FROM | TO | | | | | | |

Walk-thru Metal Detector Procedures:

NOTE:

GENERAL SERVICE ADMINISTRATION                                                    GSA FORM 2680 (8-70)

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | 3. POST NO. |
|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT | PARTIAL | | |

| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

**(CONTINUATION)**

### ADMITTANCE DURING SECURITY HOURS:

2. Person(s) wishing to enter the building during Security Hours must:

(b) Sign the Building Register, GSA Form 139, Record of time of Arrival and Departure from Building or appropriate agency building register where applicable.

GSA FORM 2580

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ▮▮▮▮▮▮ ▮TRAFFIC CONTROL ▮PATROL ▮COMBINATION ▮ENTRANCE CONTROL | 3. POST NO. ▮ |
|---|---|---|---|
| 4. TYPE OF JURISDICTION<br>EXCLUSIVE     PROPRIETORIAL<br>✓ CONCURRENT     PARTIAL | | 5. FACILITY OR BUILDING<br>POST OFFICE OLD<br>▮▮▮▮▮▮▮▮▮ | 6. BUILDING<br>DC0029ZZ |
| 7. BUILDING ADDRESS/CITY<br>1100 PENN AVE. NW<br>WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

**(CONTINUATION)**

**ADMITTANCE DURING NON-SECURITY HOURS:**

Same as Above.

**PROPERTY MOVEMENT CONTROL:**

1. Persons removing Government or personal property must possess a valid property pass or follow the occupying agency property removal procedures. See specific instructions in Section 1, of the Officers Duty Book.

2. Persons removing property must present a valid identification containing the same name as the one on the property pass.

**FOUND PROPERTY PROCEDURE:**

1. Guards are responsible for receiving, securing and accounting for all found property turned in at this building.

2. All found property will be turned in to the Building Manager or Building Manager Representative.

**KEY CONTROL:**

1. Guards are responsible for the security of the building keys.

2. Patrol keys shall be signed for by the receiving guard on a GSA Form 1051, Firearms and Guard Equipment Register, each time they are issued and the number of keys must be indicated.

3. Emergency keys will be stored inside two envelopes and kept separate in the key cabinet or appropriate container. The outer envelope shall:

    (a) Identify the key.

    (b) Be marked "TO BE OPENED IN THE EVENT OF AN EMERGENCY ONLY".

    (c) Show signature of person sealing the envelope.

    (d) Show date the envelope was sealed.

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ▮▮▮ ▮▮▮ FIXED ▮▮▮ PATROL ▮▮▮ DESIGNATION ▮ TRAFFIC CONTROL  ENTRANCE CONTROL | | 3. POST NO. ▮ |
|---|---|---|---|---|
| 4 TYPE OF JURISDICTION  EXCLUSIVE  PROPRIETORIAL  ✓ CONCURRENT  PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD ▮▮▮▮▮▮▮▮▮▮ | | 6. BUILDING DC0029ZZ |
| 7 BUILDING ADDRESS/CITY 1100 PENN AVE. NW WASHINGTON D C , DC-20001 | | 8. AUTHORIZED BY (Signature) ▮▮▮▮▮ | | 9. DATE |

| 10 TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |

4.  The guard opening the sealed envelope shall submit a written memorandum to the FPS Compliance Section detailing the circumstances requiring the use of the key.

5.  Emergency keys will be resealed immediately following their return. Emergency keys will be resealed by FPS Compliance Personnel or a designated agency Security Official.

6   Special issue keys shall be issued only to persons authorized in writing by the GSA Building Managers or his authorized representative. Key issuance authorization shall be found in Section 1.

7.  Persons receiving special issue keys shall present satisfactory identification and shall complete appropriate entries on a GSA Form 138, Record of Keys Issued, prior to receiving the keys.

DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED

The Guards will Present A Professional , and Business Like Image At All Times While Assigned To This Highly Visible Post. There Will Be No Eating And No Use Of The Telephone Except For Official Business.



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING POST OFFICE OLD | 6. BUILDING DC0029ZZ |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | | |
| ✓ CONCURRENT | PARTIAL | | |

| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |
| | | PROPERTY PASSES: |
| | | The property pass procedures, Optional 7, will be strictly adhered to: |
| | | Visitor Passes: |

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | | 3. POST NO. |
|---|---|---|---|---|---|
| | | FIXED ▮ ▮ PATROL ▮ COMBINATION | | | |
| | | TRAFFIC CONTROL ▮ ENTRANCE CONTROL | | | |

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT | PARTIAL | Post ▮ Federal Employees Entrance | |

| 7. BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____     DATE: _____

FOR: _____

GENERAL: This Post is Armed ▮▮▮     Unarmed ▮▮▮

1. This post will be conducted in accordance with the GSA Contract specifications, FPS contract Guard Manual and Special Orders approved by the GSA FPS Compliance Section.

