

March 17, 2005

Alcohol Beverage Control Board
941 North Capitol Street, NE
9th Floor
Washington, DC 20002

To Whom It May Concern:

The Old Post Office Pavilion authorizes Suryakant Sharma, representing Ascot Restaurant and Caterers, to serve alcoholic beverages at this location on Saturday, March 26, 2005, 9:00pm-2:00am. The portion of the premises used will be as follows: Grand Atrium, Plaza Level, Mezzanine Level and Balcony Level – The Old Post Office Pavilion 1100 Penn. Avenue, NW Washington, DC 20004.

To this effect, please issue a one-day Class G License for service of alcoholic beverages: beer, wine and liquor.

Sincerely,

Rodney Dyer
General Manager

c:   GSA
     Hill Partners, Inc.



000011