

March 8, 2005

Vicki L. Willmann, Branch Chief
Triangle Services Division
U.S. General Services Administration
7th & D Streets, SW
Room 7660
Washington, DC  20407

RE:   GEORGE WASHINGTON UNIV. SOUTH ASIAN SOCIETY AFTER
      HOURS CELEBRATION: MARCH 26, 2005, 9:00PM-2:30AM

Dear Vicki:

Enclosed, please find a building rental application for your review. Please review the enclosed materials and notify our office of your decision at your earliest convenience.

If you have any questions, please feel free to contact me.

Sincerely,

THE OLD POST OFFICE PAVILION

Rodney Dyer
General Manager



000028

# SPECIAL EVENT BUILDING LICENSE APPLICATION (501 GUESTS OR MORE)



| Name of Organization | Date of Application |
|---|---|
| The South Asian Society | 2/10/05 |
| Contact Person (Please include title) | Phone Number |
| Mihir Shah | 201-218-9221 |
| Address | Fax Number |
| 2140 L Street apt. 309 | 202.994.6102 |

The following questions will serve as the basis for selecting prospective special event Licensees. The Old Post Office Pavilion does not discriminate on the basis of race, color, religion, sex, national origin, age, marital status, personal appearance, sexual orientation, family responsibilities, physical handicap, matriculation, or political affiliation. If you are a third party retained to coordinate this event, please **indicate so and have the primary party complete the application.**

## Section I. About Your Organization

Check One:

X Non-Profit  o Profit

Description and Detailed History of Organization. Include affiliates or subsidiaries, if applicable (attach separate page if necessary):

SEE DIFFERENT PAGE

000029

Federal Tax ID Number or Internal Revenue Tax Code, if applicable:

Organization Mission Statement or Charter, if applicable, set forth here only (see Section III):
SEE DIFFERENT PAGE

|  |
|---|
| Please provide the name, address and phone number for all officers or senior members of the organization (attach separate page if necessary):<br>1. Mihir Shah, 2140 L Street, 201-218-9221<br>2. Rupal Doshi, 616 23rd Street, 516-428-9590<br>3. Alma Shroff, 2124 I Street, 202-297-0890<br>4.<br>5. |
| State of incorporation, if applicable. |
| Provide any additional information regarding the event that may be helpful in the consideration of your application:  SEE ATTACHED |

## Section II. About Your Event

| |
|---|
| Date and time of event: March 26, 2005 9pm to 2:30am |
| Reason for event: After Hours Celebration for the show – Bhangra Blowout™ 12 |
| History of Event: Include Past Venues, Attendance, Sponsors, Beneficiaries and Spokesman (attach separate page if necessary): Past venues include Old Post Office Pavilion, (check out www.bhangrablowout.com) |
| Is this event by invitation, ticket purchase, or open attendance? Please explain. Tickets will be sold on Ticketmaster |

Number of attendees anticipated: 1000

000030

Please explain nature of event. For example, is event casual, black tie, cocktail reception, etc. Dance Party/ Concert (Dress code still undecided)

| |
|---|
| How is this event being promoted or advertised, if not by invitation only? Please explain: <br> Ticketmaster, BhangraBlowout.com |
| If this event is a fundraiser, how much money do you expect to raise and who is your beneficiary? <br> Some profits ~~All money~~ goes towards the South Asian Society Scholorship |
| What is the cost to attend this event? $35 |
| Please list the names of all service companies associates with this event, i.e., caterer, florist, band, etc. Please attach separate page if necessary. Unconfirmed <br> 1. Nomad - Production <br> 2. Blazen Beats - DJ. <br> 3. Ascot - Catering <br> 4. Falcon - Security <br> 5. |
| If music will be a part of this event, what format will be used and what kind of music will be provided, i.e., band, disc jockey, etc. and name of provider: Artists, DJ's, |
| Will you require any special set-up requirements for this event, i.e., electrical, audio, lighting, etc. If so, please indicate. Note: Any special arrangement not requested by Licensee in this application and agreed to by Licensee will not be honored and Licensor shall have no obligation or liability in connection therewith. |
| No, We will provide our own set-up requirements through the use of Nomad Sounds |

000031