# Exhibit H

1

1 UNITED STATES DISTRICT COURT FOR THE
2 DISTRICT OF COLUMBIA
3 --------------------------------x
4 GURPAL SINGH, as Administrator )
5 of Decedent Ranjit Singh, )
6 Plaintiffs, ) Civil Action No.
7 v. ) 06 0574 RMC
8 GEORGE WASHINGTON UNIVERSITY, )
9 et al. )
10 Defendants. )
11 --------------------------------x
12 Washington, D.C.
13 Wednesday, November 28, 2007
14
15 Deposition of:
16 RODNEY DYER
17 called for examination by counsel for Plaintiffs,
18 pursuant to notice, at 1821 Jefferson Place, N.W.,
19 Washington, D.C. 20036, before Joseph Kanahele, Jr. of
20 Capital Reporting Company, a notary public in and for
21 the District of Columbia, beginning at 10:42 a.m., when
22 were present on behalf of the respective parties:
6
15 Q What do you do for a living, sir?
16 A I am a general manager for Hill Partners, which
17 consist of property management, commercial properties.
18 Q Okay. How long have you been with Hill
19 Partners for?
20 A I've been with Hill Partners approximately 10
21 years.
22 Q Ten years?
7
1 A Ten years.
2 Q And where are you based, where is your office?
3 A My office is based out of The Old Post Office
4 Pavilion, located at 1100 Pennsylvania Avenue.
5 Q Okay. And is The Old Post Office Pavilion one
6 of the buildings that you manage?
7 A Yes, sir.