## AFFIDAVIT

1. My name is Harkanwal Sandhu.

2. I attended the "Bhangra Blowout" event at the Old Post Office Pavilion in Washington DC on March 26-27, 2005 along with several friends, including Ranjit Singh.

3. At about 2.15 a.m. we exited the event after it was closed down.

4. We left the building through the exit shown on Exhibit A.

5. This exit leads out onto a pedestrian plaza area on the 11th St. side of the building shown in Exhibits B and C.

6. The incident began when Gurvinder Mavi, was approached by the assailant on the steps shown in Exhibit C. The assailant became agitated and started yelling at our group.

7. The assailant then began to yell at Ranjit, who continued to walk towards Pennsylvania Ave. N.W. He was stabbed by the assailant on the corner of the pedestrian plaza and Pennsylvania Ave. N.W. I am shown in the photograph labelled as Exhibit D, in the approximate area where the stabbing occurred.

8. There were no security guards in the pedestrian plaza or on Pennsylvania Ave. N.W. at the time of the incident.

9. I was aware of only two exits from the building at the time the event ended, the one we used and one at the rear of the building.

10. I had seen the assailant inside the event earlier. I believe he exited shortly before we did.

Subscribed and Sworn to, this 26 day of February, 2008

_____
Harkanwal Sandhu

_____
Notary Public

DONNA DESANTO
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JANUARY 2, 2012

- 2 -