# Pennsylvania Avenue National Historic Park



Pennsylvania Avenue is certainly among the world's most famous streets. While the Avenue serves work-a-day Washington as a major east-west transit route, it is known the world over as the heart of the Nation's Capital. America's history has marched, paraded, promenaded, and protested its way up and down the Avenue. The Nation celebrates the election of a president every four years with a parade on the Avenue, while other national heroes and foreign leaders have been honored with parades and motorcades there as well. It is no wonder that Pennsylvania Avenue is called the "Avenue of the Presidents" and "America's Main Street." The Avenue is truly more than just another city street, it is, rather, America's Ceremonial Way, the place where the Nation comes to commemorate its tragedies and triumphs.

The Federal Government has recognized the Avenue's historical and national importance in several ways. On, September 30, 1965, the Secretary of the Interior, with the President's concurrence, designated it the Pennsylvania Avenue National Historic Site. Encompassing the Avenue between the Capitol and the White House, and a number of blocks around it, the Site was added to the National Register of Historic Places on October 15, 1966. Due to the Avenue's then blighted state, Congress created the Pennsylvania Avenue Development Corporation on October 27, 1972 to plan and carry out the Avenue's revitalization. Declaring its redevelopment to be in the national interest, Congress directed that the Avenue be developed, maintained, and used "in a manner suitable to its ceremonial, physical, and historic relationship to the legislative and executive branches of the Federal Government and to the governmental buildings, monuments, memorials, and parks in or adjacent to the area."*

Today, the Corporation's efforts are complete and Pennsylvania Avenue is once again a lively, vital area. National Capital Parks-Central had taken a larger role in the management, maintenance, and preservation of the Avenue, and the monuments, memorials, statues, parks, and plazas located along it. This Historic Documentation Report serves to document the legislative and historical background of Pennsylvania Avenue, and the Pennsylvania Avenue Development Corporation; and it also documents the history of the Avenue's historic buildings, monuments, and parks. In addition, the report provides information on the various functions performed by the National Park Service and the Pennsylvania Avenue Development Corporation along the Avenue, and the various factors that influence the performance of those functions.

* Public Law 92-578 (86 Statue 1266).

 Back     Forward ▶

EXHIBIT J

---

Pictured above right: Between 7th and 9th Streets looking East toward the Capitol