**LexisNexis® Total Research System**                                   Switch Client ┊ Preferences ┊ Sign Off ┊ ? Help

My Lexis™ ┊ Search ┊ Research Tasks ┊ Get a Document ┊ Shepard's® ┊ Alerts ┊ Total Litigator ┊ Transactional A

Source: Legal > Federal Legal - U.S. > United States Code Service (USCS) Materials > **United States Code Service - Titles 1 through 50**
TOC: United States Code Service - Titles 1 through 50 > /.../ > SUBCHAPTER I. TRANSFER AND ASSIGNMENT OF RIGHTS, AUTHORITIES, TITLE, AND INTERESTS > **§ 6701. Transfer of rights and authorities of Pennsylvania Avenue Development Corporation**
Terms: **40 USCS § 6701**  (Edit Search | Suggest Terms for My Search)

↓Select for FOCUS™ or Delivery
☐

**40 USCS § 6701**

UNITED STATES CODE SERVICE
Copyright (c) 2007 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) Companies
All rights reserved

Practitioner's Toolbox

⬇ History

⬇ History; Ancillary Laws and Directives

\*\*\* CURRENT THROUGH P.L. 110-180, APPROVED 1/8/2008 \*\*\*

TITLE 40. PUBLIC BUILDINGS, PROPERTY, AND WORKS
SUBTITLE II. PUBLIC BUILDINGS AND WORKS
PART C. FEDERAL BUILDING COMPLEXES
CHAPTER 67. PENNSYLVANIA AVENUE DEVELOPMENT
SUBCHAPTER I. TRANSFER AND ASSIGNMENT OF RIGHTS, AUTHORITIES, TITLE, AND INTERESTS

Go to the United States Code Service Archive Directory

**EXHIBIT K**

**40 USCS § 6701**

§ 6701.  Transfer of rights and authorities of Pennsylvania Avenue Development Corporation

(a) In general. The Administrator of General Services--
   (1) may make and perform transactions with an agency or instrumentality of the Federal Government, a State, the District of Columbia, or any person as necessary to carry out the trade center plan at the Federal Triangle Project; and
   (2) has all the rights and authorities of the former Pennsylvania Avenue Development Corporation with regard to property transferred from the Corporation to the General Services Administration in fiscal year 1996.

(b) Use of amounts and income.
   (1) Activities associated with transferred responsibilities. The Administrator may use amounts transferred from the Corporation or income earned on Corporation property for activities associated with carrying out the responsibilities of the Corporation transferred to the Administrator. Any income earned after October 1, 1998, shall be deposited to the Federal Buildings Fund to be available for the purposes authorized under this subchapter [**40 USCS §§ 6701** et seq.], notwithstanding section 592(c)(1) of this title [40 USCS § 592(c)(1)].
   (2) Excess amounts or income. Any amounts or income the Administrator considers excess to the amount needed to fulfill the responsibilities of the Corporation transferred to the Administrator shall be applied to any outstanding debt the Corporation incurred when acquiring real estate, except debt associated with the Ronald Reagan Building and

International Trade Center.

(c) Payment to District of Columbia. With respect to real property transferred from the Corporation to the Administrator under section 6702 of this title [40 USCS § 6702], the Administrator shall pay to the District of Columbia government, in the same way as previously paid by the Corporation, an amount equal to the amount of real property tax which would have been payable to the government beginning on the date the Corporation acquired the real property if legal title to the property had been held by a private citizen on that date and during all periods to which that date relates.

**History:**

(Aug. 21, 2002, P.L. 107-217, § 1, 116 Stat. 1193.)

**History; Ancillary Laws and Directives:**

Prior law and revision

```
-----------------------------------------------------------------
Revised Section   Source (U.S. Code)    Source (Statutes at Large)
-----------------------------------------------------------------
6701(a)      40:872 note (words    Pub. L. 104-208, div. A,
             before 1st            title I, Sec. 101(f) [title
             proviso).             IV, 3d-6th provisos on p.
                                   3009-335], Sept. 30, 1996,
                                   110 Stat. 3009-335.
6701(b)      40:872 note (1st,
             2d provisos).
             40:872 note.          Pub. L. 105-277, Sec. 101(h)
                                   [title IV, 9th proviso on p.
                                   2681-502], Oct. 21, 1998,
                                   112 Stat. 2681-502.
6701(c)      40:872 note (last
             proviso).
             40:879(b).            Pub. L. 92-578, Sec. 10(b),
                                   Oct. 27, 1972, 86 Stat.
                                   1274.
-----------------------------------------------------------------
```

   In subsection (a), before clause (1), the words "in fiscal year 1997 and thereafter" are omitted as obsolete. In clause (1), the words "leases, contracts or other" are omitted as unnecessary. The words "firm, association, or corporation" are omitted because of the definition of "person" in 1:1.
   In subsection (b)(1), the words "notwithstanding any other provision of law" are omitted as unnecessary. The words "That the remaining balances and associated assets and laibilites of the Pennsylvania Avenue Activities account are hereby transferred to the Federal Buildings Fund to be effective October 1, 1998" are omitted as executed.
   In subsection (c), the words "To the extent that the District of Columbia may not suffer undue loss of tax revenue by reason of the provisions of subsection (a) of this section" are omitted as unnecessary.

Source: Legal > Federal Legal - U.S. > United States Code Service (USCS) Materials > **United States Code Service - Titles 1 through 50**
TOC: United States Code Service - Titles 1 through 50 > /.../ > SUBCHAPTER I. TRANSFER AND ASSIGNMENT OF RIGHTS, AUTHORITIES, TITLE, AND INTERESTS > **§ 6701. Transfer of rights and authorities of Pennsylvania Avenue Development Corporation**
Terms: **40 USCS § 6701**  (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, February 25, 2008 - 3:30 PM EST

My Lexis™ | Search | Research Tasks | Get a Document | *Shepard's*® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help


About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.