# Exhibit L

1
1 UNITED STATES DISTRICT COURT
2 FOR THE DISTRICT OF COLUMBIA
3 ----------------------------------:
4 GURPAL SINGH, as Administrator
5 of decedent, RANJIT SINGH,
6 Plaintiffs
7 v. Civil Action
8 GEORGE WASHINGTON UNIVERSITY, No. 060574
9 et al.,
10 Defendants
11 ----------------------------------:
12 Washington, D.C.
13 Friday, November 30, 2007
14 Deposition of:
15 PAUL D. CONSTABLE
called for oral examination by counsel for
16 Plaintiffs, pursuant to notice, at the U.S.
17 Attorney's Office, 501 Third Street, N.W., 4th
18 Floor, Washington, D.C., 20530, before Patricia A.
19 Edwards of Capital Reporting, a Notary Public in
20 and for the District of Columbia, beginning at
21 10:07 a.m., when were present on behalf of the
22 respective parties:
12
1 A Yes, sir.
2 Q Is that a declaration that you made?
3 A Yes, sir.
4 Q And it bears your signature at the
5 end?
6 A Yes, sir.
7 Q Okay. Thank you. In the declaration
8 that you've just identified, you state in
9 paragraph two that in 2003 law enforcement
10 related to security functions for federal
11 agencies were transferred from FPS, which is
12 Federal Protective Services, I imagine -- is
13 that FPS is?
14 A Yes, sir.
15 Q GSA to FPS DHS. Is that correct?
16 A Yes, sir.
17 Q Just so that I understand it
18 correctly, the Federal Protective Services

19 really just switched from one government
20 department to another? From GSA to DHS? Is
21 that what happened?
22 A Yes, sir. We physically switched to

13

1 another agency.
2 Q But the actual FPS itself sort of
3 remained the same?
4 A The FPS and its responsibilities
5 remained the same.
6 Q Okay. And that was pursuant to the
7 Homeland Security Act of 2002; is that
8 correct, sir?
9 A Yes, sir.
10 Q Okay. The -- and you state that the
11 FPS currently derives its authority from Title
12 40 USC Section 1315; is that correct?
13 A Yes, sir. The Title 40 1315 was
14 amended to include us. Prior to that, we had
15 the 318 authority under GSA. So the authority
16 transferred.
17 Q Okay. And so you -- presumably --
18 were you part of that transfer from GSA to
19 DHS?
20 A I was in the agency when it
21 transferred. Yes, sir.
22 Q Now, turning to paragraph three, you