## Rodney Dyer

**From:** "Rodney Dyer" <rdyer@oldpostofficedc.com>
**To:** "Gross" <lgross@sectek.com>
**Sent:** Monday, March 14, 2005 10:56 AM
**Subject:** OPO Security Request

Dear Officer Gross,

Please review the following security request and make any changes before I forward to DHS. Thanks!

The Old Post Office Pavilion is requesting security personnel for the following event:

**Event:** The Geo. Washington Univ. South Asian Society
**Where:** The Old Post Office Pavilion
**Date:** Saturday, March 26, 2005
**Time:** 9:00pm to 2:00am

**Number of Guards Requested:**

**Penn. Ave. Entrance** - 3 guards, 9:00pm to 2:30am = 16.5hrs.
**12 Street/South Plaza** - 3 guards 9:00pm to 2:30am = 16.5hrs.
**Roaming Security** - 7guards, 9:00pm to 2:30am = 38.5hrs.
**Load Out** - 1 guard, 12 midnight to 6:00am = 6hrs.

**Total Hours** = 77.5



EXHIBIT M

9/8/2006

## Rodney Dyer

**From:** "Rodney Dyer" <rdyer@oldpostofficedc.com>
**To:** "Linda Jackson" <linda.s.jackson@dhs.gov>
**Sent:** Tuesday, March 15, 2005 4:59 PM
**Subject:** Fw: OPO Security Request

Linda,

Please prepare an RWA for the following scheduled event at The Old Post Office Pavilion.

Please email or call me should you have any questions.

Thanks!

----- Original Message -----
**From:** Rodney Dyer
**To:** Gross
**Sent:** Monday, March 14, 2005 9:56 AM
**Subject:** OPO Security Request

Dear Officer Gross,

**Please review the following security request and make any changes before I forward to DHS. Thanks!**

**The Old Post Office Pavilion is requesting security personnel for the following event:**

**Event:** The Geo. Washington Univ. South Asian Society
**Where:** The Old Post Office Pavilion
**Date:** Saturday, March 26, 2005
**Time:** 9:00pm to 2:00am

**Number of Guards Requested:**

**Penn. Ave. Entrance** - 3 guards, 9:00pm to 2:30am = 16.5hrs.
**12 Street/South Plaza** - 3 guards 9:00pm to 2:30am = 16.5hrs.
**Roaming Security** - 7guards, 9:00pm to 2:30am = 38.5hrs.
**Load Out** - 1 guard, 12 midnight to 6:00am = 6hrs.

**Total Hours = 77.5**

9/8/2006

## Rodney Dyer

**From:** "Rodney Dyer" <rdyer@oldpostofficedc.com>
**To:** "Linda Jackson" <linda.s.jackson@dhs.gov>
**Sent:** Tuesday, March 22, 2005 11:04 AM
**Subject:** GW Event

Linda,

Sectek Security is requesting the following hours be added to the SWA for the event on March 26, 2005 - George Washington Univ.@ The Old Post Office Pavilion.

(1) One Supervisor - 9:00pm to 4:00 am = 7 hours

Please call me should you have any questions.

Thanks!

9/8/2006