# Exhibit O

Page 1
1 UNITED STATES DISTRICT COURT FOR THE
2 DISTRICT OF COLUMBIA
3 --------------------------------x
4 GURPAL SINGH, as Administrator )
5 of Decedent Ranjit Singh, )
6 Plaintiffs, ) Civil Action No.
7 v. ) 06 0574 RMC
8 GEORGE WASHINGTON UNIVERSITY, )
9 et al. )
10 Defendants. )
11 --------------------------------x
12 Washington, D.C.
13 Wednesday, November 28, 2007
14
15 Deposition of:
16 RODNEY DYER
17 called for examination by counsel for Plaintiffs,
18 pursuant to notice, at 1821 Jefferson Place, N.W.,
19 Washington, D.C. 20036, before Joseph Kanahele, Jr. of
20 Capital Reporting Company, a notary public in and for
21 the District of Columbia, beginning at 10:42 a.m., when
22 were present on behalf of the respective parties:
12
16 Q Okay, all right. And who required a certain
17 number of guards at each entrance?
18 A That is a GSA requirement.
19 Q Okay. And where was that set forth?
20 A At least three guards per entrance.
21 Q Okay, all right. Was there a particular
22 regulation that required that?

Page 13
1 A No, that was just general knowledge of what was
2 required for us to have an entrance open -- any entrance
3 open -- whether it's for a special event or just general
4 operation, daily operation; three guards were at least
5 required.
6 Q Okay. And how did you become aware of that
7 requirement; who had told you about it?
8 A That was done through general conversations
9 with different GSA personnel.
10 Q Okay, GSA personnel -- how about DHS,
11 Department of Homeland Security personne l?
12 A No, I don't talk directly with them, with the
13 DHS personnel
14 Q Okay. Now, could you tell me who the GSA
15 personnel were who told you about the three guards per
16 entrance requirement?
17 A I would have to say Vicki Willman and, I
18 believe -- she was the person at the time, I want to
19 say, maybe, Linda Freeman.
20 Q Linda Freeman?
21 A I'm thinking whoever the acting property
22 manager at that time was; I believe it was Linda

Page 14
1 Freeman.
2 Q Okay. If you just flip to page 2 for a second
3 (page 000125), there's an email to Linda Jackson; is
4 that a different person from Linda Freeman?
5 A No, she's with DHS.
6 Q Oh, okay. So Linda Freeman is a different
7 person?
8 A Yes, sir.
9 Q And she's with GSA?
10 A She's with GSA?
11 Q Okay, all right. And how long -- when did you
12 first become aware of that requirement; when was that
13 first communicated to you?
14 A That was communicated to me shortly after
15 September 11, 2001 when security was placed at the
16 entrance of each door.
17 Q Okay.