Case Control No. N04002012                    Date: 04/11/2004

21. NARRATIVE

▸ the above date and time an event (After Party) hosting approximately 3000 people for Indian dance contest that taken place at Constitution Hall. I notified SMC (Suitland Mega Center) at approximately 0040hrs of an event at the specified address and minutes later I was dispatched to the same location for a medical assist call in which an individual had consumed too much alcohol and was transported to the hospital (Ref#N04002010). SMC was advised after completion and a walk-thru of the facility that there were approximatly 3000 people inside the specified address and that I would be remaining on the scene monitoring the area on the outside. Extra contract Guards were in place on the entry points/roving patrols and a Private Security firm (ALL- Saints Limited) provided 40 plain clothes bouncers for said event.

At approximately 0244hrs ▓▓▓▓▓▓▓▓▓▓ was positioned within the 1100 block of PA. Ave. NW. when he observed an individual come out of the north east corner entrance covered in blood and advised me to come over to his location and once on said location victim ▓▓▓▓▓▓▓▓ was set down nearby and SMC was advised of the situation and EMS was requested at the NE corner of the bldg.
Said victim stated to me that his brother ▓▓▓▓▓▓ was lying in the middle of the floor on the inside and was bleeding from the head. SMC was once again advised of the situation and the remaining central district units were requested along with supervisors. ▓▓▓▓▓▓▓ proceeded to the entry point at the NE corner where security was holding a possible suspect ▓▓▓▓▓▓▓ detained said subject, while I was being notified by security that there was another altercation in the middle of the main floor near the subject that was down. I stepped back and notified SMC of a 10-33 (EMERGENCY ASSISTANCE NEEDED). Assistance was requested from the eastern and western districts ASAP.

▓▓▓▓▓▓▓▓▓ and I proceeded to the middle of the pavilion along with two contract security officers where we found said victim lying on the floor being circled by approximately 10 bouncers who were protecting the victim. The victim was observed bleeding from the head and Ears with lacerations to the right side of his face. Then all of a sudden multiple fights and altercations broke out near my location as the event was being ordered shutdown. SMC again was notified 10-33 (emergency) and a call over PMARS for assistance was put out and Uniformed Secret Service, US Park Police and Metropolitain Police Dept. responded. EMS arrived on scene and attended to the victim who was down. Uniformed Secret Service Assisted In Clearing the interior of the location and US Park Police And MPD assisted FPS units ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with clearing and maintaining control on the exterior of the facility. First victim ▓▓▓▓▓▓▓ was treated on scene and observed to have lacerations and knots to the nose and left eye area. EMS Units attending to the victim on inside had stabilized his neck and body and was escorted thru the crowd to the NE corner of the facility and placed into ambulance #16 and transported to GW hospital followed by FPS unit ▓▓▓▓▓▓▓ whom stayed with the victim until my arrival later.

▓▓▓▓▓▓▓ conducted interviews with two (2) witnesses who gave a description of a subject of Indian Descent approximately 5'5 - 5'6, 160-175lbs., with short blk. hair, side burns and goatee. Subject was to be wearing a deep blue shirt, white T-shirt A style, dark colored pants. A showup of the subjects detained was conducted with both witnesses confirming that the subjects we had were not the one's who assaulted the victims. The subjects detained were released after their personal information was obtained and checked.

The area was finally cleared at approximately 0400 hrs. I responded to GW hospital to check the status of said victim that was transported. Victim was treated in triage bay #7 and I was advised by RN ▓▓▓▓▓▓ that ▓▓▓▓ x-rays were negative for anything internal for the head area and that he had a severe bruise to the back of the head and lacerations and cuts to the facial area. No suspect was in the assaults were apprehended at this time; appropriate officials were notified of the incident at approximatley 0430hrs by ▓▓▓▓▓▓▓▓ all units 10-8 without injuries.


EXHIBIT P

04/11/2004            Approving Officials Name and Signature

000682

Page: 3