IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GURPAL SINGH, as Administrator  :
of decedent RANJIT SINGH,       :
                                :
    Plaintiffs,             :
                                :    Civil Action No. 06 0574
    v.                      :    RMC
                                :
                                :
SOUTH ASIAN SOCIETY OF THE GEORGE :
WASHINGTON UNIVERSITY,          :
Et Al.,                         :
    Defendants.             :

### AFFIDAVIT OF GEOFFREY D. ALLEN

1. What has been designated Exhibit P in Plaintiff's Second Opposition to the United States' Motion To Dismiss was included in materials forwarded to me by Timothy Romberger Esq on April 20, 2007.

2. He indicated that they had been obtained pursuant to George Washington University's subpoena served on the Department of Homeland Security.

3. It was received in its presently redacted condition.

Subscribed and Sworn to, this 26th day of February 2008

_____
Geoffrey D. Allen

_____
Notary Public - DC

My Commission Expires:

ANN P. STORY
MY COMMISSION EXPIRES MAY 14, 2010

EXHIBIT
Q