# Exhibit R

Page 1
1 UNITED STATES DISTRICT COURT FOR THE
2 DISTRICT OF COLUMBIA
3 --------------------------------x
4 GURPAL SINGH, as Administrator )
5 of Decedent Ranjit Singh, )
6 Plaintiffs, ) Civil Action No.
7 v. ) 06 0574 RMC
8 GEORGE WASHINGTON UNIVERSITY, )
9 et al. )
10 Defendants. )
11 --------------------------------x
12 Washington, D.C.
13 Wednesday, November 28, 2007
14
15 Deposition of:
16 RODNEY DYER
17 called for examination by counsel for Plaintiffs,
18 pursuant to notice, at 1821 Jefferson Place, N.W.,
19 Washington, D.C. 20036, before Joseph Kanahele, Jr. of
20 Capital Reporting Company, a notary public in and for
21 the District of Columbia, beginning at 10:42 a.m., when
22 were present on behalf of the respective parties:

Page 31
7 Q All right. I think we're done with that for
8 the moment. And you mentioned Vicki Willman a couple of
9 times.
10 A Yes, sir.
11 Q Okay. Vicki Willman during this period worked
12 for GSA?
13 A Yes, sir.
14 Q Okay. And was she basically your contact
15 person at GSA for The Old Post Office Pavilion?
16 A She's always been the contact person, yes, sir.
17 Q Okay. And would she ever visit the building?
18 A Oh, yes, yes.
19 Q How regularly would she visit?
20 A Oh, well, she visited countless that I didn't
21 know that she was there.
22 Q I see.


Page 32
1 A Because there's a GSA office there; so, you
2 know, I'm sure at least once a week Ms. Willman was
3 there.
4 Q You're saying there is a GSA office actually in
5 the building?
6 A Yes, sir.
7 Q Okay, all right. How many GSA personnel were
8 there at that time?
9 A At the event or --
10 Q No, at the --
11 A In the office?
12 Q Yes.
13 A Oh, well, I'd say anywhere between four and
14 five, perhaps.
15 Q Oh, four or five.
16 A Yes.
17 Q Did that include Ms. Willman?
18 A No, I'm not including her. She doesn't operate
19 out of that particular office in that building. I'm
20 saying that the office that operates there on a daily
21 basis has between four and five employees.
22 Q Okay, all right. Did they have security


Page 33

1 responsibilities, do you know?
2 A Yes, yes.
3 Q Okay, all right. Do you know what those
4 responsibilities are?
5 A Not in detail but they have total authorization
6 to -- you know -- hire, fire, and direct.