# Exhibit S

Page 1
1 UNITED STATES DISTRICT COURT FOR THE
2 DISTRICT OF COLUMBIA
3 --------------------------------x
4 GURPAL SINGH, as Administrator )
5 of Decedent Ranjit Singh, )
6 Plaintiffs, ) Civil Action No.
7 v. ) 06 0574 RMC
8 GEORGE WASHINGTON UNIVERSITY, )
9 et al. )
10 Defendants. )
11 --------------------------------x
12 Washington, D.C.
13 Wednesday, November 28, 2007
14
15 Deposition of:
16 RODNEY DYER
17 called for examination by counsel for Plaintiffs,
18 pursuant to notice, at 1821 Jefferson Place, N.W.,
19 Washington, D.C. 20036, before Joseph Kanahele, Jr. of
20 Capital Reporting Company, a notary public in and for
21 the District of Columbia, beginning at 10:42 a.m., when
22 were present on behalf of the respective parties:

Page 16
16 Q Okay, all right. Now, just going down to the
17 bottom of the first page again (page 000124), where
18 would the Penn. Ave. Entrance be; would that be the main
19 entrance actually fronting onto Pennsylvania Avenue?
20 A Yes, sir, what we call the main entrance facing
21 Pennsylvania Avenue, on Pennsylvania Avenue, yes.
22 Q Okay. And it sounds obvious, but the 12th

Page 17
1 Street/South Plaza, those would be the entrances going
2 out onto 12th Street, I take it?
3 A It's actually the rear of the building.
4 Q Oh, the rear of the building.
5 A Yes, it's actually the rear of the building.
6 Q Okay.
7 A South Plaza being the rear; 12th Street, the
8 street that it dumps out into.
9 Q Okay. And the Roaming Security, can you
10 explain what you meant by that?
11 A Those are just officers who would not be posted
12 at a door but allowed to roam throughout the event.
13 Q Okay. Would they be roaming inside the
14 building or outside the building or both?
15 A No, the outside -- I'm sorry, inside the
16 building.
17 Q Inside the building?
18 A Inside the building.