# Exhibit T

1
1 UNITED STATES DISTRICT COURT
2 FOR THE DISTRICT OF COLUMBIA
3 ----------------------------------:
4 GURPAL SINGH, as Administrator
5 of decedent, RANJIT SINGH,
6 Plaintiffs
7 v. Civil Action
8 GEORGE WASHINGTON UNIVERSITY, No. 060574
9 et al.,
10 Defendants
11 ----------------------------------:
12 Washington, D.C.
13 Friday, November 30, 2007
14 Deposition of:
15 PAUL D. CONSTABLE
called for oral examination by counsel for
16 Plaintiffs, pursuant to notice, at the U.S.
17 Attorney's Office, 501 Third Street, N.W., 4th
18 Floor, Washington, D.C., 20530, before Patricia A.
19 Edwards of Capital Reporting, a Notary Public in
20 and for the District of Columbia, beginning at
21 10:07 a.m., when were present on behalf of the
22 respective parties:

Page 20
1 Q Okay. All right. Very good. Thank
2 you. And returning to paragraph three of your
3 declaration, you say that the duties and
4 responsibilities of SecTek include
5 surveillance, protection, and inspection of
6 all internal and perimeter areas; correct?
7 A May I see my statement?
8 Q Sure. Absolutely.
9 A My statement is based on my general
10 knowledge of my research of my contracting
11 guard service.
12 Q Uh-huh.
13 A When I say interior and perimeter,
14 definitely the interior, but the perimeter
15 would be maybe like a loading area where it
16 would make deliveries, but it does not imply
17 that it would be anything further than that.