UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH<br><br>Plaintiffs,<br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et al.<br><br>Defendants. | Case No: 06-0574 (RMC) |

### DEFENDANT'S AMENDED SUPPLEMENTAL RESPONSES TO PLAINTIFFS'SECOND SET OF INTERROGATORIES TO THE UNITED STATES OF AMERICA

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant, by and through its undersigned counsel, hereby responds and objects, to Plaintiff's Second Set of Interrogatories ("Plaintiff's Discovery Requests"), as follows:

### GENERAL OBJECTIONS APPLICABLE TO ALL RESPONSES

1. Defendant responds to Plaintiff's Discovery Requests subject to and expressly preserving any objections as to competency, relevance, materiality, privilege, and admissibility at trial of this action. Defendant expressly reserves the right to object to other discovery procedures involving or relating to the subject matter of Plaintiff's Discovery Requests.

2. Defendant objects to Plaintiff's Discovery Requests to the extent that they seek information protected by privilege, including but not limited to the attorney-client and/or work



EXHIBIT
u

product privileges.

3.  Defendant objects to Plaintiff's Discovery Requests to the extent that they seek or purport to impose upon Defendant obligations other than those imposed by the Federal Rules of Civil Procedure and/or applicable rules and/or orders.

4.  Defendant objects to Plaintiff's Discovery Requests to the extent that they seek the identification of documents outside of Defendant's possession, custody, or control.

## ANSWERS TO INTERROGATORIES

**Interrogatory Number 1: Please indicate who was the owner of the plaza area immediately outside the Old Post Office Pavilion on the 11th St. side of the building, where Ranjit Singh was stabbed on March 27, 2005.**

**Answer:** Defendant objects to this request because it exceeds the scope of discovery provided under Judge Collyer's May 21, 2007 order. Specifically, Judge Collyer limited discovery against the United States to three discrete areas: (1) whether there was a mandatory policy regarding the placement of security guards at the exits of the Old Post Office Pavilion; (2) whether GSA exercised supervision over Hill Partners' day-to-day operations at the Old Post Office Pavilion; and (3) whether DHS or FPS exercised supervision over SecTek's day-to-day operations at the Old Post Office Pavilion. Judge Collyer advised that plaintiffs "are *strictly limited* to discovery on these specific jurisdiction issues..." and that plaintiffs "may not delve into discovery on the merits of their tort claims." Docket Entry 69 at pg 11 (emphasis added). To the extent that this request seeks any information beyond that, Defendant objects to this request. Defendant further objects because this request is vague, overly broad, and unduly burdensome. Defendant objects to the wording, "where Ranjit Singh was stabbed on March 27, 2005" because it goes to the merits of the case and is outside the limited scope of discovery.

By way of Answer, the United States of America closed 11th Street, Northwest, in May 1926. The United States of America was the owner of record of the plaza area immediately outside the Old Post Office Pavilion on the 11th Street side of the building in March 2005. Attached is a copy of the plat from the Surveyor's Office reflecting the closing 11th Street.

Dated: January 25, 2008           Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6078

OF COUNSEL:
Timothy Tozar
General Services Administration