Exhibit V

Page 1
```
 1  UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF COLUMBIA
 3
   - - - - - - - - - - - - - - x
 4  GURPAL SINGH,           :
    Administrator of decedent :
 5  RANJIT SINGH,           :
                            :
 6         Plaintiff,       : Case No. 06-0574
                            : (RMC)
 7      v.                  :
                            :
 8  SOUTH ASIAN SOCIETY OF  :
    THE GEORGE WASHINGTON   :
 9  UNIVERSITY, et al.,     :
                            :
10         Defendants,      :
                            :
11  - - - - - - - - - - - - - - x
12                  Wednesday, October 17, 2007
                    Washington, D.C.
13  Deposition of
14              VICKI WILLMANN
15  a witness, called for examination by counsel for the
16  plaintiff, pursuant to notice, held at the offices of
17  the U.S. Attorney's Office, 555 4th Street, N.W.,
18  Washington, D.C., beginning at 2:10 p.m., before
19  Warren D. Freeman, a Notary Public in and for the
20  District of Columbia, when were present on behalf of
21  the respective parties:
```

Page 5
4 And with that, let me ask you where you work.
5 A I work for the General Services
6 Administration.
7 Q And what do you do?
8 A I'm a branch chief.
9 Q Which branch?
10 A The Energy branch.
11 Q Can you give me some idea of what your job
12 involves?
13 A I supervise real estate and property
14 managers.
15 Q And how long have you held that position for?
16 A Approximately, nine years.
17 Q And do you supervise a set number of
18 particular properties, locations?
19 A I supervise real estate having to do with a
20 set group of clients.
21 Q And do you know the parties that are involved
Page 6
1 in this case?
2 A I'm not sure I understand the question.
3 Q Well, the parties involved in this case are
4 Hill Partners, I think it's Hill Partners,
5 Incorporated, SecTek, Incorporated, which is a
6 security company, George Washington University and,
7 for the moment, anyway, the South Asian Society of the
8 George Washington University and the United States.
9 Are any of those entities your clients?
- 2 -
10 A No, they are not my clients.
11 Q Do you have any connection with the Old Post
12 Office Pavilion?
13 A Yes.
14 Q And what is that connection?
15 A I supervise the building manager and the
16 retail contractor who runs the Pavilion.
17 Q So you supervise the building manager and the
18 retail -- what was that? I'm sorry.
19 A The retail manager.
20 Q And you did so as of March 2005?
21 A Yes.

Page 7
1 Q As of March 2005, who was the building
2 manager at the Old Post Office Pavilion?
3 A I don't recall the building manager.
4 Q Do you remember who that person worked for?
5 A They worked for Mike Saunders, a member of my
6 team.
7 Q Mike Saunders is a GSA employee?
8 A He's a former employee. He retired.
9 Q But as of March 2005, he was employed by GSA?
10 A Yes.
11 Q Do you know whether the -- with reference to
12 supervising the building manager, can you briefly
13 describe what your duties would have been in March
14 2005?
15 A In supervising the -- well, the building
16 manager has to ensure the building is clean, and take
17 care of the federal clients in the building. So it
18 was to oversee his duties.
19 Q Were there any security aspects to that
20 supervision?
21 A No. I mean, I'm not sure what the question

Page 8
1 is.
2 Q Okay. Let me try and make it clearer. Did
3 any part of your supervision of the building manager
4 of the Old Post Office Pavilion involve control of
5 access or egress in the building? Do you understand?
6 Am I making myself clear?
7 A The building manager would need to ensure the
8 physical components of securing the building worked.
9 Q That would have been part of the building
10 manager's job?
– 3 –
11 A Yes.
12 Q And you would supervise him with respect to
13 those duties?
14 A Yes.
15 Q How would you supervise him? What would you
16 do?
17 A Sorry. How would I supervise him? I would
18 have conversations with him.

19 Q Would you exchange emails?
20 A Yes.