
Michael E. Saunders/WPZ/RW/GSA/GOV
02/04/2005 12:39 PM

To: Vicki L. Willmann/WPZ/RW/GSA/GOV@GSA
cc: "Rodney Dyer" <rdyer@oldpostofficedc.com>
bcc:
Subject: Re: OPO Retail Hours

I will be in the office late on Monday, let's do this on Tuesday.
Rodney please give me a call on Tuesday and you and I can go over this and present Vicki with any changes we decide on. Basically what we are look at is shorting the Penn. Ave. post. We want to keep the doors open to facilitate your operation but also want to reduce the hours for practical purposes. Think about the times you need the doors open and the slow season/time you don't.

Thanks

Vicki L. Willmann/WPZ/RW/GSA/GOV

Vicki L. Willmann/WPZ/RW/GSA/GOV
02/03/2005 06:17 PM

To: Michael E. Saunders/WPZ/RW/GSA/GOV, "Rodney Dyer" <rdyer@oldpostofficedc.com>
cc:
Subject: OPO Retail Hours

Can we get together on Monday to discuss changes to the operating hours and guard hours for the 'summer' season? I'm available anytime.
---
Sent from Vicki L. Willmann's BlackBerry Wireless Handheld

EXHIBIT W

3