

"Rodney Dyer"
<rdyer@oldpostofficedc.com>

06/30/2004 07:26 PM

To  vicki.willmann@gsa.gov
cc
bcc
Subject  Re: Extended hours for july 4

```
Yes!  Thanks!
----- Original Message -----
From: <vicki.willmann@gsa.gov>
To: <rdyer@oldpostofficedc.com>
Cc: <michael.saunders@gsa.gov>
Sent: Wednesday, June 30, 2004 12:03 PM
Subject: Re: Extended hours for july 4


>
> Mike will work on this.  Did you want only two entrances for two
additional
> hours?
>
> Vicki L. Willmann
> (202) 205-1254
>
>
>
>
>             "Rodney Dyer"
>             <rdyer@oldpostoffic                                        To
>             edc.com>                        "Vicki Willmann"
>                                             <Vicki.Willmann@gsa.gov>
>             06/30/2004 03:02 PM                                        cc
>
>                                                                    Subject
>                                             Extended hours for july 4
>
>
>
>
>
>
>
>
>
>
> Any word on extended hours for the OPO?
>
> Thanks!
>
>
>
```



EXHIBIT
X

36