"Rodney Dyer"
<rdyer@oldpostofficedc.com>

02/08/2005 10:16 AM

To  michael.saunders@gsa.gov
cc
bcc
Subject  Re: OPO Retail Hours

Hey Mike,

Here are the spring/summer hours I'm looking to have for the following entrances. Let me know what you think.

Hours starting April 1, 2005 or later:

*New 7-9*

11th Street Plaza
Monday through Saturday.: 7:00am to 8:00pm
Sunday: 12noon to 7:00pm

*Post 15 } 0900 - 2100*
*Now its*

12th Street South Plaza
Monday through Saturday: 5:30am to 8:00pm
Sunday: 7:00am to 7:00pm

*0900 - 2000*   *Post 5/6*
*1200 - 1900*   *0700 - 2100*

Pennsylvania Avenue
Monday - Saturday: 9:00am to 8:00pm
Sunday: 12noon to 7:00pm

----- Original Message -----
From: <michael.saunders@gsa.gov>
To: <vicki.willmann@gsa.gov>
Cc: "Rodney Dyer" <rdyer@oldpostofficedc.com>
Sent: Friday, February 04, 2005 12:39 PM
Subject: Re: OPO Retail Hours

*10:00*

> I will be in the office late on Monday, let's do this on Tuesday.
> Rodney please give me a call on Tuesday and you and I can go over this and
> present Vicki with any changes we decide on. Basically what we are look at
> is shorting the Penn. Ave. post. We want to keep the doors open to
> facilitate your operation but also want to reduce the hours for practical
> purposes. Think about the times you need the doors open and the slow
> season/time you don't.
>
> Thanks

*Penn Ave Winter Post — Sat/Mon*
*Leave Sun as is*
*Change hr to 10-5 (1000-1700) 7hr not 8*

>
>
>
>
>   Vicki L.
>   Willmann/WPZ/RW/GSA
>   /GOV                             Michael E. Saunders/WPZ/RW/GSA/GOV,
>                                    "Rodney Dyer"
>   02/03/2005 06:17 PM              <rdyer@oldpostofficedc.com>
>                                                                    cc
>                                                                    Subject
>                                    OPO Retail Hours

*2. Change Summer Start date to April 1*

*Guard Services 200H Earlier Folder*



EXHIBIT 4

44