IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH,<br><br>      Plaintiffs,<br><br>v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al.,<br>      Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No. 06-0574<br>:  RMC<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S SUPPLEMENT TO OPPOSITION TO THE UNITED STATES' RENEWED MOTION TO DISMISS**

Plaintiff respectfully supplements his earlier opposition by furnishing Exhibit Z attached hereto. Plaintiff has also obtained an un-redacted copy of Exhibit P which is attached hereto as Exhibit P(1).

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen
D.C. Bar 288142
1730 Rhode Island Ave. N.W.
Suite 206
Washington D.C. 20036
Tel: (202) 778-1167

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008 a copy of the foregoing Plaintiff's Supplent To Opposition to the Renewed Motion of the United States to Dismiss was served electronically on :

Timothy W. Romberger, Esquire
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C.  20036-5405
Email: Timromberger1@comcast.net

*Attorney for the George Washington University and*
*The George Washington University South Asian Society*

Scott Douglas Goetsch, Esquire
Moore & Jackson, L.L.C.
305 Washington Avenue
Towson, Maryland  21204
Email: goetsch@moorejackson.com

*Attorney for Defendant, SecTek Inc.*

Blanche Bruce, Esquire
Quan K. Luong, Esquire
United State's Attorney's Office
501 Third Street, N.W.
Washington, D.C.  20530
Email: quan.luong@usdoj.gov; blanche.bruce@usdoj.gov

*Attorney for United States of America*

Robert H. Bouse, Jr. Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD  21201
Email: bouse@acklaw.com

*Attorney for Defendant Hill Partners, Inc.*

                                              /s/ Geoffrey D. Allen
                                              Geoffrey D. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06 0574 RMC |
| | : : | |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, Et Al., | : : : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on the motion of the United States to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and plaintiffs' opposition thereto. Having considered the submissions of the parties and the entire record herein, it is, this ___ day of _____, 2008 hereby,

ORDERED, that the motion be and hereby is DENIED.

_____
Judge Collyer

- 4 -

**List of Exhibits**

| | |
|---|---|
| Exhibit A | Photos of exit of Post Office Pavilion at 11th St. side |
| Exhibit B | Photo of plaza of Post Office Pavilion at 11th St. side |
| Exhibit C | Photo of steps of Post Office Pavilion at 11th St. side |
| Exhibit D | Photo of Harkanwal Sandhu at location of incident |
| Exhibit E | 3/17/05 Letter from Rodney Dyer to Alcohol Beverage Control Board re: a one-day class G beverage license. |
| Exhibit F | 3/08/05 Letter from Rodney Dyer to US GSA re: building rental application/license application |
| Exhibit G | Special Event License Agreement between GSA and George Washington University. |
| Exhibit H | Deposition of Rodney Dyer pp. 6-7 |
| Exhibit I | Affidavit of Harkanwal Sandhu |
| Exhibit J | Pennsylvania Ave. NW Historic Site Information [nps.gov/paav] |
| Exhibit K | Statute 40 USCS §6701 Transfer of rights and authorities of the Pennsylvania Development Corp. |
| Exhibit L | Deposition of Paul Constable pp. 12-13 |
| Exhibit M | 3/14/05 Email from Rodney Dyer to Office L. Gross re: security request for 3/16/05 event. |
| Exhibit N | Deposition of Paul Constable pp. 12-13 |
| Exhibit O | Deposition of Rodney Dyer pp. 14-15 |
| Exhibit P | Narrative of 4/11/04 incident within the 1100 block of Pennsylvania Ave. NW |
| Exhibit Q | Affidavit of Geoffrey D. Allen |
| Exhibit R | Deposition of Rodney Dyer pp. 33 |
| Exhibit S | Deposition of Rodney Dyer pp. 17 |

| | |
|---|---|
| Exhibit T | Deposition of Paul Constable pp. 20 |
| Exhibit U | Defendant's amended response to plaintiff's 2nd set of Interrogatories to the United States of America. |
| Exhibit V | Deposition of Vicki Willmann pp. 5-8 |
| Exhibit W | 2/104/05  Email from Mike Saunders to Vicki Willmann re: summer hours |
| Exhibit X | 6/30/04  Emails between Vicki Willmann and Rodney Dyer re: extending hours for July 4th |
| Exhibit Y | 2/08/05  Emails between Rodney Dyer, Mike Saunders and Vicki Willmann re: OPO retail hours |
| Exhibit Z | Affidavit by SecTek, Inc. [to be supplied] |
| Exhibit AA | Post Orders for Old Post Office Pavilion |