| OFFENSE/INCIDENT REPORT | 1. TYPE ● a. Original ○ c. Supplement/Followup | | Report Control Symbol PTU 209-3 |
|---|---|---|---|
| 2. CODE NO. 0910 | 2a. SORT | 3. TYPE OF OFFENSE OR INCIDENT Assault-simple    OTHER | 4. CASE CONTROL NO. N04002012 |
| 5. BUILDING NO. DC0029ZZ | | 6. ADDRESS POST OFFICE OLD 1100 PENN AVE, NW WASHINGTON DC DC 20001 | |
| 7. NAME OF AGENCY/BUREAU GENERAL SERVICES ADMINISTRATION | 8. AGENCY CODE 4700 | 9. SPECIFIC LOCATION Interior Main Floor | 10. LOCATION OT OT OT |
| 11. DATE/TIME OF OFFENSE/INCIDENT 04/11/2004  2:44 | 12. DAY SU | 13. DATE/TIME REPORTED 04/11/2004  2:44 | 14. DAY SU | 15. JURISDICTION (X) ○ 1. EXCLUSIVE ● 2. CONCURRENT ○ 3. PARTIAL ○ 4. PROPRIETARY |
| 16. NO. DEMONSTRATORS 0 | 17. NO. EVACUATED 0 | a. TIME START | b. TIME END | |

**18. PERSONS INVOLVED**

| a. ID CODE | b. NAME AND ADDRESS (SEE ATTACHED) Last Name, First, Middle Initial  Number, Street, Apt. No., City and State    (ZIP Code) | c. AGE | d. SEX | e. RACE | f. INJURY CODE | g. TELEPHONE Home  Business |
|---|---|---|---|---|---|---|

**19. VEHICLE**

a. STATUS: ☐ STOLEN ☐ SUSPECT ☐ GOV'T ☐ PERSONAL ☐ VANDALIZED ☐ RECOVERED
b. YEAR / c. MAKE / d. MODEL / e. color (top/bottom) / f. IDENTIFYING CHARACTERISTICS
g. REGISTRATION > YEAR STATE TAG NO.
h. VIN / i. VALUE $0.00

**20. ITEMS TAKEN**

| a. NAME OF ITEM (SEE ATTACHED) | b. QUANTITY | c. OWNERSHIP ○ GOV'T ○ PERSONAL | d. BRAND NAME |
|---|---|---|---|
| e. SERIAL NO. | f. COLOR | | g. MODEL |
| h. VALUE | i. UNUSUAL OR UNIQUE FEATURES | | VALUE RECOVERED |
| j. PROPERTY WAS ○ SECURED ○ UNSECURED | k. STATUS OF PROPERTY ○ RECOVERED ○ MISSING ○ PARTIAL RECOVERY | | |

**21. NARRATIVE (SEE ATTACHED)**

| 22. NOTIFICATION | TIME NOTIFIED | ARRIVED | 23. EVIDENCE ○ YES ● NO | TAG NO. | a. TYPE | b. WHERE STORED |
|---|---|---|---|---|---|---|
| a. OTHER POLICE AGENCY | 2:44 | 2:47 | | | | f. Other Attachments (Specify) |
| b. FIRE DEPARTMENT | | | 24. ATTACHMENTS (Mark "X" where applicable) ☒ a. Continuation Sheet ☐ b. GSA Form 3157 ☐ c. Property Receipt(s) | ☐ d. Statement(s) ☐ e. Supplemental | | |
| c. AMBULANCE | | | 25. SUSPECT STATUS ● a. Not Identified ○ b. Gov't Employee ○ c. Gov't Contract ○ d. Non-Gov't Employee ○ e. N/A | | 26. Disposition OF Suspect ☐ a. Arrested ☐ b. Not Arrested ☐ d. Released | ☐ c. Citation Issued No. ☒ e. N/A |
| d. BUILDING MANAGER | | | | | | |
| e. OTHER (Specify) SMC-30 | 2:44 | | | | | |

