IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL, SINGH, as Administrator of decedent RANJIT SINGH,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY,<br>Et Al.,<br>    Defendants. | Civil Action No. 06 0574 RMC |

## AFFIDAVIT

1. My name is Lt. Louis Gross. I am employed by SecTek, Inc. and was so employed on March 26-27, 2005.

2. I am familiar with the security arrangements for the "Bhangra Blowout" event at the Old Post Office Pavilion in Washington, D.C. on March 26-27, 2005.

3. SecTek, Inc. provided security guards inside the Old Post Office Pavilion for this event but was not asked to, and did not, provide any security outside the building, at the end of the event or at any other time on the evening of March 26, 2005 or the morning of March 27, 2005.

I swear and affirm under penalty of perjury that the foregoing is true to the best of my knowledge.

_____
Louis Gross