## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No: 06-0574 (RMC) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et. al. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE UNITED STATES' RENEWED MOTION TO DISMISS

Defendants United States Department of Homeland Security (DHS) and the General Services Administration (GSA) move for an enlargement of time until April 22, 2008, to file a reply to Plaintiff's opposition to Defendants' renewed motion to dismiss. Plaintiff does not oppose the enlargement.

1. The March 18, 2008 deadline was not met because the undersigned counsel filed a motion for summary judgment in <u>Christian v. Manago</u> 07- 1607 on March 13, 2008 , and undersigned counsel must file a cross-motion for summary judgment in <u>Judicial Watch v, Department of Homeland Security</u>, 07-0506 on March 21, 2008, after receiving three extensions.

2. On March 17, 2008, Plaintiff's counsel informed the undersigned counsel that he did not oppose the April 22, 2008 extension.

**CONCLUSION**

For the above stated reasons, Defendant requests an enlargement of time to file its reply until April 22, 2008.

                  Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
 RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: March 18, 2008

ECF