## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GURPAL SINGH, Administrator**     )
**of decedent RANJIT SINGH**        )
                                    )
          **Plaintiff,**            )
          **v.**                    )     **Case No: 06-0574 (RMC)**
                                    )
**SOUTH ASIAN SOCIETY**             )
**OF THE GEORGE WASHINGTON**        )
**UNIVERSITY,**                     )
          **et. al.**               )
                                    )
          **Defendants.**           )
_____)

_____<u>**ORDER**</u>

UPON CONSIDERATION of the United States Department of Homeland Security and

General Services Administration's Motion for Enlargement of Time, the merits thereof, and for

good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including April 22, 2008, to

reply to Plaintiff's Opposition to the United States' Renewed Motion to Dismiss.


Date _____                 _____
                                           UNITED STATES DISTRICT JUDGE