# ATTACHMENT C

Case 1:06-cv-00574-RMC    Document 84-4    Filed 04/22/2008    Page 1 of 6

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

GURPAL SINGH, as Administrator  :

of decedent RANJIT SINGH,       :

        Plaintiffs,           :

   vs.                           : Case No.

GEORGE WASHINGTON UNIVERSITY,   : 06 0574 RMC

et al.,                         :

        Defendants.           :


Friday, January 4, 2008

Washington, D.C.

DEPOSITION OF LINDA SUE JACKSON,

called for examination by counsel for the

Plaintiff, pursuant to notice, taken at the offices

of the United States Attorney for the District of

Columbia, 501 3rd Street, N.W., Washington, D.C.

20001, before Judith D. Van Vliet, Certified

Shorthand Reporter and Notary Public, commencing at

11:01 a.m., when were present on behalf of the

respective parties:

Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF LINDA SUE JACKSON
Conducted on January 4, 2008

2

1  For the Plaintiff:

2      GEOFFREY D. ALLEN, ESQUIRE

3      Geoffrey D. Allen

4      1730 Rhode Island Avenue, N.W.

5      Suite 206

6      Washington, D.C.  20036

7      (202)778-1167

8

9  For the Defendant, George Washington University

10 and South Asian Society:

11     TIMOTHY W. ROMBERGER, ESQUIRE (VIA TELEPHONE)

12     Khan Romberger

13     1025 Connecticut Avenue, N.W.

14     Suite 1012

15     Washington, D.C.  20036-5405

16     (202)248-5053

17

18

19

20

21

DEPOSITION OF LINDA SUE JACKSON
Conducted on January 4, 2008

3

1  APPEARANCES (continued):

2  For the Defendant, United States of America:

3     BLANCHE L. BRUCE, ESQUIRE

4     CHRISTOPHER GAFFNEY, ESQUIRE

5     Office of the United States Attorney

6     for the District of Columbia

7     501 3rd Street, N.W.

8     Room 4412, Fourth Floor

9     Washington, D.C. 20001

10    (202)616-3517

11

12 For the Defendant, U.S. GSA:

13    TIMOTHY C. TOZER, ESQUIRE

14    U.S. General Services Administration

15    National Capital Region

16    7th and D Streets, S.W.

17    Suite 7043

18    Washington, D.C. 20407

19    (202)708-9882

20

21

DEPOSITION OF LINDA SUE JACKSON
Conducted on January 4, 2008

11

1  signature.
2     Q.  So you would have worked out the hours
3  and the appropriate pay scale for the security that
4  is detailed at the bottom of this exhibit; is that
5  correct?
6     A.  Yes.
7     Q.  Okay.  Would you have had any input into
8  what security was provided?
9     A.  No, I really wouldn't.  I was in a
10 contracting office.  The security office would
11 handle that matter.
12    Q.  So your responsibility was purely kind
13 of an accounting or --
14    A.  It was purely contracting.
15    Q.  Purely to do with the authorization for
16 funds for --
17    A.  No.  That would be a budget.
18    Q.  Okay.
19    A.  Mine was merely prepare the
20 documentation for a CO's signature.
21    Q.  Again, what documentation would you

DEPOSITION OF LINDA SUE JACKSON
Conducted on January 4, 2008

12

1    prepare?
2        A.    Calculation of hours.
3        Q.    Okay.  And nothing else?
4        A.    And nothing else.
5        Q.    Okay.  And you wouldn't have any input
6    into the number of guards that were assigned to a
7    particular exit?
8        A.    No, sir, I wouldn't.
9        Q.    Okay.  Do you remember who in March of
10   2005 was the contracting officer for the Old Post
11   Office Pavilion?
12       A.    I believe it was Claire Cashwell.
13       Q.    How do you spell Claire?
14       A.    C-l-a-i-r-e Cashwell.
15       Q.    Cashwell?
16       A.    Mm-hmm.
17       Q.    And is that a male or a female?
18       A.    Female.
19       Q.    Female?
20       A.    Mm-hmm.
21       Q.    And she was an official at FPS?