UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY,** *et al.*, <br><br> Defendants. | Civil Action No. 06-574 (RMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant the United States of America's Renewed Motion to Dismiss [Dkt. # 80] is **GRANTED**; and it is

**FURTHER ORDERED** that the Second Amended Complaint is **DISMISSED** with respect to the claims against the United States.

**SO ORDERED**.

Date: June 5, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge