

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

June 25, 2008

Timothy W. Rothberger
1025 Connecticut Avenue, NW
Suite 1000
Washington, D.C. 20036

    Re: <u>Singh v. South Asian Society of the George Washington University, et. al.</u>

Dear Tim:

    Enclosed are the redacted documents for **Categories 2 and 7** and **Categories 6 and 8.**

Please contact me if you have any questions at (202) 307-6078.

                  Sincerely,
                  Jeffrey A. Taylor
                  United States Attorney

                  Blanche L. Bruce
                  Assistant United States Attorney

Enclosures

# CATEGORIES 2 AND 7

DC0029ZZ

## Part 2: Recent Losses, Crimes, and Security Violations

| | |
|---|---|
| Assault | 1 |

DC0029ZZ

# Part 4: Building Security Assessment

**DC0029ZZ**

**Table 4.1 Adequate Existing Countermeasures**

| Existing Countermeasure | Description |
|---|---|
| Guards | The contract guards on the premises are employed with Sectek Inc. There are approximately 41 armed GSA-certified guards located throughout the building. They are posted at the building checkpoints and loading dock. Also, there are guards posted at the guard stations on the mezzanine level. |

DC0029ZZ

Table 4.2 Inadequate Existing Countermeasures

| Existing Countermeasure | Description |
|---|---|
| Perimeter Patrol | The Federal Protective Service and the District of Columbia Metropolitan Police Department perform this function 7 days a week 24 hours a day. However, the GSA guards do not patrol the exterior of the facility. There was one reported incident in which a homeless person in front of the Pennsylvania Avenue entrance physically assaulted an employee. The employee was injured and hospitalized. |

15

DC0029ZZ

Table 4.3 Credible Threats for this Facility

| Threat | Justification - Why Credible |
|---|---|
| Assault | There were 11 assault incidents in the surrounding area that did not occur in the building. However, on May 28, 2003, a homeless person physically assaulted an employee leaving the facility. |

DC0029ZZ

**Table 5.1 Recommended Countermeasure Upgrades**

| Package Name | Threat(s) | Countermeasures and Their Associated ...gs |
|---|---|---|
| | Assault | Perimeter Patrol (4) |

20

DC0029ZZ

Table 5.3 Countermeasure Upgrade Descriptions

| Package Name | Countermeasure | Description |
|---|---|---|
| Mandatory Package | Perimeter Patrol | . As required by law, be sure to have the guard remain on GSA property while performing these duties. |

# CATEGORIES 6 AND 8

**EXPANSION OF POST 11 TO 24 HOUR/7 DAYS A WEEK**
<u>January 20, 2005 through March 24, 2005</u>
Productive Manhours for Post 11 – 465 hours increase

<u>March 25, 2005 through August 31, 2005</u>
Productive Manhours for Post 11 – 1,167 hours increase

PRODUCTIVE, CLASS II GUARDS
PERIOD OF PERFORMANCE: March 25, 2005 through August 31, 2005
FACILITY: Old Post Office, 1100 Pennsylvania Avenue, NW, Washington, DC

EXPANSION OF POST 11

| Post # | Location Description | Time Of Day | Hours Per Day | Days Per Week | Relief Required | Armed Post | Security Classification |
|---|---|---|---|---|---|---|---|
| 11 | Rover | 0001-0600 | 6 | 5 days Excluding Holidays | Yes | Yes | GSA Suitability |
| 11 | Rover | 0001-0900 | 9 | Saturdays Excluding Holidays | Yes | Yes | GSA Suitability |
| 11 | Rover | 0001-1200 | 12 | Sundays Excluding Holidays | Yes | Yes | GSA Suitability |
| 11 | Rover | 0001-0600 | 6 | Holidays | Yes | Yes | GSA Suitability |

Building No: DC0029ZZ
Total Productive Manhours: 1,848

Note: Where indicated, relief periods (lunch, breaks, etc.) are authorized by Contractor, the Contractor must provide a replacement guard for each employee on an authorized break. Patrol (rover) guards and supervisors must not be used for replacement. A separate NCR Form 139-R shall be used for the relief guard to sign on and off each post for all relief breaks. The cost to cover relief for the productive hours indicated herein must be included in your bid/offer.

PROPERTY OF THE UNITED STATE GOVERNMENT, FOR OFFICIAL USE ONLY.
Copying, dissemination or distribution of these drawings, plans or specifications to unauthorized users is prohibited. Do not remove this notice. Properly destroy documents when no longer needed.