UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GURPAL SINGH, Administrator ) <br> of decedent RANJIT SINGH ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SOUTH ASIAN SOCIETY ) <br> OF THE GEORGE WASHINGTON ) <br> UNIVERSITY, ) <br> et. al. ) <br> ) <br> Defendants. ) | Case No: 06-0574 (RMC) |

**UNOPPOSED MOTION FOR AN EXTENSION TO
RESPOND TO THE MOTION FOR RECONSIDERATION**

Defendant United States respectfully submits this unopposed motion for an extension of time until August 6, 2008, to respond to Plaintiff's motion for reconsideration. Defendant's response is currently due on July 25, 2008. On July 22, 2008, the undersigned counsel informed Plaintiff's counsel, Geoffrey Allen, that she needed additional time because she was out of the office from July 14 through July 19 and needs time to consult with agency counsel to prepare a response. Mr. Allen did not oppose the extension. This is Defendant's first request for an extension.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078