UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH | ) ) ) ) | |
| Plaintiff, v. | ) ) ) | Case No: 06-0574 (RMC) |
| SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et. al. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Motion for Reconsideration, and the entire record herein, it is hereby Ordered that Defendant's Motion is Granted and Defendant's Response is due on or before August 6, 2008.

_____
United States District Court Judge