UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, )<br>et al. )<br>)<br>Defendants. )<br>) | Case No. 06-0574 (RMC) |

## DECLARATION OF DON WALDON

I, Don Waldon, am over the age of eighteen years and competent to make this declaration.

1. I have been a Supervisory Law Enforcement official with the Federal Protective Services (FPS) since February 1998. I am currently the Acting Deputy Regional Director, FPS, National Capital Region (NCR), Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS) and have been in this position since August 2007. FPS is a security and law enforcement branch of ICE, DHS. In my current position, I oversee and manage the daily duties and responsibilities of FPS for the NCR. The NCR encompasses over 700 federally leased and owned facilities in two districts, one of which is in Washington D.C. (i.e. District 1). The Old Post Office Pavilion, located at 1100 Pennsylvania Avenue, NW, Washington, DC, is in District 1 and thus, one of the federal facilities that falls under my responsibility.

2. In preparation for this declaration, I reviewed the following documents: the Declaration of John P. Clark for case number 06-0574 (RMC) dated February 16, 2007; the Declaration of Paul D.

Constable for case number 06-0574 (RMC) dated April 6, 2007; and the Building Security Assessment of the Old Post Office Pavilion, Building Number: DC0029ZZ, dated September 26, 2003.

3. Based upon my review of the Building Security Assessment of the Old Post Office Pavilion, Building Number: DC0029ZZ, dated September 26, 2003, I concur with Mr. Clark's statement regarding the Building Security Assessment of the Old Post Office Pavilion that "[t]he purpose of the report was to evaluate existing security and, if warranted, offer recommendations to improve security at the facility." Specifically, the Building Security Assessment functions as an assessment which evaluates vulnerabilities, threats, threat identification, and existing and recommended countermeasures relating to security. The objective of a Building Security Assessment is to evaluate and, if warranted, offer recommendations to improve the security posture of a facility. All recommended countermeasure upgrades are, ultimately, recommendations which are incorporated into the Building Security Assessment and are evaluated and implemented on a myriad of factors including priority, risk, and economics. Further, I am not aware of any statutes, regulations, directives, or policy related to a requirement that a Building Security Assessment establishes a regulation, directive or policy based upon the recommendations included in the assessment.

I hereby certify under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____                    8-1-08
Don Waldon                                         Date

2