UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, Administrator of decedent RANJIT SINGH,<br><br>        Plaintiff,<br>   v.<br><br>SOUTH ASIAN SOCIETY OF THE GEORGE WASHINGTON UNIVERSITY, et. al.<br><br>        Defendants. | Case No: 06-0574 (RMC) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Reconsider, the United States' opposition, any reply, and the entire record herein, it is on this ___ day of _____, 2008,

ORDERED that the United States' Opposition is Granted and the Complaint is dismissed with prejudice with respect to the claims against the United States of America.

 

_____
United States District Judge