IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GURPAL SINGH, as Administrator of decedent RANJIT SINGH | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | Civil Action No. 06 0574 |
| v. | : | RMC |
| | : | |
| | : | |
| THE GEORGE WASHINGTON UNIV. Et Al | : | |
| | : | |
| **Defendants** | : | |

**CONSENT MOTION TO EXTEND TIME WITHIN WHICH
TO FILE A REPLY TO UNITED STATES'
OPPOSITION TO PLAINTIFF'S MOTION FOR
RECONSIDERATION OF JUNE 5, 2008 ORDER
GRANTING MOTION TO DISMISS**

Plaintiff, respectfully moves this court for an extension of time to August 15, 2008 within which to file a reply to defendant United States' opposition to plaintiff's motion for the court to reconsider its Order of June 5, 2008, granting the United States' Motion to Dismiss.

Plaintiff's reasons in support of this motion are fully set forth in the attached Memorandum.

All defense counsel have graciously consented to this motion

WHEREFORE, it is requested that the motion be GRANTED.

                Respectfully submitted,

                GEOFFREY D. ALLEN, ESQ.
          By: /s/_____
                Geoffrey D. Allen
                DC Bar No. 288142
                1730 Rhode Island Ave, NW
                Suite 206
                Washington, DC 20036
                (202) 778-1167
                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2008, a copy of the foregoing Motion was served electronically on :

Timothy W. Romberger, Esquire
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036-5405
Email: Timromberger1@comcast.net

*Attorney for the George Washington University and*
*The George Washington University South Asian Society*

Scott D. Goetsch, Esquire
Moore & Jackson, L.L.C.
305 Washington Avenue
Towson, Maryland 21204
Email: goetsch@moorejackson.com

*Attorney for Defendant, SecTek Inc.*


Blanche Bruce, Esquire
United State's Attorney's Office
501 Third Street, N.W.
Washington, D.C. 20530
Email: blanche.bruce@usdoj.gov

*Attorney for United States of America*


Robert H. Bouse, Jr. Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21201
Email: bouse@acklaw.com

*Attorney for Defendant Hill Partners, Inc.*

                                                                         /s/ Geoffrey D. Allen
                                                                           Geoffrey D. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GURPAL SINGH, as Administrator : <br> of decedent RANJIT SINGH : <br> : <br>    Plaintiffs : <br> : <br>         v. : <br> : <br> : <br> THE GEORGE WASHINGTON UNIV. : <br> Et Al : <br>    Defendants : | Civil Action No. 06 0574 RMC |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND TIME WITHIN WHICH TO FILE A REPLY TO THE UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF JUNE 5, 2008 ORDER**

Plaintiff's counsel has just returned to the office following his vacation. Consequently, he has not yet had time to prepare a reply to the United States' opposition to plaintiff's Motion to Reconsider the Court's June 5, 2008 Order, granting the its Motion to dismiss.

Counsel does wish to file a Reply. Defendant's counsel have all consented to an extension of the period within which to file such a pleading. Plaintiff respectfully requests that the period be extended to August 15, 2008.

                    Respectfully submitted,

                    GEOFFREY D. ALLEN, ESQ.

By:   /s/_____
      Geoffrey D. Allen
      DC Bar No. 288142
      1730 Rhode Island Ave, NW
      Suite 206
      Washington, DC 20036
      (202) 778-1167
      Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GURPAL SINGH, as Administrator** : <br> **of decedent RANJIT SINGH** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> : <br> **THE GEORGE WASHINGTON UNIV.** : <br> **Et Al** : <br> **Defendants** : | **Civil Action No. 06 0574 RMC** |

## ORDER

Upon consideration of Plaintiff's Consent Motion For An Extension Of Time Within Which to file a Reply to the Opposition of the United States to Plaintiff's Motion to Reconsider the Court's June 5, 2008 Order granting the United States' Motion To Dismiss, it is hereby,

**ORDERED,** that the motion is **GRANTED,** and it is further,

**ORDERED,** that the period within which plaintiff may file his reply is enlarged to August 15, 2008.

Dated: _____

Judge Collyer
United States District Court

5