2. All Guards will read and be familiar with the duties of this post.

3. All orders are subject to revision under emergency conditions.

4. Guards must be familiar with the GSA Rules and Regulations Governing Public Buildings and Grounds.

REPORTING INCIDENTS:

1. Guards will immediately report all incidents to the FPS Records and Communications Center (RCC) on telephone number ▮▮▮▮▮▮ For additional information and instructions contact FPS Compliance Section on telephone number ▮▮▮▮▮▮

EMERGENCIES:

1. For Emergency Instructions involving FIRES, BOMB THREATS, MEDICAL EMERGENCIES, DEMONSTRATIONS, UTILITY EMERGENCY and the location of utility cut-offs. See Section 4 of the Officers Duty Book.

HAZARDOUS CONDITIONS:

1. Guards will immediately report all hazardous or potentially hazardous conditions, which may lead to personal injury, death or damage to property

2. Notify FPS Records and Communications Center (RCC) on ▮▮▮▮▮▮▮

GENERAL SERVICE ADMINISTRATION                      GSA FORM 2580



| GUARD POST ASSIGNMENT RECORD | | 1 FIELD OFFICE NCR | 2 TYPE OF POST ██████ TRAFFIC CONTROL ██████ ENTRANCE CONTROL ██████ EXAMINATION ██████ | | 3 POST NO. █████ |
|---|---|---|---|---|---|
| 4 TYPE OF JURISDICTION ☐ EXCLUSIVE ☐ PROPRIETORIAL ✓ CONCURRENT ☐ PARTIAL | | | 5 FACILITY OR BUILDING POST OFFICE OLD Post █ Federal Employees Entrance | | 6 BUILDING DC0029ZZ |
| 7 BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | | 8 AUTHORIZED BY (Signature) | | 9 DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

**ADMITTANCE DURING SECURITY HOURS:**

████████████████████████████████████████

2. Person(s) wishing to enter the building during Security Hours must:

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

(b) ... the Building Register, GSA Form 139, Record of time of Arrival ... Departure from Building or appropriate agency building register ... are applicable.

GENERAL SERVICE ADMINISTRATION                     GSA FORM 2580 (9-70)

43

| GUARD POST ASSIGNMENT RECORD | | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | | | 3. POST NO |
|---|---|---|---|---|---|---|---|
| 4. TYPE OF JURISDICTION | | | 5. FACILITY OR BUILDING POST OFFICE OLD | | | | 6. BUILDING DC0029ZZ |
| EXCLUSIVE   PROPRIETORIAL ✓ CONCURRENT   PARTIAL | | | Post ███ Federal Employees Entrance | | | | |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | | 8. AUTHORIZED BY (Signature) | | | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

**(CONTINUATION)**

**ADMITTANCE DURING NON-SECURITY HOURS:**

Same as above EXCEPT ALL THOSE ENTERING MUST SIGN the Building Register, GSA Form 139, to Record Identity, Agency, Time of Arrival and Departure, Location Visited and Purpose of Visit.

**PROPERTY MOVEMENT CONTROL:**

1. Persons removing Government or personal property must possess a valid property pass or follow the occupying agency property removal procedures. See specific instructions in Section 1, of the Officers Duty Book.

2. Persons removing property must present a valid identification containing the same name as the one on the property pass.

**FOUND PROPERTY PROCEDURE:**

1. Guards are responsible for receiving, securing and accounting for all found property turned in at this building.

2. All found property will be turned in to the Building Manager or Building Manager Representative.

**KEY CONTROL:**

1. Guards are responsible for the security of the building keys.

2. Patrol keys shall be signed for by the receiving guard on a GSA Form 1051, Firearms and Guard Equipment Register, each time they are issued and the number of keys must be indicated.

3. Emergency keys will be stored inside two envelopes and kept separate in the key cabinet or appropriate container. The outer envelope shall

   (a) Identify the key

   (b) Be marked "TO BE OPENED IN THE EVENT OF AN EMERGENCY ONLY".

   (c) Show signature of person sealing the envelope.

   (d) Show date the envelope was sealed.

GENERAL SERVICE ADMINISTRATION                    GSA FORM 2580

44

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ███ ███ ███ ███ | | 3. POST NO |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION  EXCLUSIVE    PROPRIETORIAL  ✓ CONCURRENT   PARTIAL | 5. FACILITY OR BUILDING POST OFFICE OLD  Post █ Federal Employees Entrance | | | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE. NW WASHINGTON D C , DC-20001 | 8. AUTHORIZED BY (Signature) | | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

4. The guard opening the sealed envelope shall submit a written memorandum to the FPS Compliance Section detailing the circumstances requiring the use of the key.

5. Emergency keys will be resealed immediately following their return. Emergency keys will be resealed by FPS Compliance Personnel or a designated agency Security Official.

6. Special issue keys shall be issued only to persons authorized in writing by the GSA Building Managers or his authorized representative. Key issuance authorization shall be found in Section 1.

7. Persons receiving special issue keys shall present satisfactory identification and shall complete appropriate entries on a GSA Form 138, Record of Keys Issued, prior to receiving the keys.

<u>DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED</u>

DUTY HOURS:

ADMITTANCE DURING NON-SECURITY HOURS CONT:

GENERAL SERVICE ADMINISTRATION                          GSA FORM 2800

45



| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | 3. POST NO. |
|---|---|---|---|---|
| 4. TYPE OF JURISDICTION EXCLUSIVE PROPRIETORIAL ✓ CONCURRENT PARTIAL | | 5. FACILITY OR BUILDING POST OFFICE OLD Post — General Employees Entrance | | 6. BUILDING DC0029ZZ |
| 7. BUILDING ADDRESS/CITY 1100 PENN AVE, NW WASHINGTON D.C., DC-20001 | | 8. AUTHORIZED BY (Signature) | | 9. DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |

GSA FORM 2580 (9-76)

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | 3. POST NO. |
|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT | PARTIAL | Post Federal Employees Entrance | |

| 7. BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | (CONTINUATION) |

GSA FORM 2580

NATIONAL SERVICE ADMINISTRATION

47

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST | | | 3. POST NO |
|---|---|---|---|---|---|
| | | FIXED ☐ TRAFFIC CONTROL | PATROL ☐ ENTRANCE | COMBINATION ☐ CONTROL | |

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | 6. BUILDING |
|---|---|---|---|
| EXCLUSIVE | PROPRIETORIAL | POST OFFICE OLD | DC0029ZZ |
| ✓ CONCURRENT | PARTIAL | Post 11th St. Plaza | |

| 7. BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

ISSUED BY: _____          DATE: _____

FOR: _____

**GENERAL:** This Post is Armed ☐          Unarmed ☐

1. This post will be conducted in accordance with the GSA Contract specifications, FPS contract Guard Manual and Special Orders approved by the GSA FPS Compliance Section.

2. All Guards will read and be familiar with the duties of this post.

3. All orders are subject to revision under emergency conditions.

4. Guards must be familiar with the GSA Rules and Regulations Governing Public Buildings and Grounds.

**REPORTING INCIDENTS:**

1. Guards will immediately report all incidents to the FPS Records and Communications Center (RCC) on telephone number _____ For additional information and instructions contact FPS Compliance Section on telephone number _____

**EMERGENCIES:**

1. For Emergency Instructions involving FIRES, BOMB THREATS, MEDICAL EMERGENCIES, DEMONSTRATIONS, UTILITY EMERGENCY and the location of utility cut-offs. See Section 4 of the Officers Duty Book

**HAZARDOUS CONDITIONS:**

1. Guards will immediately report all hazardous or potentially hazardous conditions, which may lead to personal injury, death or damage to property.

2. Notify FPS Records and Communications Center (RCC) on _____

GENERAL SERVICE ADMINISTRATION                                    GSA FORM 2580 (8/75)

48

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2. TYPE OF POST ████ ████ PATROL ████ COMBINATION TRAFFIC CONTROL ENTRANCE CONTROL | 3 POST NO. |
|---|---|---|---|
| 4 TYPE OF JURISDICTION<br>　EXCLUSIVE　　　PROPRIETORIAL<br>✓ CONCURRENT　　PARTIAL | 5 FACILITY OR BUILDING<br>POST OFFICE OLD<br>Post 11th St. Plaza | | 6. BUILDING<br>DC0029ZZ |
| 7 BUILDING ADDRESS/CITY<br>1100 PENN AVE. NW<br>WASHINGTON D C , DC-20001 | 8. AUTHORIZED BY (Signature) | | 9 DATE |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

**(CONTINUATION)**

ADMITTANCE DURING NON-SECURITY HOURS:

　　　No one will be allowed to enter the building from the 11th Street Plaza Entrance.

PROPERTY MOVEMENT CONTROL:

1. Persons removing Government or personal property must possess a valid property pass or follow the occupying agency property removal procedures. See specific instructions in Section 1, of the Officers Duty Book.

2. Persons removing property must present a valid identification containing the same name as the one on the property pass

FOUND PROPERTY PROCEDURE:

1. Guards are responsible for receiving, securing and accounting for all found property turned in at this building.

2. All found property will be turned in to the Building Manager or Building Manager Representative.

KEY CONTROL:

1. Guards are responsible for the security of the building keys.

2. Patrol keys shall be signed for by the receiving guard on a GSA Form 1051, Firearms and Guard Equipment Register, each time they are issued and the number of keys must be indicated.

3. Emergency keys will be stored inside two envelopes and kept separate in the key cabinet or appropriate container. The outer envelope shall.

　　(a) Identify the key

　　(b) Be marked "TO BE OPENED IN THE EVENT OF AN EMERGENCY ONLY"

　　(c) Have a signature of person sealing the envelope

　　(d) Show date the envelope was sealed

GSA FORM 2620

| GUARD POST ASSIGNMENT RECORD | 1. FIELD OFFICE NCR | 2. TYPE OF POST ██████ ██████████ | ██████ ████████ ████ | ██████ ███████████ | 3. POST NO. ██████ |
|---|---|---|---|---|---|

| 4. TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | | 6. BUILDING |
|---|---|---|---|---|
| EXCLUSIVE   PROPRIETORIAL | | POST OFFICE OLD | | DC0029ZZ |
| ✓ CONCURRENT   PARTIAL | | Post ██ ██th St. Plaza | | |

| 7. BUILDING ADDRESS/CITY | 8. AUTHORIZED BY (Signature) | 9. DATE |
|---|---|---|
| 1100 PENN AVE, NW WASHINGTON D C , DC-20001 | | |

| 10 TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

4. The guard opening the sealed envelope shall submit a written memorandum to the FPS Compliance Section detailing the circumstances requiring the use of the key.

5. Emergency keys will be resealed immediately following their return. Emergency keys will be resealed by FPS Compliance Personnel or a designated agency Security Official.

6. Special issue keys shall be issued only to persons authorized in writing by the GSA Building Managers or his authorized representative. Key issuance authorization shall be found in Section 1.

7. Persons receiving special issue keys shall present satisfactory identification and shall complete appropriate entries on a GSA Form 138. Record of Keys Issued, prior to receiving the keys.

DO NOT LEAVE THIS POST UNTIL PROPERLY RELIEVED

The guard must have a thorough knowledge of the rules and regulations governing public buildings and grounds. Guard is responsible for the protection of occupying personnel against fire, theft, injury, destruction, molestation, and vandalism, the guard will remain mentally and physically alert at all time during their tour of duty. The guard will perform duties as directed by their supervisor.

The guard will present a Professional and Business Like Image At All Times While Assigned To This Highly Visible Post. There Will Be No Eating Or Drinking On This Post And No Use Of The Telephone Except For Official Business.

| GUARD POST ASSIGNMENT RECORD | 1 FIELD OFFICE NCR | 2 TYPE OF POST | | 3. POST NO |
|---|---|---|---|---|
| 4 TYPE OF JURISDICTION | | 5. FACILITY OR BUILDING | | 6. BUILDING |
| EXCLUSIVE          PROPRIETORIAL | | POST OFFICE OLD | | DC0029ZZ |
| ✓ CONCURRENT     PARTIAL | | Post ▮ 11th St. Plaza | | |
| 7. BUILDING ADDRESS/CITY | | 8. AUTHORIZED BY (Signature) | | 9. DATE |
| 1100 PENN AVE, NW WASHINGTON D.C , DC-20001 | | | | |

| 10. TIME | | 11. POST DUTIES |
|---|---|---|
| FROM | TO | |

(CONTINUATION)

ADMITTANCE DURING SECURITY HOURS:

2. Person(s) wishing to enter the building during Security Hours must:

(b) Sign the Building Register, GSA Form 139, Record of time of Arrival ... Departure from Building or appropriate agency building register ... ere applicable

GENERAL SERVICES ADMINISTRATION                                    GSA FORM 2580