NOTE: Complete GSA Form 3157 when there is a Suspect, Att. Burglary, Burglary, Att. Robbery, Robbery, or a Weapon is used.

| 27. TIME | a. RECEIVED 2:44 | b. ARRIVED 2:44 | c. RETURNED TO SERVICE 7:00 | 28a. Reviewed By-Name (Printed) And Signature ● FPS ○ CG  KIMBALL, RICHARD J. SGT | b. DATE |
|---|---|---|---|---|---|
| 29a. BADGE 1175 | b. NAME (Printed) AND SIGNATURE GADDY, GREGORY | | c. DATE 04/11/2004 | | 04/11/2004 |
| 30. CASE REFERRED TO | ☐ a. FPS Detective ☐ b. Local Police | ☐ c. State Police ☐ d. FBI | ☐ e. IG ☐ f. N/A | ☐ g. Other (Specify) | 31. CASE ● a. Open ○ b. Closed ○ c. Unfounded ○ d. Follow-Up | 32a. APPROVING OFFICIALS NAME (Printed) AND SIGNATURE | b. DATE 04/11/2004 |
| 33. DETECTIVE STATUS | a. CASE  b. CLOSED INACT ARR OM | | c. SUSPECT DEVELOPED d. SUSPECT ARRESTED | e. ENTERED NCIC ○ YES ○ NO ○ N/A | f. PROPERTY RECOVERED g. VALUE $0.00 | h. CLEARED NCIC ○ YES ○ NO ○ N/A | i. REFERRED j. DATE |

GENERAL SERVICES ADMINISTRATION                                    GSA FORM 3155 (REV 7-)

Page

Case Control No. N04002012   Date: 04/11/04

18. **PERSONS INVOLVED**

| id code (a) | name and address (b) Last Name, First, Middle Initial | | age (c) | sex (d) | race (e) | injury code (f) | telephone (g) |
|---|---|---|---|---|---|---|---|
| RP | Gaddy, Gregory ( Police Officer ) | | 0 | | | | HOME |
| | Number,Street,Apt.No.,City and State | (ZIP Code) | | | | | BUSINESS |
| | 3rd & Mst. SE Washington, DC. ( Bldg. #74 ) | 20407- | | | | | (202) 690-9112 |
| VI1 | Patel, Super ( Non- Gov't Employee ) | | 21 | M | O | 3 | HOME (516) 581-6765 |
| | Number,Street,Apt.No.,City and State | (ZIP Code) | | | | | BUSINESS |
| | 51 Melanie Dr. East Meadow Long Island , New Yor | | | | | | |
| VI2 | Patel , Mehula A. | | 22 | M | O | 2 | HOME (917) 340-6215 |
| | Number,Street,Apt.No.,City and State | (ZIP Code) | | | | | BUSINESS |
| | 14102  79th Ave. Unit-k Flushing , New York | 11367- | | | | | |
| WI | Assandas, Deepa, M. | | 19 | M | O | 0 | HOME (702) 398-5456 |
| | Number,Street,Apt.No.,City and State | (ZIP Code) | | | | | BUSINESS |
| | 1433 Cornhusk Rd.  Las Vegas Nevada | | | | | | |
| WI2 | Pannjabi, Kanchan, S. | | 22 | F | O | 0 | HOME (551) 208-4236 |
| | Number,Street,Apt.No.,City and State | (ZIP Code) | | | | | BUSINESS |
| | 118 &0 th St. Apt. #3  Guttensburg N.J. | 07093- | | | | | |
| SU | Harvinver, Singh Junejaka | | 24 | M | O | 0 | HOME |
| | Number,Street,Apt.No.,City and State | (ZIP Code) | | | | | BUSINESS |
| | 262 Lavender Drive  Canada , UW | | | | | | |

20. **ITEMS TAKEN**

04-11-04

Approving Officials Name and Signature

Page:

Case Control No. N04002012                              Date: 04/11/2004

**21. NARRATIVE**

On the above date and time an event (After Party) hosting approximately 3000 people for Indian dance contest that taken place at Constitution Hall. I notified SMC (Suitland Mega Center) at approximately 0040hrs of an event at the specified address and minutes later I was dispatched to the same location for a medical assist call in which an individual had consumed too much alcohol and was transported to the hospital (Ref#N04002010). SMC was advised after completion and a walk-thru of the facility that there were approximatly 3000 people inside the specified address and that I would be remaining on the scene montoring the area on the outside. Extra contract Guards were in place on the entry points/roving patrols and a Private Security firm (ALL- Saints Limited) provided 40 plain clothes bouncers for said event.

At approximately 0244hrs #399 (McGowan, W,) was positioned within the 1100 block of PA. Ave. NW. when he observed an individual come out of the north east corner entrance covered in blood and advised me to come over to his location and once on said location victim Mehula Patel A. was set down nearby and SMC was advised of the situation and EMS was requested at the NE corner of the bldg.
Said victim stated to me that his brother Super Patel was lying in the middle of the floor on the inside and was bleeding from the head. SMC was once again advised of the situation and the remaining central district units were requested along with supervisors. F#399(McGowan, W.) proceeded to the entry point at the NE corner where security was holding a possible suspect (Harvinver, Singh). F#399 detained said subject, while I was being notified by security that there was another altercation in the middle of the main floor near the subject that was down. I stepped back and notified SMC of a 10-33 ( EMERGENCY ASSISTANCE NEEDED). Assistance was requested from the eastern and western districts ASAP.

F#557( Ramsdell,E.) and I proceeded to the middle of the pavilion along with two contract security officers where we found said victim lying on the floor being circled by approximately 10 bouncers who were protecting the victim. The victim was observed bleeding from the head and Ears with lacerations to the right side of his face. Then all of a sudden multiple fights and altercations broke out near my location as the event was being ordered shutdown. SMC again was notified 10-33 (emergency) and a call over PMARS for assistance was put out and Uniformed Secret Service , US Park Police and Metropolitain Police Dept. responded. EMS arrived on scene and attended to the victim who was down. Uniformed Secret Service Assisted In Clearing the interior of the location and US Park Police And MPD assisted FPS units #1260 (Kimball, R.) L-6(Readen, A.), L-11(Estep,V.),#338(Beasley, W.),#1209(Holloway, R.),#335(Henry, A.) and #632(Baton, A.) with clearing and maintaining control on the exterior of the facility. First victim Mehula Patel A. was treated on scene and observed to have lacerations and knots to the nose and left eye area. EMS Units attending to the victim on inside had stabilized his neck and body and was escorted thru the crowd to the NE corner of the facility and placed into ambulance #16 and transported to GW hospital followed by FPS unit #632(Baton, A.) whom stayed with the victim until my arrival later.

I conducted interviews with two (2) witnesses who gave a description of a subject of Indian Descent approximately 5'5 - 5'6, 160-175lbs.,with short blk. hair, side burns and goatee. Subject was to be wearing a deep blue shirt, white T-shirt A style, dark colored pants. A showup of the subjects detained was conducted with both witnesses confirming that the subjects we had were not the one's who assaulted the victims. The subjects detained were released after their personal information was obtained and checked.

The area was finally cleared at approximately 0400 hrs. I responded to GW hospital to check the status of said victim that wa transported. Victim was treated in triage bay #7 and I was advised by RN Christie that Patel's x-rays were negative for anything internal for the head area and that he had a severe bruise to the back of the head and lacerations and cuts to the facial area. No suspect was in the assaults were apprehended at this time; appropriate officials were notified of the incident o approximatley 0430hrs by L-6 (Readen, A.) all units 10-8 without injuries.

GADDY, GREGORY                    04/11/2004                    Approving Officials Name and Signature

Page: